# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**WILLIAM T. WALSH**
CLERK

**CAMDEN OFFICE**
MITCHELL H. COHEN U.S. COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS, ROOM 1050
CAMDEN, NEW JERSEY 08101

**TRENTON OFFICE**
CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET, ROOM 2020
TRENTON, NJ 08608

**REPLY TO: TRENTON**

March 31, 2004

Mr. Tony Anastas
Clerk
United States District Court
2300 John Joseph Moakley
United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

04 10699 RCL

RE: RAMSEY V. JAY CASHMAN, INC.
CV03-4919(GEB)

MAGISTRATE JUDGE Bowler

Dear Clerk,

Enclosed please find the file in the above captioned matter which was transferred to your district pursuant to an order filed on April 10, 2003, by the Honorable Garrett E. Brown, Jr., USDJ, a certified copy of which is enclosed. Also enclosed is a certified copy of the docket entries in this district.

Kindly acknowledge receipt of the above on the enclosed copy of this letter and return in the envelope provided. Thank you for your anticipated cooperation.

Sincerely,

William T. Walsh, Clerk

By: Ivannya Jiménez,
Deputy Clerk

cc: All Counsel of Record
    File

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON VICINAGE)

04 10699 RCL

| | |
|---|---|
| STEVEN RAMSEY, | Civil Action No. |
| Plaintiff, | |
| v. | 03-cv- 4919 (GEB) |
| JAY CASHMAN, INC., | *Document Electronically Filed* |
| Defendant. | |

### ORDER

This __15th__ day of __MARCH__, 2004, upon consideration of Defendant Jay Cashman, Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), and all responses thereto,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and this action is hereby transferred to the United States District Court for the District of Massachusetts.

_____
Garrett E. Brown
United States District Judge

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original filed in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By: _____ Deputy Clerk

**RECEIVED**

MAR 1 5 2004

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

PBH: 165834.1

12BQ, RULE16, ARBITRATION, CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:03-cv-04919-GEB-TJB
Internal Use Only

**04 10699 RCL**

RAMSEY v. JAY CASHMAN, INC.
Assigned to: Judge Garrett E. Brown, Jr.
Referred to: Magistrate Judge Tonianne J. Bongiovanni
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 46:688 Jones Act

Date Filed: 10/16/03
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

--------------------

**STEVEN RAMSEY**        represented by  **SAMUEL J. ROSENTHAL**
MARVIN I. BARISH LAW OFFICES, P.C.
200 NORTH 5TH STREET
2ND FLOOR
CAMDEN, NJ 08102
(856) 338-0550
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

--------------------

**JAY CASHMAN, INC.**    represented by  **RICHARD S. TWEEDIE**
PALMER BIEZUP & HENDERSON LLP
200 NORTH FIFTH STREET
CAMDEN, NJ 08102
(856) 428-7717
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM E. ECENBARGER, JR.**
PALMER, BIEZUP AND HENDERSON LLP
200 NORTH 5TH STREET
CAMDEN, NJ 08102-1204
610 446-2865

