UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
STEVEN RAMSEY,                )
       Plaintiff         )
                              )      Civil Action No.:
v.                            )      04-CV-10699-RCL
                              )
JAY CASHMAN, INC.             )
       Defendant         )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the defendant, Jay Cashman, Inc., in the above entitled action.

JAY CASHMAN, INC.
By its attorneys,

_____
Robert J. Murphy, BBO No. 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4/16 by
_____