UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 10 P 3:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

***********************)
STEVEN RAMSEY,        )
          Plaintiff   )
                      )
v.                    )     Civil Action No.:
                      )     04-CV-10699-RCL
                      )
JAY CASHMAN, INC.     )
          Defendant   )
***********************)

## 16(b) CERTIFICATION OF PARTIES AND THEIR COUNSEL

NOW COMES The Defendant, Jay Cashman, Inc., by its authorized representative and its attorneys and hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of this litigation; and

(b) they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

JAY CASHMAN, INC.

By: Jack Joyce
Its: Authorized Representative

Robert J. Murphy, BBO # 557655
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151