UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN RAMSEY,
    Plaintiff

v.

JAY CASHMAN, Inc.
    Defendant

CIVIL ACTION NO.:
04-CV-10699-RCL

## NOTICE OF APPEARANCE

I, Ronald M. Davids of the law firm of Davids & Schlesinger, P.C. hereby enter my appearance as counsel for the plaintiff, Steven Ramsey, in the above-captioned matter.

STEVEN RAMSEY,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on June 14th, 2004.

Ronald M. Davids