UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
******************************* )
STEVEN RAMSEY                    )
                 Plaintiff       )
                                 )
v.                               )
                                 )
JAY CASHMAN, INC.                )
                 Defendant       )
                                 )
******************************* 
```

FILED
IN CLERKS OFFICE

2004 JUN 17 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.:

04-CV-10699-RCL

### 16(B) CERTIFICATION OF PARTIES AND THEIR COUNSEL

NOW COMES the Plaintiff, Steven Ramsey, by its authorized representative and its attorneys and hereby certify that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of this litigation, and

(b)   they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

STEVEN RAMSEY

_/s/ Steven Ramsey_
By: Steven Ramsey, Plaintiff

BARISH LAW OFFICES, P.C.

_/s/ Samuel J. Rosenthal_
SAMUEL J. ROSENTHAL, ESQUIRE
Three Parkway - Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
(215) 923-8900 - Fax: (215) 351-0593

DAVIDS & SCHLESINGER

_/s/ Ron Davids_
Ron Davids, Esquire
40 Washington St. - Suite 250
Wellesley, MA 02481
(781) 416-5055 - Fax: (781) 416-4344