UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

|  |  |
|---|---|
| STEVEN RAMSEY, )<br>Plaintiff )<br> )<br>v. )<br> )<br>JAY CASHMAN, Inc. )<br>Defendant ) | CIVIL ACTION NO.:<br>04-CV-10699-RCL |

## ASSENTED TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The plaintiff, Steven Ramsey ("Plaintiff") moves hereby for an Order admitting Rudolph V. De George, II to the bar of this honorable Court for the sole purpose of serving as counsel in the preparation and trial of this matter.

In support of its motion, the Plaintiff states that Mr. De George is an attorney in the law firm of Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia, Pennsylvania and is a member in good standing in the state and federal bars of Pennsylvania. (See Affidavit of Mr. De George attached as Exhibit A). At all times Mr. De George will be associated with and accompanied by Ronald M. Davids, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

The Plaintiff states that it has chosen Mr. De George to represent him in this case, along with Ronald M. Davids, because of his expertise in this field and because of his attorney-client relationship with Barish Law Offices, P.C.

**Counsel for the defendant has assented to this motion.**

WHEREFORE, the Plaintiff requests that Rudolph V. De George, II be admitted <u>Pro Hac Vice</u> to the bar of this Court for the pretrial and trial of this matter.

December 6, 2004

Respectfully submitted,

STEVEN RAMSEY,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

_____
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA  02481
(781) 416-5055
BBO No.: 115110

## CERTIFICATE OF SERVICE

I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon the attorney of record for each party by mail on December 6, 2004.

_____
Ronald M. Davids