UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 22 P 2: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

**STEVEN RAMSEY,**
Plaintiff

Civil Action Number
04-CV-10699-RCL

vs.

**JAY CASHMAN, INC.**
Defendant

## JOINT MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES

Now comes the plaintiff, Steven Ramsey, and the defendant, Jay Cashman Inc., through their counsel, and jointly move this Honorable Court to extend the discovery and other pre-trial deadlines. The parties respectfully pray that this Honorable Court extend the deadline for conducting factual discovery by 90 days, up to and including May 23, 2005, and that other pre-trial activity dates, including expert disclosures and the filing of motions, be extended by an equivalent 90 days.

As grounds for this motion, the parties assert that they have been diligent in their discovery. However, there are several factors that militate in favor of extending the pre-trial deadlines.

1.      The plaintiff alleges he is a Jones Act seaman who was severely injured while working aboard the defendant's vessel during a marine construction project in New Jersey.

2.      Many of the potential witnesses to the alleged incident are employed in the maritime field and their employment necessarily takes them from state to state. (See Plaintiff's deposition p. 136 ll. 18-21 "We go from state to state. You don't know these people. You know them for as long as you're working on a job. And then you're

somewhere else, working on a different job.") As such, many of the witnesses have been difficult to locate and it has been difficult obtaining their depositions.

3.  More specifically, the plaintiff wishes to obtain the deposition of Kenneth King, the plaintiff's supervisor at the time of the incident and a witness in the case. Mr. King no longer works for the defendant. The defendant is currently unable to provide Mr. King's address as he no longer resides at his former address. As such, the parties require additional time to locate and depose Mr. King, and other witnesses.

4.  During the course of completing the aforementioned discovery, it is quite possible that additional witnesses or information may be identified that will require some additional discovery by the parties.

5.  Furthermore, this case involves complex factual and legal issues and the parties respectfully assert that they require additional time to properly prepare the matter for trial.

Wherefore, the parties respectfully submit that it is in the best interests of the efficient administration of justice in this action to extend the deadline for completing factual discovery by 90 days, to May 23, 2005, and to extend all other deadlines by an equivalent 90 days.

Respectfully submitted,

Plaintiff Steven Ramsey,
By his attorneys,

**BARRISH LAW OFFICES, P.C.**

*/s/ Samuel Rosenthal / wp*
Samuel Rosenthal
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102
215-923-8900

Defendant Jay Cashman, Inc
By its Attorney

**HOLBROOK & MURPHY**

*/s/ Robert J. Murphy*
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151