**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
*****************************)
STEVEN RAMSEY,               )
         Plaintiff           )
                             )       Civil Action No.:
v.                           )       04-CV-10699-RCL
                             )
JAY CASHMAN, INC.            )
         Defendant           )
*****************************
```

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective October 1, 2005, counsel for the Defendant, Jay Cashman, Inc., will be located at a new address. The new address will be:

> Robert J. Murphy
> Holbrook & Murphy
> 15 Broad Street
> Boston, MA  02109
> Telephone  617-428-1151
> Facsimile  617-523-7379

Respectfully submitted,

  /s/ Robert J. Murphy
Robert J. Murphy, BBO No. 557659
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

      I hereby certify that on September 27, 2005, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Samuel J. Rosenthal, Marvin I. Barish Law Offices P.C., 200 North 5th Street, 2nd Floor, Camden, NJ  08102.

                                        /s/ Robert J. Murphy
                                    Robert J. Murphy, BBO# 557659
                                    HOLBROOK & MURPHY
                                    150 Federal Street, 12th Floor
                                    Boston, MA 02110
                                    (617) 428-1151
                                    holbrook_murphy@msn.com