# HOLBROOK & MURPHY

ATTORNEYS AT LAW
PROCTORS IN ADMIRALTY

15 BROAD STREET
SUITE 900
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 428-1151
FACSIMILE (617) 523-7379

E-MAIL: holbrook_murphy@msn.com

FILED
IN CLERKS OFFICE
2006 MAY 17 P 4: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

May 17, 2006

VIA HAND DELIVERY

Ms. Lisa Hourihan
United States District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:   *Steven Ramsey v. Jay Cashman, Inc.*
            Civil Action No. 04-10699-RCL

Dear Ms. Hourihan:

    We refer to the above captioned matter and our conversation of today's date. This will confirm that all parties wish for the matter to be referred to the Court's non-binding mediation program before a Magistrate Judge. The parties do not have a preference as to which Magistrate Judge the case is referred to.

    It is our understanding that the pretrial conference currently scheduled for May 25, 2006, will be continued until after mediation and that we are not required to submit the pretrial memorandum at this time.

    Thank you for your courtesy in this matter. If you have any questions regarding the foregoing, please do not hesitate to advise.

Very truly yours,

Bob Murphy

Robert J. Murphy

cc:    All counsel of record (via facsimile and first class mail)

RJM/mw