**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STEVEN RAMSEY
            Plaintiff(s)

    V.

JAY CASHMAN, INC.
            Defendant(s)

CIVIL ACTION

NO. 04-CV-10699-RCL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     REGINALD C. LINDSAY

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On  8/17/06                           I held the following ADR proceeding:

    _____ SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
    __X____ MEDIATION                        _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL                        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ] Settled. Your clerk should enter a ____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. Plaintiff reported that their client has 2 future surgery's scheduled at a time unknown at present. Plaintiff's surgery precludes any settlement at this time.

[ ] Suggested strategy to facilitate settlement:

8/17/06                                              /S/ Joyce London Alexander
DATE                                                 ADR Provider

(ADR Report.wpd - 4/12/2000)                                                [adrrpt.]