**BARISH ◼ ROSENTHAL**
COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

October 13, 2006

The Honorable Reginald C. Lindsay
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    RE:    Steven Ramsey vs. Jay Cashman, Inc.
            Civil Case No.: 1:04-CV-10699
            <u>Pre-Trial Conference: October 26, 2006</u>

Dear Judge Lindsay:

    This office represents the Plaintiff in the above-captioned matter. This is a Jones Act Case alleging back and neck injuries. Plaintiff, Steven Ramsey, underwent a lumbar disc surgery on October 5, 2006 (a copy of the Cape Cod Hospital Clinical Resume is enclosed herewith). In light of this recent major medical development, we have conferred with Mr. Murphy, counsel for Defendant, and jointly request that the court adjourn the Pre-Trial Conference scheduled for October 26, 2006 and schedule a Status Conference in ninety (90) days. This will allow time for the medical situation to become clearer and for any necessary further discovery and/or expert evaluation.

    Thank you for your kind courtesies in this matter.

                                           Respectfully submitted.
                                           BARISH ◆ ROSENTHAL

                              BY:_____
                                       Samuel J. Rosenthal
                                       Attorney for Plaintiff

SJR/mn
cc:    Robert J. Murphy, Esquire

THREE PARKWAY, SUITE 1320 ◼ 1601 CHERRY STREET ◼ PHILADELPHIA, PA 19102 ◼ 215.923.8900 ◼ 800.233.7101 ◼ FAX: 215.351.0593
WEBSITE: WWW.BARISHROSENTHAL.COM

CAPE COD HOSPITAL
27 Park Street
Hyannis, MA 02601

\*\*\* C L I N I C A L   R E S U M E \*\*\*

```
PATIENT NAME:   RAMSEY,STEVEN ROY        ATTENDING:  ACHILLES PAPAVASILIOU MD
       D.O.B.: 09/01/64                  DICTATING:  ACHILLES PAPAVASILIOU MD
    ACCOUNT #: 000072112337     ADMIT/SERVICE DATE:  10/05/06
 MEDICAL REC#: 414419              DISCHARGE DATE:
   Pt. STATUS: ADM IN                  Pt. LOCATION:  S3
```
================================================================================

ADMITTING DIAGNOSIS: L3-4 disk herniation.

FINAL DIAGNOSES: L3-4 disk herniation.

PROCEDURE PERFORMED: L3-4 Metrix microdiscectomy.

REASON FOR HOSPITALIZATION: The patient is a 42-year-old gentleman who presents with intractable back and left leg pain radiating in L4 distribution. MRI scan demonstrates an L3-4 disk extrusion on the right consistent with his symptoms.

HOSPITAL COURSE: He underwent an L3-4 Metrix microdiscectomy on 10/5/06 which he tolerated well. Postoperatively his leg pain resolved and by 10/6/06 he was ready for discharge home.

DISCHARGE MEDICATIONS:
Vicodin as needed for pain
Resume preoperative medications

INSTRUCTIONS TO PATIENT/DISCHARGE PLAN: He will follow up with me in six weeks. At that time we will start physical therapy. In the meantime he knows just to ambulate and not to do any heavy lifting. He will call if he has any questions.

by ACHILLES PAPAVASILIOU MD

dmr   DD 10/06/06; DT 10/06/06

cc:

Cape Cod Healthcare \*PCI LIVE\* (PCI: OE Database LIVE)                    DRAFT COPY

Run: 10/10/06-11:08 by Perry,Denise A                                     Page 1 of 1