CAPE COD HOSPITAL
27 Park Street
Hyannis, MA 02601

*** C L I N I C A L   R E S U M E ***

PATIENT NAME: RAMSEY, STEVEN ROY      ATTENDING: ACHILLES PAPAVASILIOU MD
       D.O.B.: 09/01/64               DICTATING: ACHILLES PAPAVASILIOU MD
    ACCOUNT #: 000072112337    ADMIT/SERVICE DATE: 10/05/06
MEDICAL REC#: 414419              DISCHARGE DATE:
    Pt. STATUS: ADM IN                Pt. LOCATION: S3
===========================================================================

ADMITTING DIAGNOSIS: L3-4 disk herniation.

FINAL DIAGNOSES: L3-4 disk herniation.

PROCEDURE PERFORMED: L3-4 Metrix microdiscectomy.

REASON FOR HOSPITALIZATION: The patient is a 42-year-old gentleman who presents with intractable back and left leg pain radiating in L4 distribution. MRI scan demonstrates an L3-4 disk extrusion on the right consistent with his symptoms.

HOSPITAL COURSE: He underwent an L3-4 Metrix microdiscectomy on 10/5/06 which he tolerated well. Postoperatively his leg pain resolved and by 10/6/06 he was ready for discharge home.

DISCHARGE MEDICATIONS:
Vicodin as needed for pain
Resume preoperative medications

INSTRUCTIONS TO PATIENT/DISCHARGE PLAN: He will follow up with me in six weeks. At that time we will start physical therapy. In the meantime he knows just to ambulate and not to do any heavy lifting. He will call if he has any questions.

_____
by ACHILLES PAPAVASILIOU MD

dmr   DD 10/06/06; DT 10/06/06

cc: