UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STEVEN RAMSEY** : | |
| : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | |
| **JAY CASHMAN, INC.** : | **NO. 04-CV-10699(RCL)** |
| Defendant : | |
| : | |

**ORDER**

On this _____ day of _____ 2006, upon the parties' Joint Motion to Adjourn the Pre-Trial Conference and reopen discovery and expert disclosures, it is hereby ORDERED that the Pre-Trial Conference scheduled for October 26, 2006 is adjourned. A Status Conference will be held on the _____ day of _____, 2006.

_____
HONORABLE REGINALD C. LINDSAY