UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STEVEN RAMSEY** : | |
| : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | |
| **JAY CASHMAN, INC.** : | **NO. 04-CV-10699(RCL)** |
| Defendant : | |
| : | |

**AMENDED DISCOVERY ORDER**

On this _____ day of _____ 2006, it is hereby ORDERED that Plaintiff shall submit a supplemental damage expert report by December 15, 2006 and Defendant shall submit a supplemental damage expert report by January 5, 2007.

_____
HONORABLE REGINALD C. LINDSAY
