UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN RAMSEY | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| JAY CASHMAN, INC. | : | NO. 04-CV-10699(RCL) |
| Defendant | : | |

AMENDED DISCOVERY ORDER

On this 8th day of Nov. 2006, it is hereby ORDERED that Plaintiff shall submit a supplemental damage expert report by December 15, 2006 and Defendant shall submit a supplemental damage expert report by January 5, 2007.

*Reginald C. Lindsay*
HONORABLE REGINALD C. LINDSAY

By: *Lisa M Hourihan*
Deputy Clerk