UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
******************************)
STEVEN RAMSEY,                )
        Plaintiff             )
                              )      Civil Action No.:
v.                            )      04-CV-10699-RCL
                              )
JAY CASHMAN, INC.             )
        Defendant             )
******************************
```

## MOTION TO CONTINUE MEDIATION (ASSENTED TO)

NOW COMES the defendant, Jay Cashman, Inc. (hereinafter "Cashman"), in the above-captioned action, by and through its undersigned attorneys, HOLBROOK & MURPHY, and respectfully moves this Honorable to reschedule the voluntary mediation in the above captioned matter, which is currently set for June 25, 2007.

Defendant's counsel respectfully asserts that the mediation be rescheduled as counsel for Cashman is unavailable. On the date currently set for the mediation, the undersigned defense counsel is scheduled to be out of state on vacation with family. This vacation was planned prior to the Court scheduling of the mediation on June 11, 2007. **Pursuant to the clerk's instructions, the parties have selected a new mediation date of Friday, July 27, 2007.**

This is the first request for rescheduling requested by the defendant. Opposing counsel assents to the relief sought herein. The defendant respectfully asserts that no party will be prejudiced by the court granting this motion.

WHEREFORE, the defendant, Cashman, respectfully moves this Honorable Court to reschedule the mediation currently set for June 25, 2007.

Attorneys for the Defendant,


/s/ Robert J. Murphy
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA  02110
(617) 428-1151
holbrook_murphy@msn.com


ASSENTED TO:

Attorneys for the Plaintiff,


/s/ Samuel J. Rosenthal
Samuel J. Rosenthal
Barish Rosenthal
Three Parkway, 1601 Cherry Street
Suite 1320
Philadelphia, PA 19102
(215) 923-8900


Certificate of Service

I hereby certify that on June 20, 2007, I electronically filed a Motion to Continue Mediation (Assented To) with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Robert J. Murphy
Robert J. Murphy, BBO # 557659
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA  02110
(617) 428-1151
holbrook_murphy@msn.com