**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Steven Ramsey
_____
                Plaintiff(s)

                V.                                              CIVIL ACTION

Jay Cashman, Inc.                                   NO. <u>04cv10699-RCL</u>
_____
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____<u>Lindsay</u>_____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On _____<u>July 27, 2007</u>_____ I held the following ADR proceeding:

      _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

      _____ MEDIATION                        _____ SUMMARY BENCH / JURY TRIAL

      _____ MINI-TRIAL                        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except _____].

The case was:

[ ]   Settled.  Your clerk should enter a _____ day order of dismissal.

[X]   There was progress.  A further conference has been scheduled for <u>8/21/2007 at 10:00AM</u> unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____
_____

<u>7/27/2007</u>                                           <u>/s/Honorable Joyce London Alexander</u>
DATE                                                    ADR Provider

(ADR Report.wpd - 4/12/2000)                                                [adrrpt.]