UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN RAMSEY,<br>    Plaintiff<br><br>v.<br><br>JAY CASHMAN, Inc.<br>    Defendant | CIVIL ACTION NO.:<br>04-CV-10699-RCL |

## ASSENTED TO MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The plaintiff, Steven Ramsey ("Plaintiff") moves hereby for an Order admitting Samuel J. Rosenthal to the bar of this honorable Court for the sole purpose of serving as counsel in the preparation and trial of this matter.

In support of its motion, the Plaintiff states that Mr. Rosenthal is an attorney in the law firm of Barish Rosenthal, Bell Atlantic Tower, Suite 4020, 1717 Arc Street, Philadelphia, Pennsylvania and is a member in good standing in the state and federal bars of Pennsylvania. (See Affidavit of Mr. Rosenthal attached as Exhibit A). At all times Mr. Rosenthal will be associated with and accompanied by Ronald M. Davids, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

The Plaintiff states that it has chosen Mr. Rosenthal to represent him in this case, along with Ronald M. Davids, because of his expertise in this field and because of his attorney-client relationship with Barish Rosenthal.

**Counsel for the defendant has assented to this motion.**

WHEREFORE, the Plaintiff requests that Samuel J. Rosenthal be admitted <u>Pro Hac Vice</u> to the bar of this Court for the pretrial and trial of this matter.

August 8, 2007

Respectfully submitted,

STEVEN RAMSEY,

By His Attorneys,

DAVIDS & COHEN, P.C.

/s/ Ronald M. Davids
Ronald M. Davids
40 Washington Street, Suite 20
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants on August 8, 2007.

/s/ Ronald M. Davids
Ronald M. Davids