# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **STEVEN RAMSEY** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **JAY CASHMAN, INC.** | : | **NO. 04-CV-10699(RCL)** |
| | : | |
| **Defendant.** | : | |

**AFFIDAVIT OF SAMUEL J ROSENTHAL**

Samuel J. Rosenthal, being first duly sworn upon his oath, deposes and states as follows:

1. I am a partner at Barish Rosenthal, Bell Atlantic Tower, Suite 4020, 1717 Arch Street, Philadelphia, Pennsylvania.

2. I have been admitted to practice law in the following jurisdictions and courts:

    a. Supreme Court of Pennsylvania

    b. Supreme Court of New Jersey

    c. U.S. District Court, Eastern District of Pennsylvania

    d. U.S. District Court for the District of New Jersey

3. I graduated from University of Pennsylvania School of Law in 1987. Since that time, I have done litigation work and participated in jury and non-jury trials.

4. I have never been held in contempt of court, censured, suspended or disbarred by any court.

5.  I am familiar with the provisions of the Federal Rules of Civil Procedure, the Local Rules for the District of Massachusetts, the Federal Rules of Evidence, and all applicable ethical rules of conduct and professional responsibility. I intend to faithfully adhere to these rules and responsibilities.

---
SAMUEL J. ROSENTHAL

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Then personally appeared before me the above-named Samuel J. Rosenthal and acknowledged the foregoing to be his free act and deed this 7th day of August, 2007.

---
NOTARY PUBLIC
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE M. NUCIFORO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 16, 2010