**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

STEVEN RAMSEY
       Plaintiff(s)

V.

JAY CASHMAN, INC.
       Defendant(s)

CIVIL ACTION

NO. 04-cv-10699-RCL

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   REGINALD C. LINDSAY

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x] On   8/21/2007   I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_\_\_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ] Settled. Your clerk should enter a _____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X] The parties report that they are unwilling to proceed with further mediation and are ready to go to trial. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

   8/21/07                                **/S/ JOYCE LONDON ALEXANDER**
    DATE                                       ADR Provider

(ADR Report.wpd - 4/12/2000)                                   [adrrpt.]