## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **STEVEN RAMSEY** | : | |
| | : | |
| **Plaintiff,** : | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **JAY CASHMAN, INC.** | : | **NO. 04-CV-10699(RCL)** |
| | : | |
| **Defendant.** | : | |

### Certification Pursuant to Local Rule 7.1(a)

I, hereby, certify that counsel have conferred and have attempted in good faith to resolve and/or narrow the issue at hand, and that no agreement could be reached.


/s/ Samuel J. Rosenthal, Esq.
BARISH ◆ROSENTHAL
Bell Atlantic Tower, Suite 4020
1717 Arch Street
Philadelphia, PA  19103
(215) 923-8900


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 5, 2007.

/s/ Ronald M. Davids
Ronald M. Davids