Exhibit A

**SUMMER** 3/7/01

**HOCHSTRASSER'S MARINA, INC.**
401 WEST 8th St.
SHIP BOTTOM, NJ 08008
(609) 494-5340 — Fax (609) 494-1163

Dealer In:
Mercury • MerCruiser • OMC • Cobra
Angler Boats

| REPAIR ORDER NO. | 67 |
|---|---|
| Date Rec. | 3/5/01 |
| Date Req. | |
| Date Comp. | |

Customer's Name: Jay Cashman
Home Address: 20 W. Howell St
City: Boston   State: MASS   Zip: 02125
Home Phone: 617 287-1600
Shore Address:
Shore Phone:
Bus Phone:
State Reg.No. or Boat Name:

Make/Model: Merc I/O
Serial No. Eng. (1): 600649527
Engine Size & Type (I/B-OB-I/O-SD): 
Serial No. Drive (1):
Serial No. Eng. (2):
Serial No. Drive (2):
Key Here:

**Work Performed or Details of Failure**

☐ HAULOUT/BLOCKOFF/LAUNCH — ENGINE brought in S&LK
☐ CRANE ONLY
☐ SERVICE CALL
☐ LABOR

- flush with freshwater
- Clean carb, paint, install new
- Remove starter, R+R starter
- Run in tank oil (ok)

Note - Stator, voltage regulator, switch box, starter solenoid were not changed. Advise doing so since it sank in saltwater

| QTY | PARTS NO. | Unit Price | AMOUNT |
|---|---|---|---|
| | eye connectors | 30 | 60 05 |
| 1 | gal pre-mix | 35 | 35 |
| 1 | rebuilt starter | 169 50 | 169 50 |

| | | |
|---|---|---|
| TOTAL LABOR | | 140 00 |
| TOTAL PARTS | | 191 50 |
| SHOP SUPPLIES | | |
| ENVIRONMENTAL CHARGE | | 2 60 |
| SUB-TOTAL | | 334 10 |
| TAX | | |
| GAS | | |

| Int. | Date | Time In | Time Out | Hrs. | Qty. | Part No. | Description | Unit |
|---|---|---|---|---|---|---|---|---|
| | 3/5/01 | Blue | | | | | [illegible] | 30 ea |
| | | | | ¼ | 2 | EYE connectors | | |
| | | | | ¼ | 1 | 1 gallon gas/oil | La eye connector | |
| Btt | | | | ½ | | RCVR STARTER | | 169.50 |

Description of Work:
- Send starter out for rebuild
- Install starter
- Get motor running
- Drain & refill oil & fuel
- Run starter to make sure it runs
- Do not change any electronics, starter, etc.  LKT