Volume:  I
Pages:  1-199
Exhibits:  One

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No.  04-CV-10699-RCL

*****************************
STEVEN RAMSEY,                  *
          Plaintiff,            *
v.                              *
JAY CASHMAN, INCORPORATED,      *
          Defendant.            *
*****************************

DEPOSITION of STEVEN R. RAMSEY, a

witness called on behalf of the Defendant,

pursuant to the applicable provisions of the

Federal Rules of Civil Procedure, before

CATHERINE L. ZELINSKI, a Certified Shorthand

Reporter and Notary Public, in and for the

Commonwealth of Massachusetts, at the Law

Offices of Holbrook and Murphy, 150 Federal

Street, Boston, Massachusetts, on Wednesday,

October 20, 2004, commencing at 12:00 p.m.

_____

REPORTERS, INC.
GENERAL & TECHNICAL COURT REPORTING
23 Merrymount Road, Quincy, MA  02169
617.786.7783/FACSIMILE 617.786.7723

```
 1         what pier to be at and who to meet.  And
 2         that's what I did.  I went over and saw Rick
 3         Hughes and he introduced himself and I
 4         introduced myself and we went to work.
 5    Q.   And what vessel were you assigned to?
 6    A.   The Wood I and the Wood II.  There were two
 7         different ones.  We worked on both of them.
 8    Q.   What was your position that you were hired
 9         for?
10    A.   I was hired for a deck hand.
11    Q.   On those vessels?
12    A.   Right.
13    Q.   Do you have to fill out any paperwork for
14         Cashman when you show up to work there?
15    A.   No, it's all -- I never did.  I mean, you
16         have to fill out your form, how much taxes
17         you want taken out and that type of thing.
18    Q.   So there's no application --
19    A.   No.
20    Q.   -- that you applied --
21    A.   No.
22    Q.   Let me just finish for her.
23    A.   Sorry.
24    Q.   That's okay.  I told you I'm the worst one at
```

1      that.

2              You don't fill out an application for

3      Cashman?

4   A.  No.

5   Q.  You're just assigned through the union hall?

6   A.  Right.

7   Q.  You show up on day one, you fill out some tax

8      info?

9   A.  Right.

10  Q.  Did you fill out anything else?

11  A.  The shop steward brings it to you.  You have

12     a shop steward on all your jobs and he brings

13     it to you and you fill out your paperwork and

14     that's it.

15  Q.  And that's what I'm asking, what does that

16     paperwork consist of?

17  A.  Well, your social security number, your date

18     of birth, so they can pay you, of course.

19  Q.  Right.

20  A.  And what you want deducted for taxes and

21     that's it.

22  Q.  Do your benefits change from job to job or

23     are they --

24  A.  No.

1   Q.  Stay the same?

2   A.  It's the same.

3   Q.  Through the year?

4   A.  Benefits through the year stay the same.

5   Q.  So you showed up on day one and you met with

6       Mr. Hughes?

7   A.  Right.

8   Q.  And you were assigned to be a deck hand?

9   A.  Right.

10  Q.  Aboard what vessel?

11  A.  The first job was -- they called it

12      Mr. Barge.

13  Q.  Mr. Barge?

14  A.  Right.

15  Q.  And that's a barge?

16  A.  It's a barge, yeah.  It has wenches on it

17      and we were laying cable from one island to

18      the next.

19  Q.  In Boston Harbor?

20  A.  Yes.

21  Q.  And you assigned a -- does the crew on that

22      vessel change during the course of the job?

23  A.  No, we had the same crew.

24  Q.  So it's the same crew?

1    A.    Right.

2    Q.    How did that go, any problems?

3    A.    No.

4    Q.    Up until the time you were injured, any

5          problems working for Cashman?

6                  MR. ROSENTHAL:   Objection to form.

7    A.    No.

8    Q.    Up until the time you were injured, did you

9          have any complaints working for Cashman?

10   A.    No.

11   Q.    Up until the time you thought you were

12         injured, did you think they were an unsafe

13         employer?

14                 MR. ROSENTHAL:   Objection to the

15         form.

16   A.    No.   I'd go back to work right now if they'd

17         let me.

18   Q.    So you were first hurt in 2001 working for

19         Cashman?

20   A.    April 5, 2001.

21   Q.    What vessel were you on at that time, if any?

22   A.    We were working on the Wood I.

23   Q.    What kind of vessel is the Wood I?

24   A.    It's a dredge.   It has a crane on it.

1    Q.   It's not one of these self-propelled dredges,

2         is it?

3    A.   No.

4    Q.   So when you say a dredge, what do you mean --

5    A.   It has a wench system and spuds.  You can

6         move forward and back on your own.  You don't

7         need --

8    Q.   Using the spuds?

9    A.   Using the wenches.  You have cables that run

10        out with anchors.  And you have spuds that

11        keep you in place while you're moving the

12        crane back and forth.

13   Q.   So there's no motor or engine on the Wood

14        I --

15            MR. ROSENTHAL:  Objection.

16   Q.   -- that propels the vessel through the water?

17   A.   Well, there is because there's wenches that

18        run the wires on the anchors and I go back

19        and forth on my own.  I have no boat to do it

20        with.

21   Q.   I hear you.

22   A.   Okay.

23   Q.   Tell me how it works just for the record.

24   A.   You have wenches with cables and you have

1          anchors on them and you spread them out 500

2          feet away from you so you can go ahead.  And

3          you go also in the back with wenches, right,

4          that you move back and forth up in the house

5          on the dredge.

6     Q.   So you have a wench aboard the barge, right?

7     A.   You have a set of wenches, yeah.

8     Q.   I just want to get down on the record.  I

9          know it's a little tough to explain this --

10    A.   Yeah.

11    Q.   -- exactly how these vessels can move.

12    A.   Yeah.

13    Q.   So the wench, right?  You --

14    A.   I can wind the cable up and make myself go

15         forward or I can unwind the cable and wind

16         the rear spools and go up and go backwards.

17         I can go backwards and forwards.

18    Q.   That's about manipulating the wench?

19    A.   Wench, right.

20    Q.   And the wench is like a wire rope?

21    A.   Right, a bunch of wire cable.

22    Q.   Wear cable?

23    A.   Right.

24    Q.   And on the other end of the cable is an

1          anchor?

2     A.    Right.

3     Q.    That's in the water.

4     A.    Right.

5     Q.    And you --

6     A.    You work to it.

7     Q.    By pulling in on the wench?

8     A.    Right.

9     Q.    Or the reverse to go reverse?

10    A.    Right.

11    Q.    So the barge is capable of movement in the

12         water?

13    A.    Right.

14    Q.    But you couldn't go to, say, New York that

15         way?

