# ARTHUR C. SARGENT

| | |
|---|---|
| Education: | Stevens Institute of Technology, Hoboken, N.J. M.S. 1956. Major studies taken in the heat-power field with theoretical and design courses in gas and steam turbines. Attended graduate school and awarded degree while on active military duty. |
| | Webb Institute of Naval Architecture, Glen Cove, N.Y. B.S. Naval Architecture and Marine Engineering 1953. Measurement of residual stress in structures was subject of senior year thesis. |
| Professional Registration: | Professional Engineer |
| Membership Professional Organizations: | American Society of Naval Engineers<br>Fluid Power Society<br>Society of Naval Architects and Marine Engineers |
| Business Experience: | |
| 1977 to Present | Sargent & Herkes, Inc., Naval Architects and Marine Engineers, President |
| 1965 to 1977 | Breit & Garcia Naval Architects, New Orleans, Louisiana, Naval Architect and Project Manager,<br>Development of conceptual plans, preliminary arrangement, structural, piping, and electrical plans, writing of specifications, submittal of plans and specifications to owners, regulatory bodies and classification societies for review and approval. Responsible for design, stability and weight studies of oceanographic and seismographic vessels, large ocean barges, tugs and tug conversions, tankers, offshore supply boats, liquefied natural gas (LNG) carriers, towboats and other inland craft, and passenger vessels. Investigations of unusual and novel marine engineering projects, such as low temperature transportation of chemicals, handling of waste materials and hazardous commodities. Performing feasibility studies and economic analyses of water transportation systems. Development and submittal of technical proposals, including those to State and Federal Departments. Contract negotiations with clients and shipyards. Supervision of inspectors in shipyards. Approvals of contractors' detailed working drawings. Testified as expert witness in Federal Courts. Hiring of technical personnel. |

| | |
|---|---|
| 1957<br>to<br>1965 | U.S. Salvage Association, Inc., New York, N.Y., a corporation which provides engineering and survey services to marine underwriters.<br>Employed as a surveyor reporting to the Vice President - Technical and Research. Attended surveys on ships, barges, tugs, etc., where the condition and evaluation or extent, cause and reasonable cost of damage repairs were developed, after which reports were prepared for underwriters. Price negotiating with ship owners and contractors. Met with top management of new companies entering marine insurance market, discussing with them their approach to ship maintenance, repair and certain aspects of operation. Advised underwriters continually on the evaluation of risk of radioactive cargoes. Since 1958 followed the progress of the N.S. SAVANNAH, beginning with temporary assignment for one year to the Babcock & Wilcox Co., Atomic Energy Division, at Lynchburg, Va., where machinery design of the SAVANNAH, including the development and testing of the nuclear reactor, was studied. During constructional phase of the SAVANNAH, monthly trips to New York Shipbuilding Corporation, Camden, N.J. were made for the purpose of becoming thoroughly familiar with the vessel. Reported to underwriters on the design, construction and operation of the H.S. DENISON and other hydrofoil projects. Developed statistical information for a U.S. Maritime Administration study of type damages sustained by ships. |
| Military Service: | During the summer of 1951 and 1952 attended the U.S.N. Reserve Officer Candidate School at San Francisco and Long Beach, California.<br>After graduation from college, commissioned, but did not go into active duty until 1954, at which time assigned to the U.S.N. School (Ship Salvage), Bayonne, N.J. as instructor in naval architecture to officer class. Held position of Training Officer and Acting-Executive Officer. At the end of two years eligible for discharge, but extended for one year's duty aboard a destroyer tender in the Mediterranean, acting as Personnel Officer and qualifying as deck watch officer. Left military service in 1957 with rank of Lieutenant and was employed by U.S. Salvage Association, Inc. |
| Interim Employment: | |
| 1953<br>to<br>1954 | After graduation from college in 1953, employed by the United Fruit Company in New York in the Shipbuilding Department.<br>Assisted in the approval of plans and preparation of specifications for new ship construction. Temporarily assigned to maintenance and repair department, attending vessels in Baltimore shipyard. Called to active military service after one year with company. |