1

```
                              Volume:  I
                              Pages:  1-199
                              Exhibits:  One
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No.   04-CV-10699-RCL

```
*****************************
STEVEN RAMSEY,                *
        Plaintiff,           *
v.                            *
JAY CASHMAN, INCORPORATED,    *
        Defendant.           *
*****************************
```

DEPOSITION of STEVEN R. RAMSEY, a

witness called on behalf of the Defendant,

pursuant to the applicable provisions of the

Federal Rules of Civil Procedure, before

CATHERINE L. ZELINSKI, a Certified Shorthand

Reporter and Notary Public, in and for the

Commonwealth of Massachusetts, at the Law

Offices of Holbrook and Murphy, 150 Federal

Street, Boston, Massachusetts, on Wednesday,

October 20, 2004, commencing at 12:00 p.m.

------------------------------

REPORTERS, INC.
GENERAL & TECHNICAL COURT REPORTING
23 Merrymount Road, Quincy, MA  02169
617.786.7783/FACSIMILE 617.786.7723

1    Q.   So when you left with the safety man on the

2         skiff, had you already received the radio

3         message about the parts?

4    A.   I hadn't, Kenny King had.  As I said, that's

5         what he told me he had.  He had received.

6    Q.   And he just kind of missed you?

7    A.   No, he told me he was going to be getting --

8         they weren't there yet.  He was getting parts

9         in, so when he comes to the shore, go over

10        and get the parts.  And I said, no problem.

11        And I kept doing what I was doing.

12   Q.   So let me just back up a bit then.

13             You had been at this particular job

14        site for months before you got hurt?

15   A.   Yeah, a couple of months anyway, yeah.

16   Q.   How often did you use the skiff before you

17        got hurt?

18   A.   Everyday.  A couple of times a day.

19   Q.   Before the time that you got hurt, did you

20        have any problem or complaint with the skiff?

21   A.   Not me.  It had sunk twice.  But not by me.

22        It was left on the dock and they left it over

23        the weekend and it had rained and it filled

24        up and it sank.