UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-10699-RCL

|  |  |
|---|---|
| STEVEN RAMSEY, | ) |
| Plaintiff | ) |
| vs. | ) |
| JAY CASHMAN, INC., | ) |
| Defendant | ) |

  DEPOSITION OF ALEX E. DICK, a witness called on behalf of the Plaintiff, pursuant to Massachusetts Rules of Civil Procedure, before Susan E. Wilson, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of DAVIDS & ASSOCIATES, Wellesley, Massachusetts, on Thursday, October 27, 2005, commencing at 11:15 a.m.

C.J. REPORTING
A5 Colonial Drive, No. 7
Andover, Massachusetts 01810
978.409.9090
www.cjreporting.com

```
 1    A.    It was repaired.
 2    Q.    It was repaired?
 3    A.    Right.
 4    Q.    Can you tell me why it was repaired?
 5    A.    I don't know what was wrong with it.
 6    Q.    Did you have anything to do with the repair
 7          of that --
 8    A.    No.
 9    Q.    -- that motor?
10    A.    No.
11    Q.    Did anybody ever tell you that there was
12          something wrong with that motor?
13    A.    No.
14    Q.    How about after it was repaired but prior
15          to Mr. Ramsey's injury, did anybody ever
16          tell you that there was a problem with that
17          motor or with that skiff?
18    A.    No.
19    Q.    Did Ken King ever tell you that there was a
20          problem with that motor or skiff?
21    A.    I don't remember him telling me that there
22          was a problem.
23    Q.    Is it possible that he might have and you
24          just don't remember?
```