EXHIBIT "B"

CERTIFICATION

I, __Lou Hochstrasser__ __V.P__, at the office of
       (name)                              (position)
__Hochstrasser's Marina Inc__, hereby certify the records sent
       (doctor, hospital or company)

in response to the subpoena of the Custodian of Records of this office contain statements, opinions

and/or diagnoses that were made at or near the time of observation by a person with actual

knowledge or from information supplied by such a person, and the writing or records were made in

the regular course of business and it was the regular practice of this office to make these records and

writings.

I declare under penalty of perjury that the foregoing is true and correct.

__Hochstrasser__
(signature)

SUMMER 3/7/01

**HOCHSTRASSER'S MARINA, INC.**
401 WEST 8th St.
SHIP BOTTOM, NJ 08008
(609) 494-5340 — Fax (609) 494-1123

Dealer In:
Mercury • Mercruiser • OMC • Cobra
Angler Boats

REPAIR ORDER NO: 67

Date Rec. 3/5/01
Customer's Name: Jay Cashman
Home Address: 25 W. Howell St
City: Boston  State: MASS  Zip: 02125
Home Phone: 617-287-1600

Engine Size & Type: Merc 4.3
Serial No. Eng. (1): 60649587

| QTY. | PARTS NO. | Unit Price | AMOUNT |
|---|---|---|---|
| 2 | Eye Connectors | 30 | 60 05 |
| 1 | Lg Eye Connector | | 35 |
| 1 | gal Tw M Foam Plus | | 21 05 |
| 1 | Rebuilt Starter | | 169 50 |

LABOR: ENGINE brought in sunk
Flush w/ freshwater
Clean carb - Drain fuel line
Remove drain fill - install
tank - R+R starter
Run in tank on trailer (ok)

Note - Starter voltage too low
Switch boxes - Starter solenoid
were not changed. House
boat so sunk it sank in salt water

TOTAL LABOR       140 00
TOTAL PARTS       191 50
ENVIRONMENTAL CHARGE
SHOP SUPPLIES       2 00
SUB-TOTAL         334 10
TAX 6%             20 05
GAS

NAME _____ SUMMER DATE / /    TOTAL LENGTH _____ RPM _____

- [ ] SERVICE CALL ___  [ ] PAINT L/U ___
- [ ] HAULOUT-BLOCKOFF-LAUNCH ___
- [ ] LAUNCH ONLY  [ ] ZINK  [ ] WATER PUMP ___ [ ] TUNE UP
- [ ] NAV LIGHTS  [ ] ANCHOR LIGHTS  [ ] BLOWER  [ ] BILGE PUMP  [ ] WIPER
- [ ] AUTO  [ ] HORN

COLOR: Blue / Red / Brn / Blk / Grn / Bnz / Other — O/B, O/D, Batt

| QTY. | PART N |
|---|---|
| 1 | 84 |
| 2 | 89 |
| 1 | 89 |
| 1 | 89 |

On trailer / Launch Only

HaulOut / BlockOff / Put Over

| t Run | Tieup/Temp | RPM | Description of Work | Int. | Date | Time in | Time Out | Hrs. | Qty. | Part No. | Description | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Send starter out for rebuild, install starter, get motor running, clean & refill oil tank | | 3/5/01 | 10:10 | | | 2 | eye connectors | | 30 ea |
| | | | | | | | | 1/4 | 1 | 1/4 eye connector | | |
| | | | | | | | | | 1 | 1 gallon paint | | |
| | | | Russ sent to shop to return | Bft | | | | 1/2 | 1 | rebuild starter | | 169.50 |
| | | | Do not change any electronics | (bft) | | | | | | | | |
| | | | Starter etc | | | | | | | | | |

# REPAIR ORDER

**HOCHSTRASSER'S MARINA, INC.**
401 WEST 8th St.
SHIP BOTTOM, NJ 08008
(609) 494-5340    Fax (609) 494-1165
Dealer In:
Mercury • Mercruiser • OMC • Cobra
Angler Boats

SUMMER: ☐ Haul Out-Block Off ☐ Put Over ☐ On trailer ☐ Launch Only

Repair Order No. 826
Date Rec: 7-26-0?
Date Comp: —

Customer's Name: Jay Cushman
Home Address: 80 Atwell St
City: Dorch  State: Mass  Zip: 02125
Home Phone: 617-287   Bus Phone: 617-287-1600
Shore Address:
Shore Phone: 617-287-8213  Nick 1600
State Reg No. or Boat Name:

Make/Model: MrCr  Engine Size & Type: 4.0  (OB·I/O·SD)
Serial No. Eng. (1): OG495877    Serial No. Drive (1):
Serial No. Eng. (2):             Serial No. Drive (2):

Work Performed or Details of Failure:
☐ SERVICE CALL
☐ CRANE ONLY
☐ HAUL OUT/BLOCK OFF/LAUNCH

