EXHIBIT "C"

1          A.   With the company?

2          Q.   Any company?

3          A.   Yeah.

4          Q.   Compared to those other skiffs that you

5     operated, was this skiff in better condition, the

6     same condition, or in worse condition than other

7     skiffs that you operated prior to the Cashman job in

8     2001?

9          A.   It was medium.

10         Q.   Somewhere in between?

11         A.   Yeah.

12         Q.   Did Cashman supply this skiff?

13         A.   Yes.

14         Q.   You said that you were always tinkering

15    with it.  Can you give me a general idea of what type

16    of tinkering was done to the skiff or the motor on

17    the skiff, let's say, let's take it in the first

18    month or so of the job?

19         A.   The motor seemed to run okay up until that

20    point, but it had sunk a week before Steve's

21    accident.

22         Q.   Okay, well, let's stop there since you've

23    kind of given us a point of reference.  Prior to the

24    motor sinking, and this again was prior to Ramsey's

1    accident, what type of tinkering, if any, did you

2    have to do with the skiff or the motor?

3         A.   Just the wiring to the bilge pump and

4    maybe the navigational lights on it, minor electric

5    problems, you know, but nothing regarding the motor.

6         Q.   Did these minor electric problems require

7    repair?

8         A.   Just by myself a splice on the wire or

9    something, run new wires.

10        Q.   Did you have any training in making that

11   type of repair?

12        A.   Yes.

13        Q.   What type of training did you have?

14        A.   Like I said, I'm a licensed captain, and

15   I've been working around equipment for over 20 years,

16   and I'm familiar with wiring and mechanical work.

17        Q.   Had you ever made those types of repairs

18   prior to making them on this skiff?

19        A.   Yes.

20        Q.   On how many occasions?

21        A.   Numerous.

22        Q.   Did any of those repairs or those problems

23   require you or anyone at Jay Cashman to actually take

24   it out of the water and have it serviced somewhere

1    else?

2           A.   Not those repairs, no.

3           Q.   Now we're going get to what you referred

4    to before.  You said that the boat sunk sometime

5    prior to Mr. Ramsey's injury; correct?

6           A.   Yes.

7           Q.   Can you describe for me the circumstances

8    of the -- well, when you say "sunk," are you talking

9    about the skiff sinking, the engine sinking, or both?

10          A.   Well, we would go home on the weekends,

11   and when we came back Monday morning, at this

12   particular time, the skiff was submerged at the dock.

13   It had been raining all weekend and the pump didn't

14   work inside the boat, the bilge pump.

15          Q.   What is the purpose of the bilge pump?

16          A.   To keep the water from building up inside

17   the skiff.  So the motor was half submerged in the

18   water.  It wasn't completely sunk but it needed to be

19   hauled out and looked at.

20          Q.   Let me back up for a second.  I do have

21   some more questions about that but let me just back

22   up.  You said that you guys would go home on the

23   weekends; correct?

24          A.   Yes.

1          Q.   How long into the job were you prior to

2     seeing that the skiff sank on the time that you're

3     talking about?

4          A.   I'd say a couple months.

5          Q.   And you had gone home every weekend before

6     that?

7          A.   Yes.

8          Q.   When you did go home on the weekends,

9     prior to the skiff sinking, what did you do with the

10    skiff?

11         A.   Tie it up at a safe dock inside a cove

12    that was protected from the weather.

13         Q.   Would it be still in the water or out of

14    the water?

15         A.   In the water.

16         Q.   Did you ever in those two months or so,

17    those few months or so, did you ever take the skiff

18    out of the water with a crane and put it on the

19    dredge?

20         A.   Yes, we have a couple times.

21         Q.   That would be completely taken out of the

22    water and removing all of the elements of the water

23    from possibly damaging the skiff; correct?

24         A.   Yes.

1          Q.   Other than putting it on the dredge or

2     putting it in a cove, had you ever done anything else

3     with the skiff on the weekends that you guys didn't

4     work on the job, again, prior to the boat sinking the

5     first time?

6          A.   No.

7          Q.   Where was the skiff this particular

8     weekend when it sank?

9          A.   At the dock in the cove.

10         Q.   Was there any particular reason why the

11    skiff wasn't taken out of the water and put on the

12    dredge that weekend?

13         A.   Only that we expected it to be okay.

14         Q.   When you made decisions in the past, those

15    two months or so, to take the skiff out of the water

16    and put it on the dredge, was there any particular

17    reason why you did it on those occasions?

18         A.   Because we had prior warning of gale force

19    winds or something of this nature that we knew the

20    skiff could be damaged if we didn't take it out of

21    the water.

22         Q.   Was it difficult in any way to take the

23    skiff out of the water and put it on the dredge?

24         A.   Not too difficult, no.

1          Q.   Did you put the skiff in the same cove

2     when you did leave it in the water?