Email: wecenbarger@pbh.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2003 | 1 | COMPLAINT filed; jury demand Filing Fee Waived (cw) (Entered: 10/20/2003) |
| 10/20/2003 | | SUMMONS(ES) issued for JAY CASHMAN, INC. (20 Days) (Mailed to Counsel) (cw) (Entered: 10/20/2003) |
| 10/20/2003 | 2 | NOTICE of Allocation and Assignment filed. (Trenton - Judge Brown - Magistrate Judge Bongiovani) (NM) (cw) (Entered: 10/20/2003) |
| 10/20/2003 | | CASE REFERRED to arbitration (cw) (Entered: 10/20/2003) |
| 11/19/2003 | 3 | APPLICATION by JAY CASHMAN, INC. and Clerk's Order extending time to answer. Answer due 12/8/03 (ij) (Entered: 11/19/2003) |
| 12/05/2003 | 4 | ANSWER to Complaint by JAY CASHMAN, INC. (SA) (Entered: 12/08/2003) |
| 12/08/2003 | 5 | ORDER, setting scheduling conference for 10:30 1/15/04 (signed by Magistrate Judge Tonianne J. Bongiovanni) (NM) (SA) (Entered: 12/08/2003) |
| 12/08/2003 | 6 | RETURN OF SERVICE executed as to deft 11/3/03. (ms) (Entered: 12/17/2003) |
| 12/23/2003 | 7 | Notice of MOTION for RICHARD Q. WHELAN to appear pro hac vice by JAY CASHMAN INC Motion set for 10:00 1/20/04 on [7-1] motion . (PO Subm) (ij) Modified on 12/24/2003 (Entered: 12/24/2003) |
| 12/23/2003 | 8 | DECLARATION of RICHARD Q. WHELAN ESQ in support of: [7-1] motion (ij) Modified on 12/24/2003 (Entered: 12/24/2003) |
| 12/23/2003 | 9 | DECLARATION of WILLIAM E. ECENBARGER JR on behalf of JAY CASHMAN INC in support of: [7-1] motion (ij) Modified on 1/7/2004 (ij, ). (Entered: 12/24/2003) |
| 01/20/2004 | ●10 | Minute Entry for proceedings held before Judge Garrett E. Brown, Jr. : Motion Hearing held on 1/20/2004 re [7] Motion for Richard Whelan, Esq. to appear pro hac vice filed by JAY CASHMAN, INC., |

| | | |
|---|---|---|
| | | granted. (Court Reporter WRIGHT.) (ms, ) (Entered: 01/27/2004) |
| 01/22/2004 | ⬤11 | ORDER granting pro hac vice admission of Richard Q. Whelan, Esq for dft. Signed by Judge Garrett E. Brown, Jr. on 1/20/04. (ij, ) (Entered: 01/30/2004) |
| 02/20/2004 | ⬤12 | First MOTION to Transfer Case to District of Massachusetts by JAY CASHMAN, INC.. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Ecenbarger Declaration# 3 Exhibit Exhibit 1# 4 Exhibit Exhibit 2# 5 Exhibit Exhibit 3# 6 Affidavit Declaration of Jack Joyce# 7 Supplement Initial Memorandum of Law# 8 Affidavit Supplemental Ecenbarger Declaration# 9 Supplement Reply Memorandum of Law# 10 Supplement Certificate of Service of Initial Moving Papers# 11 Supplement Certificate of Service of Reply Papers)(ECENBARGER, WILLIAM) (Entered: 02/20/2004) |
| 02/23/2004 | ⬤ | Setting Deadlines as to 12 MOTION to Transfer Case to District of Massachusetts. Motion set for 3/15/2004 10:00 AM in Trenton - Courtroom 4E before Judge Garrett E. Brown, Jr. (PLEASE BE ADVISED THAT ALL MOTIONS WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY CHAMBERS) (ij, ) (Entered: 02/23/2004) |
| 02/23/2004 | ⬤13 | RESPONSE to 12 Motion to Transfer Case to District of Massachusetts filed by STEVEN RAMSEY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(ij, ) (Entered: 03/05/2004) |
| 02/23/2004 | ⬤14 | Certification of Samuel J. Rosenthal, Esq on behalf of STEVEN RAMSEY Re in opposition to 12 Motion to Transfer Case. (Attachments: # 1 Text of Proposed Order # 2 Cert svc)(ij, ) (Entered: 03/05/2004) |
| 03/15/2004 | ⬤15 | Minute Entry for proceedings held before Judge Garrett E. Brown, Jr. : Motion Hearing held on 3/15/2004 re 12 First MOTION to Transfer Case to District of Massachusetts filed by JAY CASHMAN, INC. Ordered motion granted. Order submitted and signed. (Court Reporter C. Wright.) (dm ) (Entered: 03/23/2004) |
| 03/30/2004 | ⬤16 | ORDER granting 12 Motion to Transfer Case to District of Massachusetts . Signed by Judge Garrett E. Brown, Jr. on 3/15/04. (ij, ) (Entered: 03/31/2004) |
| 03/31/2004 | ⬤ | ***Civil Case Terminated. (ij, ) (Entered: 03/31/2004) |

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By: /s/
Deputy Clerk