16    A.    No.

17    Q.    To go to, say, New York or another job site a

18         tugboat would --

19    A.    Right, you have to be towed, right.

20    Q.    And that's how it works, the tug tows the --

21    A.    Right.

22    Q.    -- the Wood I?

23    A.    Yeah.  We towed it there.

24    Q.    Well, that's what I was going to ask you

1    next.  How you got to the job site originally

2    is a tugboat would tow the Wood I to where

3    you were working?

4  A.  Right.

5  Q.  But in the work site itself, you can move the

6    barge as you've described?

7  A.  Right.

8  Q.  How long did that job take?  How long had you

9    been working there before you got hurt?

10  A.  I -- a couple of months maybe.  Four.  I

11    can't remember.

12  Q.  How would you get to the job site each day?

13  A.  We would drive from the hotel.  Oh, you mean

14    out on to the water?

15  Q.  Yeah.

16  A.  I'm sorry.

17  Q.  We'll take --

18  A.  On the gunny.  That's a tugboat.

19  Q.  So the tugboat would take you from the

20    dock --

21  A.  To the dredge.

22  Q.  Everyday?

23  A.  Right.

24  Q.  And you'd return home every evening?

1    A.    Right.

2    Q.    There was never a time you were out there

3          overnight?

4    A.    No, no.

5    Q.    So you were staying in a hotel at the time?

6    A.    Right.

7    Q.    Where were you staying?

8    A.    It was in Barnegate Light, Barnegate, New

9          Jersey.  I can't remember the name.  Oh,

10         yeah, it's the Quarter Deck is the name of

11         it, the hotel I stayed at.

12   Q.    Where was the job site?

13   A.    Barnegate Light in New Jersey.

14   Q.    What were you doing precisely?

15   A.    We were putting stone around the lighthouse

16         because the lighthouse was caving in in the

17         water.

18   Q.    So you were working from the barge to do

19         that?

20   A.    Right.

21   Q.    So every morning you'd drive from the hotel

22         to the dock?

23   A.    Correct.

24   Q.    Get in the tugboat and the tugboat would take

1       you out to the Wood I?

2   A.  Right.

3   Q.  And you would work on the Wood I doing the

4       job around the lighthouse?

5   A.  Right.

6   Q.  And then the tugboat would come and get you

7       at quitting time?

8   A.  You have to have a boat standing by Coast

9       Guard regulations.

10  Q.  Okay.

11          Where exactly would the tugboat be?

12  A.  Right along the port side.

13  Q.  Can you describe for me specifically the work

14      that you were doing?

15  A.  I was running the wenches.  I was a mate

16      engineer.  I did the mate work which is

17      running the wenches and the engineer, I took

18      care of all of the engines on the rig.

19  Q.  Okay.

20  A.  And then I would have to run the little boat

21      to run back and forth to pick up any crew

22      members that wanted to come.  Or we have

23      safety guys that have to come out, and I

24      would go out and pick them up and bring them

```
 1        back.  Or if the captain or superintendent
 2        wanted to come out, I would have to pick them
 3        up.
 4   Q.   And that's on the gunny?
 5   A.   No, that's on the little skiff it's called.
 6   Q.   Is there a name for the skiff?
 7   A.   No, it's a skiff.
 8   Q.   Did you tell me that the Wood I is a crane
 9        barge?
10   A.   Yes.
11   Q.   So there was someone there operating the
12        crane?
13   A.   Right.
14   Q.   Who was that?
15   A.   Joseph Knowlton.  It's K-n-o-w.
16   Q.   He's the crane operator?
17   A.   Right.
18   Q.   Is there someone that tags the crane, signals
19        the train -- crane?
20   A.   I'm the guy who tells him when to start
21        loading the barge and, yeah, which is the
22        mate.
23   Q.   So you use these hand signals to --
24   A.   I have a radio and the hand signals, yeah.
```

```
 1        If I'm on the deck and he can't hear me
 2        because the engine's running, I give him hand
 3        signals.
 4   Q.   And take me, someone who's never been out
 5        there and never seen it, take me through your
 6        day, you know, how does that work?  Are
 7        you --
 8   A.   You would go on board and where I'm the
 9        mate, I would have to go in and start up all
10        the engines because I was also the engineer.
11        I'd have to start up all the engines, get all
12        the air pressure going.
13   Q.   These are the wenches?
14   A.   The wenches and the crane.  I would have to
15        start the crane and the wenches and get all
16        the pressure up before we do anything.  And
17        let him know when we can do anything.  And he
18        would load up the rock on the side of the
19        barge.
20   Q.   And how would you let him know?
21   A.   Usually he would be down with me.  He was
22        having his coffee and I would tell him go
23        ahead, you have pressure.
24   Q.   And do you have any responsibilities with
```

```
 1          regard to the crane after he begins --
 2    A.    No.
 3    Q.    -- the work?
 4    A.    No.
 5    Q.    You don't direct him or anything like that?
 6    A.    No, no.
 7    Q.    Does he need anybody to direct him?
 8    A.    No, he has a roped off area.  No one's
 9          allowed near it.
10    Q.    So he's just doing his thing with the crane?
11    A.    He's just going, right.
12    Q.    Well, who else is on the barge during these
13          operations?
14    A.    You want names?
15    Q.    Give me positions and then names.
16    A.    Positions, okay.  Kenny King, he was the
17          captain.
18    Q.    And these names that you're giving, are these
19          -- Cashman uses these names or are these the
20          union names?
21    A.    Some of them are.
22              MR. ROSENTHAL:  Objection to form.
23    A.    Some of them are Cashman guys I guess.  Some
24          of them are union guys.  Is that what you
```

1      mean?

2  Q.  Like on a Coast Guard ship, you know, like a

3      merchant marine?

4  A.  Right.

5  Q.  You've got people with positions and are

6      recognized by the Coast Guard?

7  A.  Right.

8  Q.  So you're saying he's the captain --

9  A.  Right.

10  Q.  -- of the barge?

11  A.  He's the captain of the barge.

12  Q.  And I'm just wondering if that's what Cashman

13      calls him as well, the captain?

14  A.  Right, they sent him as a captain.

15  Q.  And let me ask you, are all the guys over

16      there union guys?

17  A.  Yeah, I didn't meet any that weren't.  There

18      are some company guys, but they don't work

19      with us.  Company guys aren't allowed to work

20      with our equipment.

21  Q.  That's what I was going to say.  You wouldn't

22      work alongside a non union man --

23  A.  No.

24  Q.  -- would you?

1   A.   No.

2   Q.   Or a woman?

3   A.   Right.

4   Q.   So Kenny King was the captain?

5   A.   Yeah.  And --

6   Q.   And he's the guy hired through the union just

7       like you were, right?

8   A.   Yes.

9   Q.   And generally speaking, what does he do on

10       the barge?