LABOR: Eng. sunk while running
Crank ran dry - blower pump beat shit
No compression, water lost in inlet
Valves - Relay — running  → 260 00
Seized — no turning
Need coil for starter, should be
sent out for repair
Got call on Wednesday - will keep
for spare ⊗

| QTY. | PARTS NO. | | Unit Price | AMOUNT |
|---|---|---|---|---|
| 1 | 84-188954-1 | Harness | | 34 90 |
| 2 | 87-19764 | Relay | 33 50 | 67 00 |
| 1 | 89-96054T | Solenoid | | 17 80 |
| 1 | 98-2009A | Key w/Key Ring | | 45 |
| 1 | 90- TCWIII oil | | | |

TOTAL PARTS: 120 45

| TOTAL LABOR | 260 00 |
| TOTAL PARTS | 120 45 |
| ENVIRONMENTAL CHARGE | 3 00 |
| SHOP SUPPLIES | 3 00 |
| SUB-TOTAL | 386 45 |
| TAX 3.6% | 22 79 |
| GAS | |

COLOR: ☐ Blue ☐ Red ☐ Brn ☐ Blk ☐ Grn ☐ Brnz ☐ Other ☐ O/B ☐ O/D ☐ Batt.

LIMITED WARRANTIES: LABOR — All labor is warranted for 30 days unless otherwise specified. Warranty does not cover conditions resulting from misuse, negligence, accident or alterations. Products must be transported to and from our shop at owner's expense. PARTS — The only Warranties on parts or claims sold are those offered by the manufacturer. The Seller expressly disclaims all warranties, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose and shall not be entitled to recover from the seller any consequential damages, damage to property or damages for loss of use, loss of time, loss of profits or income or incidental charges.

A charge of $5.00 per day will be added on all items not picked up within 10 days after notice of completed service. Any item not picked up within 6 months from completion will be offered for public sale to cover repair cost and storage.

If not painted 10 days prior to overboard date, we will paint, put overboard and charge accordingly.

TERMS: Strictly cash unless other arrangements are made prior to this bill. 2% Late Charge (equivalent to Annual/Percentage Rate of 24%) on accounts over 30 days will be charged.

This is an estimate only and is not necessarily to be considered as the final price for this work. The final price is subject to changes of labor and material of a result of damages not apparent at the time of this inspection.

I hereby waive my right to receive a written estimate of the price to complete the repairs requested.
X _____

Estimate of Repairs
Additional Estimate    Authorized Additions
Parts   Labor   Total
                    Date _____ Time _____
                    BY: _____

All parts removed will be discarded unless otherwise specified
☐ Save

I authorize the above repair work to be done along with the necessary materials and grant you and/or your employees permission to operate the unit as necessary for purposes of testing and/or inspection. I agree to pay for the completed work. I understand you will have a mechanic's lien upon the Unit to secure payment for the work and I expressly waive all rights under the State Laws. If collection is made by a suit or any other method required, I agree to pay interest until paid in full, also collection cost, including reasonable attorney's fees. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and/or contents in case of fire, theft or any other cause beyond his control.

X _____
My signature above is authorization to _____

**NAME** _____  **SUMMER DATE** _/_/_  **TOTAL LENGTH** _____  **RPM** _____

- [ ] SERVICE CALL
- [ ] HAULOUT-BLOCKOFF-LAUNCH ___   [ ] PAINT L/U ___
- [ ] LAUNCH ONLY   [ ] ZINC   [ ] WATER PUMP ___   [ ] TUNE UP
- [ ] NAV LIGHTS   [ ] ANCHOR LIGHTS   [ ] BLOWER   [ ] BILGE PUMP / AUTO   [ ] WIPER ___   [ ] HORN ___

Sunk - Busted cavitation plate & Prop

| Test Run | Tieup Temp | RPM | Description of Work | Int. | Date | Time In | Time Out | Hrs. | Qty. | Part No. | Description | Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Drain & fill oil tank | | | | | 1.0 | | | | |
| | | | & water out of cyls | | | | | 1.0 | 1 | 84-16895A1 | stamped | 3490 |
| | | | diagnose misfire | | | | | 3.0 | 2 | 867-9261 | Relay | 3490 |
| | | | R&R Flywheel Keyway & | | | | | | 1 | 59-96054 | solenoid | 6700 |
| | | | Trim harness relays | | | | | | 1 | 28-20005 | key | 1780 |
| | | | & hr in tank | | | | | | | | | 75 |
| | | | | | | | | | | 1 gallon 2cy oil | | 40.45 |
| | | | | | | | | 1.30 | | | | 26.05 |
| | | | | | | | | 2.0 | | | | "L T S a" |
| | | | | | | | | | | | | 26060 |
| | | | | | | | | | | | | 1371.50 |

Note/ Needs cowl crack may be best
Starter should be sent out

"Stop" (so to) further with any repairs (LEA)