3          A.   Yes.

4          Q.   Where was the cove in relation to the

5     dredge?

6          A.   A quarter of a mile up the river.

7          Q.   So when you returned this particular

8     weekend, when you returned to start the job again --

9     I guess it would have been on a Monday?

10         A.   Yeah.

11         Q.   You saw that the skiff had sunk; correct?

12         A.   Yes.

13         Q.   And that the engine was, you said,

14    partially submerged?

15         A.   Partially submerged.

16         Q.   And did you somehow then get the skiff and

17    the engine out of the water after you saw that?

18         A.   Then we -- there was a local marina there

19    that helped us get it out of the water, and they

20    actually serviced the engine at that time.

21         Q.   Did you make a determination that the

22    engine -- first of all, when you got it out of the

23    water, did you try to make a determination as to

24    whether the engine would start?

1              A.   Well, you could tell it was submerged

2     enough that it had probably damaged the starter and

3     electronics on it that it needed to be looked at.

4              Q.   Whose decision was it to take it to the

5     marina?

6              A.   Myself and Alex Dick.

7              Q.   You told me earlier that you worked as the

8     superintendent and you had crew members under you;

9     correct?

10             A.   Yes.

11             Q.   Were there any other Cashman employees

12    that were on the job between the time the job started

13    and the time the boat sank the first time?

14             A.   Yes.

15             Q.   So it was yourself.  Was Mr. Dick there

16    all of the time also?

17             A.   Yes.

18             Q.   Anyone else?

19             A.   Yeah.  I can't think of his name offhand.

20             Q.   How about a guy named Nick?

21             A.   Yeah, Nick Wagner.

22             Q.   And, first of all, starting with Mr. Dick,

23    what was his job title?

24             A.   Nick Wagner?

1          Q.   No.

2          A.   Alex Dick.

3          Q.   Yeah.

4          A.   He was a project manager.

5          Q.   I'm sorry, you did tell me that before.

6    Nick Wagner, what was his job title?

7          A.   He was another superintendent.

8          Q.   You indicated that you had made, I think

9    it was you and Mr. Dick, made the decision to have

10   that engine serviced at a local marina; correct?

11         A.   Yes.

12         Q.   Can you remember the name of the marina?

13         A.   I don't.

14         Q.   Okay.  Hochstrasser's Marina, does that

15   sound familiar?

16         A.   It could be.  I couldn't tell you.

17         Q.   I don't want you to guess.

18         A.   I'm not.

19         Q.   Were you personally involved in

20   transporting the engine to the marina?

21         A.   No.

22         Q.   Who did that?

23         A.   I couldn't tell you.  It was either Nick

24   or Alex.

1          Q.   Did you have any conversation with either

2     Nick or Alex about repairing the engine?

3          A.   Only to make sure it's running right.   We

4     can't fool around in this current with something

5     that's going to break down.

6          Q.   Why do you say that?  You made reference

7     to the current in the conversation we had off the

8     record.

9          A.   Because the current is one of the worst on

10     the East Coast and you just can't have a vessel

11     that's running -- everything has to be running up to

12     snuff or it's not safe.

13          Q.   Including the engine; correct?

14          A.   The engine especially.

15          Q.   So based on your experience and based on

16     your observations of the current, did you conclude

17     that it was important to make sure that there was

18     nothing wrong with that engine when it ran the skiff

19     in the water?

20          A.   Yes.

21          Q.   At some point in time, did you get the

22     engine back?

23          A.   Yes.

24          Q.   Did you have any conversations with anyone

1    at Jay Cashman, either Alex or Nick or anyone else,

2    about the engine between the time that the engine

3    left to go to the marina and the time that it came

4    back?

5         A.   About the engine?

6         Q.   Yes.

7         A.   We only had it back maybe a day or two and

8    it wasn't running as well as it used to.  That was

9    obvious.

10         Q.   Let me back up for a second.  Did you

11    receive any information before the engine came back

12    from the marina as to the condition of the engine?

13         A.   No.

14         Q.   When you got it back, did you receive any

15    information as to the condition of the engine

16    compared to the condition of the engine prior to the

17    boat sinking?

18         A.   Only that they did fix it and it should be

19    okay.

20         Q.   Who told you that?

21         A.   Alex Dick.

22         Q.   Was there any mention from either Alex or

23    Nick that there were recommended repairs to the

24    engine that were not done?

1     A.   Not to my knowledge.

2     Q.   I assume that at some point when you got

3     the engine back you tried to run it on the skiff;

4     correct?

5     A.   Yes.

6     Q.   And you indicated earlier that it wasn't

7     running the way that it ran prior to the boat

8     sinking.  Can you be more specific?