11   A.   Tell me what to do.  He tells everybody what

12       to do.  I mean, he would try to help out when

13       he can.

14   Q.   Right.

15   A.   I mean, he does a lot of paperwork I'm sure.

16       I've never been a captain, I don't know.

17   Q.   So he's not a laborer?

18   A.   He helps.

19   Q.   Okay.

20   A.   Yep, he helps when he can.

21   Q.   Who else we got?

22   A.   You got the Frankie Pilate.  And he's a

23       welder.

24   Q.   What would he do on the barge?

```
1    A.   Welding.

2    Q.   How much welding needed to be done?

3    A.   He did welding everyday.

4    Q.   For what?

5    A.   Well, he always ended up with busted spud

6         wells or a bit that's going to come apart so

7         you got to weld it.

8    Q.   Oh, this is for maintenance of the barge?

9    A.   Maintenance, constant.

10   Q.   That was his job?

11   A.   His job, right.  Weld all day.

12   Q.   So he's not directly involved in these

13        repairs on the lighthouse?

14   A.   Yeah, well, he -- when a barge would come

15        alongside, he's got to be there to help grab

16        lines.  You know, it takes more than one guy

17        to tie up a barge.

18   Q.   You're saying when another barge would come

19        alongside your barge?

20   A.   Right.  When my barge would come alongside a

21        flat barge to load the stone on, we would

22        need guys to, you know, tie up the barge

23        alongside of us so the operator can load it.

24   Q.   So he'd help out with that?
```

```
 1    A.   Right.

 2    Q.   Who else would help out with that?

 3    A.   The guys on the tugboat gunny, they would

 4         help.

 5    Q.   Who else is on the barge working with you?

 6    A.   That's -- well, on this crew, that was it.

 7         Usually there would be two or three more

 8         guys, but that's it.  I did the mate and the

 9         engineer's job.

10    Q.   So on this particular job, it was three of

11         you that were assigned to the barge?

12    A.   Three of us that were always on the barge,

13         right.

14    Q.   How did you get along with these other guys?

15    A.   I got along fine with them.

16    Q.   No problems with them?

17              MR. ROSENTHAL:  Objection to form.

18    A.   I mean, we had our arguments, you know, just

19         like anybody else.  You basically live with

20         these people for months on end.

21    Q.   Fair to say anything they did or didn't do

22         caused your accident?

23              MR. ROSENTHAL:  Objection.

24    A.   Well, I mean, yeah, I don't know.  I don't
```

1        know what you mean by that question.  They

2        didn't go out there and sink the boat on me.

3    Q.  Let me ask you a little bit more about what

4        you actually did on the barge.

5           So as the engineer, you were

6        responsible for the machinery on the barge?

7    A.  Right.  All the engines.

8    Q.  How much of your time did that take up?

9    A.  Four or five hours a day.

10   Q.  Okay.

11   A.  Some days more.  Some would break, of

12       course.  I'd have to get it fixed.

13   Q.  What other things did you do on the barge?

14   A.  Repairs to the bucket that picks up the

15       rock.  I fueled everything.  I had to take

16       care of all the fuels.  Run the wenches, to

17       move the barge back and forth.

18   Q.  How much of your time would those tasks take

19       typically?

20   A.  Eight or ten hours a day you worked,

21       depending on the day.

22   Q.  And you mentioned that Frank would handle

23       lines if another barge came alongside?

24   A.  Yeah.

1   Q.   Did you have to do that as well?

2   A.   Oh, yeah, absolutely.

3   Q.   How often would that occur?

4   A.   Usually twice a day.  You'd load one and

5        we'd take it away on the tugboat.  And then

6        he'd bring another one.  You'd load two, try

7        to load two a day and you'd get out there and

8        dump two, bring it along.

9   Q.   So this is the barge that's the receptacle

10       for the stone?

11  A.   Right.

12  Q.   And those barges are towed by --

13  A.   A tugboat.

14  Q.   And that's a separate tugboat than the gunny

15       that's --

16  A.   No, same tugboat.

17  Q.   The gunny would be --

18  A.   They would set up an anchor system.  Put the

19       barges out on an anchor.  And if it was too

20       far, you know, go pick up one and bring it in

21       and then take the loaded one and bring it

22       back out just to complete cycle all day?

23  Q.   And that's when you would assist in --

24  A.   Grabbing lines, right.

1    Q.   Have you ever been in the merchant marine?

2    A.   No.

3    Q.   Have you ever held a Coast Guard license?

4    A.   No.

5    Q.   You never worked as a captain?

6    A.   I run tugboats, but I don't need to have a

7         license.  As long as there's a captain on

8         board with a license, I can run the boat.

9    Q.   And who have you run tugboats for?

10   A.   Jay Cashman.  I worked with a couple of

11        captains for him.

12   Q.   Let's get to the day where you got hurt.  Do

13        you remember what day of the week it was?

14   A.   I thought it was Tuesday, but it's not.  I

15        believe it's Thursday, I believe it was.  I'm

16        not sure.

17   Q.   Did you have set hours working there?

18   A.   Yeah, you would show up at eight -- seven in

19        the morning.

20   Q.   What was quitting time?

21   A.   Whenever we got done unloading the barge.

22   Q.   What time would that typically be?

23   A.   Anywhere from five to seven.

24   Q.   P.M.?

1    A.    Five p.m., right.  Five p.m. to seven p.m.

2    Q.    What time of day did you get hurt at?

3    A.    Between -- I can't really -- between ten and

4          eleven.

5    Q.    In the morning?

6    A.    Right, a.m.

7    Q.    So let me ask you this:  You showed up for

8          work at seven a.m. --

9    A.    Right.

10   Q.    -- in your typical fashion?

11   A.    Yes.

12   Q.    Nothing special about that day, was there?

13   A.    No.

14   Q.    Up until at least you got hurt?

15   A.    Right.

16   Q.    The tugboat takes you out to the barge?

17   A.    Right.

18   Q.    And you begin starting up the crane?

19   A.    Right.  I fuel everything before I start an

20         engine.  I fuel the crane, then I fuel mine

21         -- I start the crane so he can get going.  I

22         start him up and then I fuel my wenches and

23         anything that needs fuel.  And then I start

24         my stuff up to get the air going and then you

1    wait and you start, you know, you start your

2    work.

3    Q.  What did your work consist of that day after

4    you did those tasks?

5    A.  That day we were talking.  They're either

6    called shanks for the bucket and we were

7    cutting them off, using a torch.  Cutting the

8    shanks off, getting them ready for the new

9    shanks and new bolts we were getting in.

10   Q.  And what specifically is a shank?

11   A.  It holds the teeth onto a bucket.

12   Q.  And you were cutting these with a torch?

13   A.  With a torch, right.

14   Q.  And I'm just trying to get a feel for your

15   day then.  How long does it take to get the

16   machinery up and running?