9     A.   That it would stall.  It would stall out

10    unless you -- if you brought it to an idle, you'd

11    have to rev it up and keep it going.

12    Q.   Take us through the process of you're

13    getting to the skiff and you're getting the engine

14    running to go from point A to point B.  Tell me what

15    you do to make that engine run and to make the skiff

16    travel?

17    A.   You shift it forward to go forward and

18    give it more gas to go.

19    Q.   Take me from the step when you actually

20    stepped into the skiff.  Tell me exactly what you do.

21    A.   You get in the skiff, turn the key, choke

22    the motor, warm it up, and then you're ready to go.

23    You shift forward and throttle up, and it would be

24    all right.  But in neutral it was not running

1    smoothly, you know, but when you gave it gas it was

2    okay.

3         Q.   You're talking about this is the condition

4    of the engine after you got it back from the marina?

5         A.   Yes.

6         Q.   And how did that differ from the condition

7    of the engine before you got it sank?

8         A.   Before it sank it seemed to run fine.

9         Q.   When you said that it stalled out, did you

10   have a problem with it stalling out before it sank?

11        A.   No.

12        Q.   Do you recall on how many occasions prior

13   to the date of Mr. Ramsey's accident, even including

14   the date of Mr. Ramsey's accident before he operated

15   it, that it stalled on you?

16        MR. MURPHY:   I'm sorry, I just missed

17   that.   Can you read that back?

18        (Last question read back by the reporter.)

19        A.   I think only a day or two that we, myself

20   in particular, noticed that it wasn't running as

21   smooth as it was before.

22        Q.   Based on that observation did you let

23   anybody at Cashman know about any problems with the

24   stalling out of the engine?

1          A.   Yeah, we were all pretty -- you know, they

2     saw me having problems with it.

3          Q.   Who is they?

4          A.   Everybody on the dredge.  Everybody would

5     watch you leave and arrive on the skiff to make sure,

6     you know, to help you with lines tying up to it and

7     stuff.

8          Q.   Would that include Mr. Dick and

9     Mr. Wagner?

10         A.   I couldn't say for that.  Most of the time

11    they were on shore.  And myself, I spent my time out

12    on the dredge itself.

13         Q.   Did you make anyone at Jay Cashman,

14    including either Mr. Dick or Mr. Wagner, aware of the

15    stalling out problems on the engine?

16         A.   I had talked to Alex Dick about that the

17    engine wasn't running as good as it did before.

18         Q.   Do you recall what Mr. Dick's response, if

19    any, was to your comment?

20         A.   I believe he said, well, see if we can

21    change the spark plugs or do something, and if that

22    doesn't work, we'll have to get it serviced again.

23         Q.   Did he request either you or any member of

24    the crew or anyone else to attempt any repairs on the

1    engine between the time you got it back and the time

2    that Mr. Ramsey's accident occurred?

3          A.   It wasn't point blank to make repairs.  It

4    was just a suggestion, you know, do you think if you

5    change the spark plugs it would get better?  Because

6    that was something that we would do on a normal thing

7    anyways.

8          Q.   Do you know if anyone, including yourself,

9    attempted any repair on the engine between the time

10   you got it back from the marina and the time that

11   Mr. Ramsey's incident occurred?

12         A.   Not electronically, no.

13         Q.   Well, my question, first of all, was any

14   repairs at all?

15         A.   Only trying to keep it from stalling out,

16   adjusting the linkage on the shifting on the --

17         Q.   Did you do that personally?

18         A.   I did, yeah.

19         Q.   Did that help?

20         A.   It made it better.

21         Q.   Did it completely resolve the stalling out

22   problem?

23         A.   No.

24         Q.   Did you, in turn, even after those

1      attempted repairs, let either Mr. Dick or Mr. Wagner

2      or anyone else from Jay Cashman know that there were

3      still stalling out problems with the engine?  Again,

4      this would be between the time you got it back from

5      the marina and prior to Mr. Ramsey's incident.

6           A.   I don't think it was mentioned again.

7      Again, the skiff wasn't a primary source of

8      transportation, and so it wasn't on the top priority

9      list to have it looked after right away.

10          Q.   When you say "top priority list," whose

11     priority list was that?  Was that yours? someone

12     else's? combination of both?

13          A.   A combination of both.

14          Q.   But the skiff was used on a daily basis,

15     correct, prior to Mr. Ramsey's accident?

16          A.   Yes, but it wasn't totally necessary, you

17     know, as if the skiff wasn't working, then we could

18     resort to using that tug gunney, which we used

19     regularly anyways for crew changes.

20          Q.   But speaking of safety, would you agree or

21     disagree with me that it's safer to have the tug boat

22     next to the dredge, in case something happens, than

23     to have the tug boat being used for other purposes?