17   A.  As long as it's not too cold out, 35, 40

18   minutes roughly.

19   Q.  So on this day what time approximately did

20   you begin cutting the shanks with the torch?

21   A.  Probably about 8:30, 9:00 we were cutting.

22   Q.  Okay.

23   A.  We had the new shanks and new bolts coming.

24   So I was called to go do that, to go get them

1       on the skiff.

2    Q.  You were called on the radio?

3    A.  I was called on the radio.  I didn't take

4       the call.  It was Kenny King that took the

5       call.

6    Q.  Okay.

7    A.  I went -- I had the welder.  He cuts.  He's

8       in charge of all that.  He goes out and help,

9       you know, get the job done.  And --

10   Q.  Well, let me just slow it down.

11   A.  I know.

12   Q.  It's difficult when you're not there to

13      visualize the whole thing.

14   A.  Right.

15   Q.  So Kenny King takes the call on the radio,

16      right?

17   A.  I believe it was either his radio or Nextel.

18      But, yeah, he was the one that told me.

19   Q.  Who would have been contacting him?

20   A.  His last name is Weber.  He's the

21      superintendent, I can't remember his name.

22   Q.  But he's back on land?

23   A.  The superintendent is, yes.  The captain was

24      on board.

1    Q.    What was the message from shore?

2    A.    He told me that they were going to get the

3          parts and they'd let me know when they came

4          in to get the parts.

5    Q.    Okay.  So on shore they were getting some

6          parts?

7    A.    Right.

8    Q.    And that they were going to contact you when

9          they came in?

10   A.    Right, to pick them up.

11   Q.    And the parts specifically were what?

12   A.    They were shanks and nuts and bolts.

13   Q.    For the bucket?

14   A.    For the bucket.

15   Q.    At approximately what time did the call come

16         in from shore that the parts were available?

17   A.    They hadn't.  I had gone out to drop off the

18         safety man, he was going to get lunch.

19         Because it takes a while to get him to shore.

20         And then for him to drive 30 minutes to go

21         buy lunch because we were out in the boonies.

22         And then as I was coming back, I wish I could

23         remember his name.  Anyway, the

24         superintendent waved me over and said, I have

70

1          the parts you need.  So I went over to the

2          shore and picked them up.

3     Q.   Okay.  So just to go through this slowly.

4          When the call came in from shore that Kenny

5          King or whoever took, you weren't on the

6          barge at that time?

7     A.   I was on the barge, but I didn't take the

8          call.  I was outside cutting.

9     Q.   But at some point irrespective of the call,

10         you went to for a lunch run?

11    A.   Right.

12    Q.   And mentioned the safety man?

13    A.   Right.

14    Q.   Who is that?

15    A.   I don't know his name.

16    Q.   Is that someone who works on the barge?

17    A.   He doesn't work on the barge.  He just

18         stands by to make sure no one does anything

19         bad.

20    Q.   He'd probably call it work, though.

21    A.   Yeah, right, work, yeah.

22    Q.   Is he a union guy, too?

23    A.   No.

24    Q.   Is he a Cashman guy?

1   A.   Cashman hires out safety people, right.

2   Q.   He's just there to watch and make sure no one

3        does anything unsafe?

4   A.   Yeah.

5   Q.   Is that the extent of his job?

6   A.   That's it.

7   Q.   How do you get that job?

8   A.   I don't know.  I asked him.

9   Q.   He wasn't telling I bet.

10  A.   No.

11  Q.   The people who at any time were present on

12       the barge on the date that you -- of your

13       injury, you told me all of them.  Are there

14       any other people?

15  A.   They weren't on the barge, they were on the

16       boat.  They weren't actually on the barge.

17       They were other guys and I don't know all

18       their names.

19  Q.   The safety man is on the barge?

20  A.   The safety man wasn't -- he was on the

21       barge, yeah.  That was my fault.  I forgot

22       his name.  I hardly ever saw him.  I can't

23       remember his name.  Yeah, I brought him to go

24       do his lunch thing.

1    Q.   And I'm just a little uncertain of the

2         chronology.  When you took him in the skiff

3         to go get lunch?

4    A.   Right.

5    Q.   Where is the skiff located?

6    A.   It was on the starboard side of the dredge.

7    Q.   Tied up alongside the dredge?

8    A.   Right.

9    Q.   And that's there on a daily basis?

10   A.   It's always there, yeah.

11   Q.   What's the purpose of the skiff?

12   A.   To run people back and forth like I told

13        you.

14   Q.   Like little errands?

15   A.   Right.

16   Q.   But you don't use that skiff to get out to

17        the barge?