24          A.   The tug boat was a combination usage.  For

1     heavy equipment that we might need to get from shore

2     or fuel to bring out to the dredge, or to set the

3     anchors, but it also -- we didn't want to use it --

4     well, it also -- crew changed too.

5          Q.   Let me just -- I want to jump ahead and

6     then jump back to try to clarify this point.  The day

7     of the accident Mr. Ramsey has testified that he took

8     the skiff in part to go pick up some bolts, I think

9     from shore, and then take them back.  Is that your

10    understanding also?

11         A.   Yes.

12         Q.   Would that type of task, errand, let's

13    say, would that be something that you would use the

14    skiff for as opposed to the tug boat?

15         A.   Yes, it would be easier to use the skiff.

16         Q.   Okay.  I'm going to direct your attention

17    now to the date of the accident, which was April 5th

18    of 2001.  What time was starting time that day?

19         A.   Seven a.m.

20         Q.   Do you recall what the weather conditions

21    were?

22         A.   It was actually a sunny day.

23         Q.   Do you recall what the current conditions

24    were when you started at 7 a.m.?

1          A.   At start I couldn't recall exactly.  I

2     think it was -- the current was running pretty hard.

3          Q.   Is there any type of documentation you had

4     to fill out when you start the job that day as to

5     weather and/or current conditions?

6          A.   No, because it was always the same.  It

7     was always running hard except for slack tide.

8          Q.   Well, the fact that it was running the

9     same, would that -- did you feel as though -- strike

10    that.

11               Was it company policy to keep that

12    kind of record at the beginning of the day?

13         A.   No.

14         Q.   Would you on your own, either in this job

15    or any other job, would you keep that kind of record?

16         A.   No.

17         Q.   What was the crew's job that day; do you

18    recall?

19         A.   Just preparing for slack tide.  I believe

20    that we were going to be setting some rock mats that

21    day.  Steve was getting bolts.

22         Q.   Can I stop you there?

23         A.   I'm not sure but I think they were for the

24    clam bucket on the crane.

1          Q.   I was going to ask you about that, but let

2     me try clarify some of the terms that you raised,

3     because we're speaking necessarily to a jury who may

4     not know.  Slack tide, what does that mean?

5          A.   When the tide is not moving.  The tide is

6     either coming in or going out.  And slack tide is

7     when it's in between the two, when it's not moving.

8          Q.   And you indicated that you were -- the job

9     that you were doing that day was what again?

10          A.   Setting rock mats under water.

11          Q.   Can you explain to the jury what that

12     means?

13          A.   Those are -- they're rocks inside a nylon

14     mesh mat that are laid on the ocean bottom to retard

15     the sand from eroding around the lighthouse that we

16     were working on.

17          Q.   And that was the purpose of the job in the

18     first place; correct?

19          A.   To stop the erosion.

20          Q.   Did you or anyone else operate the skiff

21     between the time that the day started for you guys

22     and the time that Ramsey went to get the bolts?

23          A.   I had ran it in the morning, first thing.

24          Q.   Did you just run it to run it, or did you

1    run it to go from point A to point B?

2         A.   That's how I came.   I would always bring

3    the skiff out to the dredge.

4         Q.   From the cove?

5         A.   From the cove, yes.

6         Q.   Was that the only time the skiff was used

7    before Ramsey used it that day?

8         A.   Yes, I was the only one that used it

9    before him.

10         Q.   Did you use it just for that trip from the

11    cove to the dredge, or did you use it for any other

12    trips?

13         A.   I think I made one other trip into shore

14    and back, and, matter of fact, it was running okay.

15    It wasn't a hundred percent, but I told Steve to be

16    careful.

17         Q.   Let me go back for a second.   When you

18    said that it wasn't running a hundred percent, are

19    you referring to your use of the skiff prior to

20    Steve's use of the skiff on the day of the accident?

21         A.   Yes.

22         Q.   Now, what do you mean that it wasn't

23    running a hundred percent?

24         A.   That, well, we all knew that it had sunk a

1    few weeks prior to that and it still wasn't running

2    that great.

3         Q.    You had said that there was a problem and,

4    correct me if I'm wrong, the problem that you

5    described with the engine after you got it back from

6    the marina had something to do with you putting it in

7    neutral?

8         A.    No.    When you would put it in gear

9    initially, it would stall starting out.

10        Q.    Are you talking about putting it in

11   forward?

12        A.    Yes.

13        Q.    And then once you got it started again,

14   was there any problem going into any other gear other

15   than forward?

16        A.    There probably would be going back in

17   reverse.

18        Q.    Did you experience, when putting it in

19   reverse, any type of stalling problems?    Again, this

20   is after you got it back from the marina and before

21   Ramsey used it.

22        A.    I would avoid putting it in reverse

23   knowing that something wasn't right with it.

24        Q.    You had indicated that you had