18   A.   To work.

19   Q.   In the morning?

20   A.   No, no.

21   Q.   Why is that?

22   A.   It's too small for that many people to get

23        on it.  You're talking -- I mean, it has four

24        inches of free board and you don't put that

```
 1        many guys on it, you know.
 2   Q.   Sure, okay.
 3             So the skiff remains tied up alongside
 4        the dredge and it's there for basically
 5        errands?
 6   A.   Right.  The captain did use it quite a bit.
 7        He used it to go back and forth on his own,
 8        which is fine.  He's allowed to do that.
 9        He's the captain.
10   Q.   Sure.
11             So let me ask you this:  Did you have
12        to get permission to go in the skiff to take
13        the safety man for lunch?
14   A.   No, no.
15   Q.   So you can kind of come and go as you please?
16   A.   If I have errands to run, that's what we do,
17        yeah.  Everyone makes up a list of what they
18        want for lunch and they give it to one guy
19        who isn't doing anything.
20   Q.   Which is the safety guy?
21   A.   Which is the safety guy.  And he gets lunch
22        for everything -- everybody.
23   Q.   And you give him money?
24   A.   Right.
```

```
 1   Q.  So when you left with the safety man on the
 2       skiff, had you already received the radio
 3       message about the parts?
 4   A.  I hadn't, Kenny King had.  As I said, that's
 5       what he told me he had.  He had received.
 6   Q.  And he just kind of missed you?
 7   A.  No, he told me he was going to be getting --
 8       they weren't there yet.  He was getting parts
 9       in, so when he comes to the shore, go over
10       and get the parts.  And I said, no problem.
11       And I kept doing what I was doing.
12   Q.  So let me just back up a bit then.
13           You had been at this particular job
14       site for months before you got hurt?
15   A.  Yeah, a couple of months anyway, yeah.
16   Q.  How often did you use the skiff before you
17       got hurt?
18   A.  Everyday.  A couple of times a day.
19   Q.  Before the time that you got hurt, did you
20       have any problem or complaint with the skiff?
21   A.  Not me.  It had sunk twice.  But not by me.
22       It was left on the dock and they left it over
23       the weekend and it had rained and it filled
24       up and it sank.
```

```
1    Q.   Okay.

2    A.   And they said there was a problem with it.

3         And so we yanked the engine off and they took

4         it to some marina and had it fixed.

5    Q.   But as far as you operating the skiff before

6         you got hurt, did you have any problems or

7         complaints?

8    A.   No.

9    Q.   It worked fine as far as you were concerned?

10   A.   Right, until it sank.  Then they went and

11        had it fixed.

12   Q.   And it sank because it got filled with water?

13   A.   Right.  And the village pump wasn't working.

14   Q.   That didn't have anything to do with your

15        accident though?

16   A.   No.

17   Q.   And once they fixed it, where did they fix it

18        do you know?

19   A.   I don't know the name of the place.

20   Q.   It was in New Jersey though?

21   A.   Right.

22   Q.   And after they fixed it, it was working fine?

23             MR. ROSENTHAL:  Objection as to

24        form.
```

```
1    A.   I hadn't been on it.

2    Q.   When in relation to when you got hurt, when

3         did it go in for repairs?

4    A.   It had come back like two days and then we

5         finally got it back in the water, and you

6         can't just pick it up and just steel a skiff.

7         And we had a front end loader and put it in

8         the water for us on that day and then I took

9         it.

10   Q.   So in relation to when you got hurt, when did

11        the vessel sink?

12   A.   A couple of weeks before I guess.

13   Q.   And it took that long to get it back into

14        commission?

15   A.   It took a while I guess, yeah.  I don't know

16        what they did.

17   Q.   In the meantime, were you using a different

18        skiff?

19   A.   No, we were using the tugboat which we

20        didn't like to do.  You would have to use the

21        tugboat to go out the buoys, with the anchors

22        on them.  But you have to make sure you have

23        lights on them so no boats run into them or

24        cross your anchors.
```

```
 1    Q.   And you can't operate the tugboat unless
 2         there's a captain on board?
 3    A.   Right.
 4    Q.   A captain who is recognized by the United
 5         States Coast Guard as a cap --
 6    A.   Right.  He has to be a captain, right.
 7    Q.   And when we say that, we mean a captain's
 8         license from the United States Coast Guard?
 9    A.   Right.
10    Q.   Not like just like a guy on a fishing boat
11         can call himself a captain with no papers.
12    A.   Right.
13    Q.   You would need to have papers?
14    A.   Right.
15    Q.   Who would operate the tugboat while the skiff
16         was out of commission?
17    A.   I don't know his name.  He's the captain of
18         the boat.
19    Q.   Oh.
20    A.   There's a captain on the tug and a deck hand
21         on that.  I know the deck hand's name, but I
22         don't know the captain's name.
23    Q.   What was the deck hand's name?
24    A.   David Bell.
```

1   Q.   What did you say, the skiff sank twice or

2        once?

3   A.   Twice.

4   Q.   Same reason both times?

5   A.   Yeah, the second time I don't know why.

6        They didn't tell me.  I don't know.

7   Q.   When was the first time that it sank?

8   A.   I don't even know.  A couple of weeks into

9        the job.

10  Q.   And then you got it -- and then did it need

11       repairs after that?

12  A.   No, it didn't.  The engine did not submerge

13       at that time.

14  Q.   So the first time the skiff sank, as a result

15       of that, the skiff wasn't taken out of

16       service?

17  A.   Right.  We just pumped it out.  We just

18       pumped it out and continued using it.

19  Q.   It had no problems?

20  A.   No, there was an outboard engine and it

21       didn't get submerged.

22  Q.   And then the second time it sank was several

23       weeks before your incident?

24  A.   Yeah, maybe two weeks.

1    Q.   And on that occasion the engine got

2         submerged?

3    A.   The -- yeah, the stern line had propped so

4         it went down to the bottom.

5    Q.   When you say the stern line had popped, what

6         do you mean by that?

7    A.   It broke.

8    Q.   The line parted?

9    A.   Right.

10   Q.   The engine got submerged?

11   A.   Right.  The stern sunk to the bottom.

12   Q.   Was that the result of some sort of storm or

13        something like that?

14   A.   Yeah, there was a bad storm.  It was

15        actually snow and ice.

16   Q.   Who is responsible for securing the --

17   A.   Kenny King.

18   Q.   -- the skiff?

19   A.   Kenny King.

20   Q.   You're saying responsible because he's the

21        captain with overall responsibility?

22   A.   No, because if it were me, we would have put

23        it up on the deck of the barge over the

24        weekend.  Just pick it up with the crane,

1    easy enough to do.  But he wanted to use it

2    to go back and forth.  He would come in

3    before us and do his own little thing and he

4    would leave after us and do his thing.  I

5    don't know what he did because I wasn't

6    there.

7  Q.  Have you spoke then to him about your

8    incident at all?

9  A.  I haven't.

10  Q.  Has someone on your behalf talked to him or

11    spoken to him?

12  A.  I'm not sure.

13  Q.  So then on the second sinking of the skiff, I

14    mean what happened, you showed up the next

15    morning and saw that the thing was on the

16    bottom?

17  A.  We showed up Monday, we showed up Monday

18    morning back from home and it was on the

19    bottom.  So we just went to work on the

20    tugboat, and the captain -- and I don't know

21    who else, they took it out and said they were

22    taking it to the shop.

23  Q.  For repairs?

24  A.  Right.

```
 1    Q.   During the time that you're working, you're

 2         staying in New Jersey through the week?

 3    A.   Right.

 4    Q.   But returning home to the Cape on the

 5         weekends?

 6    A.   Right.

 7    Q.   And it's a five day a week --

 8    A.   Right.

 9    Q.   -- job?

10    A.   Yes.

11    Q.   So you show up Monday and the skiff's on the

12         bottom.  You take the tug out to the barge

13         and begin work same as you always do?

14    A.   Right.

15    Q.   And who took the -- who handled the skiff?

16    A.   Kenny King, the captain.

17    Q.   Were you able to raise the vessel?

18    A.   They did it, I don't know.  They must have

19         used the front end loader they had on shore.

20         I wasn't there.  I don't know.

21    Q.   Did they immediately take the skiff in for

22         repairs, do you know?

23    A.   I don't know.

24    Q.   Do you know where they took the skiff?
```

```
1    A.   They put it up in the parking lot.  I don't
2         know where they took it to to have it
3         repaired.
4    Q.   But you know they took it somewhere?
5    A.   Right.
6    Q.   Someplace that specializes in that sort of
7         thing?
8    A.   I would imagine so, yeah.
9    Q.   Now, did you guys attempt to work on it
10        yourselves?
11   A.   No.
12   Q.   I imagine some of you guys are pretty handy
13        in regard to that?
14   A.   Right.  No one asked us to.  They just took
15        it for someone to take care of it.
16   Q.   And they took it to some engine place?
17   A.   They must have, yeah.  I know they did.  I
18        just don't know which one it was.
19   Q.   How do you know that they did?
20   A.   Because they told us they did and they were
21        going to pick it up some day, I can't
22        remember, and that was that.
23   Q.   So while the skiff's out of service, you're
24        using the tugboat to run around, get lunches,
```

1  that sort of thing?

2 A. Right.

3 Q. And that's not the way you guys wanted to do

4  it, right?

5 A. No.

6 Q. Why is that again?

7 A. You want to leave the tug beside the dredge

8  at all times if you can.  I mean, there are

9  certain times you have to move the dredge --

10  I mean, move the tugboat.

11 Q. The tugboat?

12 A. Right.  To move the barges and stuff, yes.

13 Q. Why is that, that you want to leave the --

14 A. If you pop a cable or something, you want

15  that boat to be there to stop you from

16  crashing into the rocks because that happens.

17 Q. Does the tug move the barges on the job site

18  at all, or is that done by the --

19 A. The tug moves the barges, but not the

20  dredge.  The dredge is -- we move on our own.

21  Like I told you about the wires.

22 Q. So you got the skiff back the morning that

23  you got hurt?

24 A. No, I think it was there for a couple of

1     days.

2   Q.  Oh, okay.  But you didn't have opportunity to

3     use it?

4   A.  Right, no, no.  They had used it.  Kenny

5     King had used it, but I had no reason to use

6     it for that day anyway.  You know, the day

7     before, on that Friday I know they had it

8     because I saw it.  And him and the welder

9     went out and checked the lights for the

10    weekend.

11  Q.  Is that typical, though, when the skiff's in

12    service don't you use it on at least a daily

13    basis?

14  A.  Yeah, if I need it, yeah.  Unless the

15    captain's on it and he's running errands

16    anyway, he'll run over whoever wants to come

17    aboard or whatever parts we need.  Like I

18    said, that day, I know that Friday before him

19    and Frankie Pilate went out to check the

20    lights.  Because you always check the lights

21    daily so no fishing boats run over the wire.

22  Q.  And what lights are these that you're

23    referring to?

24  A.  The lights on the buoys over the anchors.

```
 1   Q.  To alert?

 2   A.  To alert any boats coming through not to run

 3       over my cables.

 4   Q.  When the skiff returned to service, was there

 5       any conversation amongst the workers

 6       regarding that?

 7   A.  No, just, you know, it was back that was it.

 8   Q.  Even casually, oh, good, the skiff's back.

 9       We don't have to take the tug anymore, that

10       sort of thing?

11   A.  No, just the skiff was back, that was it.  I

12       mean, it was nice having it back, yes.

13   Q.  And the day you got hurt was the first day

14       that you had been in the skiff since it had

15       gone off for repairs?

16   A.  Yeah, that was the first day I had been back

17       on it.

18   Q.  But Kenny King had been on it before you?

19   A.  Right.

20   Q.  Had anybody else been on it before you?

21   A.  I believe the other deck hand had been.

22       That's what I was told any way.  I don't know

23       for a fact but that's what I was told.

24   Q.  Was that Frank --
```

1    A.    Well, I know Frank because I saw him on it.

2          But they said the other kid Davie Bell, he

3          was on it.

4    Q.    And he's a deck hand on the tug?

5    A.    Right.

6    Q.    So the guys on the tug, if they want to do an

7          errand, they take the skiff as well?

8    A.    It's just easier that way, sure.

9    Q.    So you grab the safety man and yourself and

10         you got into the skiff?

11   A.    Right.  He grabbed me and said, hey, you

12         want to bring me ashore, I want to go get

13         lunch.

14   Q.    And you had already given him your lunch

15         order?

16   A.    I hadn't.  And I said, here, on the way over

17         -- I gave him money and I said get my a roast

18         beef and whatever it was.  And that was it.

19   Q.    And you're operating the skiff?

20   A.    Right.

21   Q.    And he's --

22   A.    He's on the bow.

23   Q.    He's on the bow.

24   A.    Right.  Waiting for me to go.  There's a

1          ladder system on the wall.

2      Q.  Of the barge?

3      A.  No, on the -- it's a sea wall actually.

4      Q.  Where you're working you said?

5      A.  Right.  When you go to get to shore.

6      Q.  Right.

7      A.  There's a sea wall with a ladder and that's

8          how he got up.  I brought him to that and he

9          went up and went to lunch.

10     Q.  And the skiff, you just stepped from the

11         barge into the skiff?

12     A.  Right.

13     Q.  From the barge where you were working?

14     A.  Right.  There's two stairs.  You climb down

15         two metal running stairs.

16     Q.  That's what I thought you were saying.

17             And as far as operating the skiff to

18         take him ashore for the lunch run, he doesn't

19         have any responsibility, does he?

20     A.  No.

21     Q.  I mean, the skiff's small enough, you operate

22         it by yourself?

23     A.  Right.

24     Q.  And this is a typical -- what's the size of

```
 1          the skiff?

 2    A.    I can't remember.  Maybe 18, 22 foot.

 3    Q.    And what's the construction of the hull?

 4    A.    Steel.

 5    Q.    It has an outboard engine?

 6    A.    Right.

 7    Q.    Outboard motor?

 8    A.    Right.

 9    Q.    And you took him to the sea wall that you

10          mentioned without any kind of problem?

11    A.    Right.

12    Q.    And at that point at least you didn't have

13          any complaints?

14    A.    I had no problem, right.

15    Q.    No problems?

16    A.    Right.

17    Q.    Then what happened?

18    A.    And then I was headed back to the dredge and

19          that's when the superintendent, I heard him

20          yelling and told me to come over.

21    Q.    And what did he yell, just hey?

22    A.    Hey, come over.  He had the parts that we

23          needed.  So I went back to the sea wall and I

24          loaded up the bolts and stuff we needed and
```

1    the equipment.

2  Q.  Just so I get an idea.  How far is that then

3    from -- you head back?

4  A.  45, maybe 50 feet.  It wasn't -- maybe --

5    maybe a hundred feet, you know.  It wasn't

6    that far.  You can throw a rock and hit it.

7    For reference.

8  Q.  So you turn around --

9  A.  And I go back.

10  Q.  -- and head back to see the supervisor?

11  A.  Right.

12  Q.  And the supervisor's name is what?

13  A.  I think it's Nick Wagner.  I believe that's

14    it.  I could be wrong.

15  Q.  That's a guy you knew before that day?

16  A.  Yeah, yeah.

17  Q.  And you turned the boat back to the sea wall?

18  A.  Right.

19  Q.  To get the parts?

20  A.  Right.

21  Q.  Where was he located when you arrived at the

22    sea wall?

23  A.  He was on top.  He was on top of the sea

24    wall waiting for me.

1    Q.  How high is the sea wall?

2    A.  I'd say ten feet and because it was low

3        water at the time.

4    Q.  And you said there's a ladder?

5    A.  Right.

6    Q.  That's how you get --

7    A.  That's how you get up and down, right.

8    Q.  And then what happened?

9    A.  I -- he handed down the bolts to me, I

10       loaded them on the bow.

11   Q.  How did he hand them down to you?

12   A.  I just reached up.

13   Q.  You're still on the skiff now?

14   A.  I'm still on the skiff now.

15   Q.  And he's ten feet above you?

16   A.  More or less ten feet.  You climb up.  I

17       nose in to the sea wall and I keep it in gear

18       so the boat stays steady right there and then

19       I climb up a couple rungs and I grab them and

20       put them down.  I grab another one and I put

21       them down.

22   Q.  Just so I understand this now --

23   A.  Right.

24   Q.  -- the skiff is right next to the ladder?

1    A.    The ladder is -- you're on the -- I was on

2          the right side of the ladder.

3    Q.    As you're facing it?

4    A.    Right.

5    Q.    And --

6    A.    I had the throttle going on the engine to

7          hold the boat in place.

8    Q.    And is the skiff actually touching the sea

9          wall?

10   A.    Yes.

11   Q.    Or the ladder?  The sea wall?

12   A.    The sea wall.

13   Q.    And you've got the throttle --

14   A.    On.

15   Q.    -- on.  To keep the boat forward?

16   A.    Forward, right.

17   Q.    And then you climb up?

18   A.    I didn't actually climb up.  I had one foot

19         on the skiff and another foot on the rung.

20         And he just handed them down to me and I just

21         loaded them on the bow.

22   Q.    So you had one foot on the -- I'm just trying

23         to vision this.  Was it your left foot?

24   A.    My right foot.

```
 1   Q.   On the skiff?

 2   A.   Right.

 3   Q.   Your left foot on the first rung of the

 4        ladder.

 5   A.   Right.

 6   Q.   And you're reaching up?

 7   A.   And I'm reaching up and grabbing them and

 8        putting them down on the bow.

 9   Q.   And are they packages or boxes?

10   A.   Boxes.

11   Q.   How heavy is each box?

12   A.   75 pounds maybe.

13   Q.   Fairly heavy then?

14   A.   Yeah, 75 pounds maybe.  Maybe 50.

15   Q.   But you didn't have any problem with the

16        weight of the boxes?

17   A.   No.

18   Q.   This is something you've done before?

19   A.   Right, right, all the time.

20   Q.   How many boxes were there, do you know?

21   A.   Maybe five.  I don't know, I can't remember

22        how many.

23   Q.   Were you able to get all the five boxes onto

24        the skiff?
```

1  A.  Right.

2  Q.  No problems?

3  A.  No.

4  Q.  Then what happened?

5  A.  And then I backed away and started heading

6      for the dredge.

7  Q.  Okay.

8  A.  Then the boat stalled.

9  Q.  It just stalled right out?

10  A.  Stalled right out, right.

11  Q.  How far away from the sea wall were you when

12      it stalled out?

13  A.  20, 25 feet.

14          MR. MURPHY:  Would this be a time to

15      take five minutes?

16          MR. ROSENTHAL:  Sure.

17          (A short recess was taken.)

18  Q.  The vessel stalled, the skiff stalled, right,

19      that's where we left off?

20  A.  Yep.

21  Q.  How far from shore were you?

22  A.  I would say 20, 25 feet I would say.

23  Q.  From the sea wall?

24  A.  From the sea wall, right.

```
1    Q.   So what happened?

2    A.   I tried to get it started and I couldn't.

3    Q.   What did you do to try to get it going again?

4    A.   I -- there's a ball on it for fuel and I

5         tried to pump it to get the pressure back up

6         and it didn't go.  So I, I was lucky the tide

7         was going out, headed towards the dredge, the

8         tide was headed that way.  So I just went and

9         I leaned up against the stern of the dredge.

10   Q.   So you let the vessel drift to the back to

11        the dredge?

12   A.   Back to the dredge, right.

13   Q.   When you stalled off, you stalled out, you're

14        25 feet from the sea wall?

15   A.   Yeah, more or less, right.

16   Q.   Did you yell to the supervisor?

17   A.   No, he was already on his way.

18   Q.   Was there anybody --

19   A.   There was no one there.  The only one that

20        saw me once I got close enough, because I

21        yelled to him, was Frankie Pilate who was

22        welding on the back deck.  And he came and he

23        grabbed the line for me and tied it off.

24   Q.   How long did it take you to drift from the
```

1      sea wall?

2  A.  Not very long.  Five minutes tops.  And I

3      mean that's playing with it, trying to get it

4      fired up the whole time.

5  Q.  What's the distance from where you stalled

6      out to back to the barge?

7  A.  Anywhere from, I don't know, 50 feet, a

8      hundred feet maybe.  I don't even know.

9      Somewhere around there.  It wasn't that far.

10  Q.  Where you stalled out, could you have yelled

11      out to the fellows on the barge?

12  A.  No, not at first.

13  Q.  Because you were too far away?

14  A.  Well, mean I probably could have because I

15      knew where I was headed and I was safe.

16  Q.  As you got closer, did you yell to them or

17      signal them?

18  A.  I yelled to Frankie Pilate.

19  Q.  And he was on the --

20  A.  He was on the stern.

21  Q.  Of the barge?

22  A.  Right.  Of the dredge.

23  Q.  Then what happened?

24  A.  When I landed, I threw him a line and he

1         tied it off for me.

2    Q.   What did he tie it off to?

3    A.   To a cleat.

4    Q.   On the dredge?

5    A.   On the dredge.

6    Q.   Then what happened?

7    A.   And then I took the engine cover off to see

8         if I could get it going and I pumped it up

9         some more, and I did get it running, and then

10        it stalled again.  And then I got it running

11        again and it continued to run.  And I waited

12        and I was going to start passing the bolts up

13        and I said no, I'll just go around.  And then

14        once I put it in gear, I left the line on

15        just to make sure because you don't want to

16        play.  And then I, it stalled again so I just

17        said no, that's it.  I took the cover back

18        off and then I went -- then the captain came

19        over and he said what are you doing?  We need

20        these bolts on the other side.

21   Q.   On the other side of what, the barge?

22   A.   On the other side of the dredge, right.

23   Q.   The dredge?

24   A.   Right.

```
 1    Q.   Okay.  Let me just back you up a little
 2         because we went through that a little quick
 3         then.
 4              So you drift back to the dredge?
 5    A.   Right.
 6    Q.   You see Frank and you wave him down?
 7    A.   Right.
 8    Q.   And he gives you a hand tying the skiff to
 9         the dredge?
10    A.   I threw him a line and he tied me off,
11         right.
12    Q.   And then you bored the dredge?
13    A.   No.
14    Q.   Tell me, you stay on the skiff?
15    A.   I stayed on the skiff.
16    Q.   And went to work on the engine?
17    A.   Right.
18    Q.   You took the cover off the outboard motor?
19    A.   Right.
20    Q.   And what specifically did you try and do?
21    A.   I was just -- I wanted it to have air for
22         one and I squeezed a ball on the fuel tank.
23    Q.   How did you try and give it air?
24    A.   It will, yeah, because the fuel system goes
```

```
 1        inside them and there's little filters.  And

 2        I wanted to make sure the little filters and

 3        everything --

 4   Q.   So you're pretty familiar with these --

 5   A.   Absolutely.

 6   Q.   -- with these outboard motors?

 7   A.   Right.

 8   Q.   And that's just based on your years as a

 9        maritime worker?

10   A.   Right.  I live on the water.

11   Q.   So you felt well qualified to do the job you

12        were doing at the time?

13   A.   I didn't do anything.  I just pumped it up

14        and that's what you do.

15             MR. ROSENTHAL:  Objection to form.

16   Q.   And then you tried to get it going again?

17   A.   Right.

18   Q.   But you left it tied onto the dredge?

19   A.   Right.

20   Q.   And eventually you succeeded in getting it

21        going again?

22   A.   It did run, yeah, it was running.

23   Q.   And then it stalled out again?

24   A.   The second time it stayed running at an
```

1      idle.  It wasn't in gear of course.

2   Q.  The first time it stalled out?

3   A.  Right.

4   Q.  Did you have an opinion as to why it stalled

5      out?

6            MR. ROSENTHAL:  Objection.

7   A.  I just figured it needed more fuel.  I just

8      pumped the ball up.  It stayed running so I

9      assumed that's what it was.

10  Q.  The second time?

11  A.  Right.

12  Q.  And then take me through it again, then what

13     happened?

14  A.  And then it kept running.  So then Kenny

15     King said hey, I need you to come around the

16     other side of the dredge so we can get these

17     bolts off so we can hook up the shanks.

18  Q.  Is that what he specifically told you?

19  A.  Yeah.  Well, not word for word.

20  Q.  Right.

21  A.  Right.

22  Q.  Did Kenny King at that time know that the

23     vessel stalled out when you --

24  A.  Yes.

1    Q.   Out by the sea wall?

2    A.   Yes.

3    Q.   How did he know that?

4    A.   Because I told him.

5    Q.   You had a conversation?

6    A.   Right.

7    Q.   You said hey, this thing stalled out?

8    A.   This thing is stalling out, wait.

9    Q.   What did he say to you?

10   A.   And he said I need this around here now.

11        Not in those exact words.

12   Q.   Well, you told him that the vessel stalled

13        out on your way back from the sea wall?

14   A.   Right.

15   Q.   And then you told him that you had gotten

16        it --

17   A.   I told him it had stalled out again.  And he

18        said, I don't care.  I need those over there

19        now.

20   Q.   At the time that you had this discussion with

21        Kenny King, the motor's running, though,

22        right?

23   A.   Right.

24   Q.   And it didn't stall out the second time?

1    A.    No.

2    Q.    So when you say he said, I don't care, bring

3          that around now, I mean, you didn't have any

4          concern with bringing the vessel around?

5                    MR. ROSENTHAL:  Objection.

6    A.    It was still running.

7    Q.    That's right.  So I'm --

8    A.    Right, right.

9    Q.    So at that time at least you didn't have any

10         concern bringing the skiff over to the other

11         side of the dredge?

12                   MR. ROSENTHAL:  Objection.

13   A.    No.

14   Q.    No concern?

15                   MR. ROSENTHAL:  Objection.

16   A.    No.

17   Q.    So this, when you just said a moment ago that

18         Kenny King said I don't care, bring it

19         around --

20   A.    Right.

21   Q.    -- is that what he said, I don't care because

22         he would have --

23   A.    Because I told him I wasn't bringing it

24         around right yet.  I want to make sure it

1    wasn't going to stall. You let an engine

2    run. Because what had happened, I had run it

3    all the way over to the wall and all the way

4    back, and what I figured, it will sucking up

5    air and then it will starve it of fuel. And

6    that's what I figured was happening. So I

7    let it sit there. And he said, I don't care,

8    get it around there, I want to get these

9    bolts.

10   Q.   So at that time did you think there was a

11        risk that the vessel was going to stall

12        again?

13                 MR. ROSENTHAL:  Objection.

14   A.   I wasn't sure. It wasn't stalling. I

15        waited.

16   Q.   Oh, you waited?

17   A.   Like I told him, I waited. Yeah. And then

18        we had words.

19   Q.   Right.

20   A.   Right. Which I won't mention the words.

21        And then he untied my vessel and threw the

22        line in and said get that over there now.

23   Q.   Okay. So Kenny King said I want the vessel

24        over there now.

```
 1    A.   More than once.

 2    Q.   And you said you wanted to keep the vessel

 3         there to see it -- to let it run for a while?

 4    A.   To let it run, right.  Until I felt it was

 5         safe and then I did feel it was safe.  And at

 6         first he threw the line in and I said I'm not

 7         going anywhere right now.

 8    Q.   So you didn't listen to him?

 9    A.   The first time?

10    Q.   Right.

11    A.   Right.

12    Q.   Then what happened the second time?

13    A.   I moved it.  I backed it up.

14    Q.   Why did you move it the second time?

15    A.   It was running, so I backed it up.

16    Q.   So you thought it was safe to move it when

17         you moved it?

18    A.   Yeah.  It --

19              MR. ROSENTHAL:  Objection.

20    A.   -- it hasn't stalled.

21    Q.   I want to make sure.  If Kenny King or

22         anybody else for that reason tells you to do

23         anything that you think is unreasonably safe

24         you're not going to do --
```

104

MR. ROSENTHAL:   Objection.

A.   I'm not going to do it.

Q.   And that's so when Kenny King told you to
     move the vessel the first time, the skiff --

A.   Right.

Q.   -- you didn't think it was safe to do it so
     you didn't?

A.   I didn't, right.

Q.   But when you did move it, you thought it was
     safe to move?

A.   Right.

Q.   And then you were bringing the skiff around
     to the other side of the dredge so that --

A.   No.

Q.   You tell me, I'm sorry.

A.   No, I had to back away.  I have two wires on
     the stern as I told you, the wires that move
     the dredge back and forth.

Q.   Right.

A.   You can't go under them.  You have to back
     away from them and then go around them.  And
     that's what I did.

Q.   So you're backing up?

A.   Backing up through the wires.