```
 1    A.    Oh, I've had Evinrudes. And the most
 2          recent one was a Yamaha. But, those were
 3          small boats. I don't have big outboard
 4          motors.
 5    Q.    And would you do the work on the engine
 6          yourself?
 7    A.    Absolutely.
 8    Q.    And that's okay? It's reasonable to do
 9          your own work if you know what you're
10          doing?
11    A.    That's my background, engineering. I'm a
12          fiddler.
13    Q.    You're not a navigational expert, I
14          trust?
15    A.    Well, let's broaden what you mean by
16          navigation. When I was in the Navy I was
17          a qualified deck watch officer. So, I
18          have a navigational background on
19          vessels. I've owned vessels. And I say,
20          "vessels," -- sailboats, power boats.
21    Q.    I guess I've owned them too. I wouldn't
22          testify in court as an expert at that, so
23          I'm just trying to --
24    A.    No, I realize that, "Shoemaker, stick to
```

```
 1          your last." If a navigational expert
 2          were required, I think I would suggest to
 3          Mr. Rosenthal that he hire someone who is
 4          a navigational expert.
 5     Q.   Okay.
 6     A.   I don't think navigation by itself is
 7          involved in this case.
 8     Q.   Okay, I'm just -- what about operation of
 9          outboards?  And I understand you've done
10          it with your own.
11     A.   Yes.
12     Q.   But, if this was a case limited to the
13          operation of an outboard, would you give
14          Mr. Rosenthal similar advice?
15     A.   I think you have to get down to case by
16          case.  He has his expert.  Mr. Ramsey has
17          done far more operation of an outboard
18          than I have.
19     Q.   Okay, so you don't intend to testify in
20          this case as an operational expert?
21     A.   Only to the extent that this little
22          horsepower, or smaller horsepower, is not
23          suitable for a vessel of this size, under
24          those current conditions.
```

| | | |
|---|---|---|
| 1 | Q. | So, based on those equations -- |
| 2 | A. | If you call that -- |
| 3 | Q. | No, to me, that's naval architect -- |
| 4 | A. | Well, that's basically navigation. Maneuvering of vessels, that's naval architecture. Operation of vessels; I'm an operator, but don't ask me to testify. I'm not the one who does the operation of a vessel for a living. |
| 10 | Q. | Okay, so as far as the operation, the maintenance, and the repair of the motor, you've got familiarity with that, but -- |
| 13 | A. | Well, maintenance, perhaps. |
| 14 | Q. | How so? |
| 15 | A. | Well, you have to follow some maintenance guides in order to keep your engine in proper operating order. And if it's not done, something goes awry. |
| 19 | Q. | But, let me just stop you there. Your expertises in naval architect don't really -- all of us who drive cars understand that you have to maintain equipment. |
| 24 | A. | Yeah, I'm sure. I think that what I'm |

```
 1              saying is -- I wouldn't say common
 2              knowledge, but most people recognize it.
 3              The Judge would recognize that. He
 4              doesn't need --
 5       Q.     And the jury?
 6       A.     Probably the jury, too. They don't need
 7              someone to tell them that you have to
 8              maintain your vessel, or maintain your
 9              engine. When it's not operating, you
10              take it to the service station.
11                    And in this particular case, it
12              was not operating for some period of
13              time, perhaps a month before, and no one
14              took it to the service station.
15       Q.     Okay, but that doesn't particularly get
16              into the naval architecture realm, does
17              it?
18       A.     No, no.
19       Q.     You're saying that based on your owning
20              boats and that sort of thing?
21       A.     Yeah, and I think it's universal
22              knowledge. Mechanical things, when they
23              don't operate, you fix them. Or when
24              they don't operate satisfactorily, you
```

```
 1              fix them.  When they stall out all the
 2              time, you have them fixed.
 3         Q.   Have you removed anything from your file?
 4         A.   No.
 5         Q.   I notice there's no billing information,
 6              or there's only one.
 7         A.   I haven't billed them.
 8         Q.   It's time.
 9         A.   Yeah, well, Katrina came up to stop a lot
10              of things in this world.
11         Q.   I understand.  And the rates that you're
12              billing them?  Is that an hourly rate as
13              reflected in the appendix?
14         A.   Correct.  I wouldn't have my billing
15              information in here, anyway.  That's
16              separate.  This is the job file, not the
17              billing file.
18         Q.   And what about other correspondence with
19              the firm?
20         A.   There is none.  You have everything here.
21         Q.   Well, was there a letter retaining you?
22         A.   No, no letter retaining me.
23         Q.   All done over the phone?
24         A.   All done over the phone.
```

```
1    Q.   Okay.
2    A.   I still work on a handshake.
3    Q.   So, they've told you what the case is
4         about, I trust, as well?
5    A.   They told me what the case is all about.
6              MR. MURPHY:  Okay, I guess that's
7         a wrap.
8              MR. ROSENTHAL:  I just have a
9         couple of followup questions.
10
11   EXAMINATION BY MR. ROSENTHAL:
12   Q.   Is it your opinion that the undersized
13        engine caused and contributed to Mr.
14        Ramsey's accident?
15   A.   Yes, it's a contributing factor.
16   Q.   And can you explain your opinion?
17   A.   Yes.  If, for example, he had something
18        that was able to operate under the swift
19        current, and once the engine was
20        operating, he would have been able to get
21        away from underneath the stern of the
22        dredge.  He would have been able to back
23        away and then go forward and get out.  As
24        long as the engine was still going and
```

```
 1              not stalled.
 2                    Since it contributes, how much it
 3              contributes, I don't know.
 4    Q.        Is it your opinion that Mr. Ramsey in any
 5              way caused his accident?
 6    A.        No, he --
 7                    MR. MURPHY:  I'm just going to
 8              object.
 9    A.        I think he was a victim being in a vessel
10              that stalled out, and the swift current
11              grabbed him and put him in the wrong
12              place.
13    Q.        Now, is it your opinion that the engine
14              was not properly maintained?
15    A.        Yes.
16                    MR. MURPHY:  Objection.
17    A.        As soon as it came back and someone found
18              out that it was stalling out, they should
19              have sent it back and said, *"Fix it."*
20              And Hochstrasser would have said, *"Well,*
21              *I told you what to do.  You had to change*
22              *this, this, and this.  And if you'd done*
23              *that and we tested it again we'd find out*
24              *what was wrong with it and we'd send you*
```

|    |    |    |
|----|----|----|
| 1  |    | *back a vessel that we would give our* |
| 2  |    | *90-day, or six-month, or a year warranty* |
| 3  |    | *on it."* |
| 4  | Q. | And what is that opinion on the |
| 5  |    | maintenance of the engine? |
| 6  | A. | Well, it stalled out.  And then we go |
| 7  |    | back to Hochstrasser's invoice that says |
| 8  |    | that we recommended that you do this, |
| 9  |    | this, and this, and you didn't do it. |
| 10 |    | And I think, really, what that's |
| 11 |    | all about is Hochstrasser saying, *"Look,* |
| 12 |    | *if you have problems, don't come back to* |
| 13 |    | *me.  I'm not going to warrant your* |
| 14 |    | *vessel, that is, your engine suitable for* |
| 15 |    | *your vessel, because you didn't do what* |
| 16 |    | *I'm suggesting."* |
| 17 | Q. | Like a cover your ass sort of a -- |
| 18 | A. | I think so. |
| 19 | Q  | Mr. Murphy was asking you questions about |
| 20 |    | your experience in the area of vessel |
| 21 |    | maintenance.  What is your experience in |
| 22 |    | that area? |
| 23 | A. | Well, I'm not a fellow who works in a |
| 24 |    | repair shop.  And if something is wrong, |

```
 1            I tell someone, "Go out and see your
 2            repairman, he'll take care of it for
 3            you."
 4    Q.     Can you repair your own vessel, your own
 5            engine?
 6    A.     Sure, an outboard I can.
 7    Q.     Okay, so you have experience repairing
 8            your own outboard engine?
 9    A.     Yes, but all of a sudden you get into
10            large engines, and they become a little
11            bit more complicated because they're now
12            all electronically fired, all
13            electronically controlled.  And similar
14            to trying to repair your own automobile
15            engine any longer, unless you know the,
16            quote, codes, to get in and provide
17            diagnostic information, you have a rough
18            time of doing repairs on modern engines.
19    Q.     Okay, this engine was a 40 horsepower
20            engine.  Would you consider that to be a
21            large engine?
22    A.     No.
23    Q.     Is that the sort of engine that you had
24            worked on previously?
```

```
1    A.   Oh, yeah, surely.
2    Q.   So, you've had experience working on 40
3         horsepower engines?
4    A.   Sure.
5    Q.   Are the engines that you have at your
6         home 40 horsepower?
7    A.   No, I've gotten rid of all those.
8    Q.   Why would that be?
9    A.   I have a different kind of vessel.  I
10        have one, a 19 foot sailboat that has
11        like a 5 horsepower engine.  And then I'm
12        part owner of a 40 foot sailboat that has
13        like a 90 horsepower, --  I guess maybe
14        it's not 90 -- a 60 horsepower inboard
15        diesel engine.
16   Q.   Now, Mr. Ramsey testified in his
17        deposition about -- you read Mr. Ramsey's
18        deposition, right?
19   A.   Correct.
20   Q.   He testified that he was backing the
21        vessel -- and when I say, "the vessel,"
22        -- he was backing the skiff out after he
23        drifted to the dredge.  And he was
24        backing it out and he says, "The engine
```

|    |    |    |
|----|----|----|
| 1  |    | *revved up like I had just thrown it in* |
| 2  |    | *neutral, but I didn't. It was still in* |
| 3  |    | *reverse. But, it was running and the* |
| 4  |    | *propeller wasn't going."* |
| 5  |    | What do you think could have |
| 6  |    | caused that? |
| 7  | A. | It either got thrown in neutral or some |
| 8  |    | keyweigh broke. And when I say, |
| 9  |    | "*keyweigh,*" if we go back to |
| 10 |    | Hochstrasser, you'll see that -- when I |
| 11 |    | say, "*keyweigh,*" a key broke. In their |
| 12 |    | April 4th, -- I'm sorry, April 6th invoice |
| 13 |    | -- or repair order; I shouldn't say, |
| 14 |    | "*invoice,*" -- they talk about replacing |
| 15 |    | keyweigh key. |
| 16 |    | And that indicates a key broke. |
| 17 |    | I don't know where this key is. But, |
| 18 |    | something broke, and that would possibly |
| 19 |    | keep the propeller from turning. |
| 20 | Q. | What could cause a key to break? |
| 21 | A. | Some large forces that can develop on a |
| 22 |    | shaft. For example, if the propeller hit |
| 23 |    | the cable, the wire, the mooring wire, it |
| 24 |    | could break a key. |

```
1    Q.   And could an undersize engine cause a
2         vessel to strike a mooring line?
3    A.   Only to the extent that the operator
4         would not be able to maneuver away from
5         the mooring line.
6    Q.   So it affects the operation of the
7         vessel?
8    A.   Oh, yes.  You can't turn.  You can't
9         speed.  You can't accelerate as quickly.
10        You can't maneuver as quickly with an
11        underpowered vessel, a small horsepower
12        vessel.
13             MR. ROSENTHAL:  That's all I
14   have.
15             MR. MURPHY:  I'll just follow up
16   on that, briefly.
17
18   EXAMINATION BY MR. MURPHY:
19   Q.   We talked before about some expert
20        testimony you've given, either in
21        depositions or in court.  Have you ever
22        testified as an expert, either in
23        deposition, or in court, regarding the
24        operation of an outboard motor?
```

```
 1    A.    I'm just thinking about the ones that
 2          have been collision cases, and the ones
 3          that have to do with people being thrown
 4          out of the vessel, thrown out of the high
 5          speed -- to that extent, yes.
 6    Q.    Okay, but aside from that, no?
 7    A.    Basically, maneuvering comes down to high
 8          speed maneuvering where people are thrown
 9          out and that's the casualty, someone's
10          hurt, not just someone -- yes, some other
11          cases.
12                You're all familiar with this
13          little inboard-powered personal
14          watercraft.  You sit on these things and
15          go fast.
16    Q.    Uh-huh.
17    A.    And if you don't steer, or you take your
18          foot of the pedal, there's no power to
19          them, they keep going in the same
20          direction.  And all of a sudden you have
21          some serious accidents with them.  And
22          that's maneuvering, or trying to
23          maneuver, with lack of power, and lack of
24          power because you took your foot off the
```

89

90

```
 1              gas, and the impeller is no longer
 2              turning.  You don't have the pump
 3              squirting out water.  And you're trying
 4              to maneuver and it doesn't maneuver.
 5       Q.     Right, but with regard to outboard
 6              motors?
 7       A.     I just can't imagine, or can't think
 8              right now where that particular situation
 9              has come up.
10       Q.     And your testimony with these collisions
11              would be as a naval architect, --
12       A.     Yes.
13       Q.     -- based on what?
14       A.     Maneuvering characteristics of vessels.
15              And that's those little personal
16              watercraft, how they maneuver.
17       Q.     So, it's fair to say that you've never
18              testified in court or at deposition
19              regarding maintenance of outboard motors?
20              You're not an outboard maintenance --
21       A.     I understand you.
22       Q.     -- expert, are you?
23       A.     I don't think it's ever come up.
24       Q.     Okay, and what about the repair --
```

```
 1    A.   I'm talking about coming up in a
 2         deposition or trial testimony.
 3    Q.   So, it's fair to say you've never
 4         testified in that capacity before?
 5    A.   I don't believe so as in someone involved
 6         with maintenance.
 7    Q.   And it's also fair to say you don't
 8         consider yourself an expert, if the issue
 9         is strictly limited to maintenance of
10         outboard motors?
11    A.   Depends upon -- remember, my background
12         is design of things, engines.  Not
13         outboards, but real engines that run
14         large ships.
15    Q.   Right.
16    A.   And from that standpoint, I get involved
17         a little bit with maintenance, but very
18         little.  I'm more in design than
19         maintenance.
20    Q.   And as far as the repair of outboard
21         motors, you've said you never worked in
22         that capacity, but you've never testified
23         in --
24    A.   Well, I --
```

91

```
 1   Q.   Let me just finish the question, please.
 2        You've never testified in court or at
 3        deposition as to repair of outboard
 4        motors, have you?
 5   A.   No, but my background is -- remember, I
 6        worked many years with U.S. Salvage
 7        Association, which is the technical arm
 8        for the marine underwriters, where I'd go
 9        out and see damages to vessels, and write
10        repair specifications to see that they
11        got back in good order.
12             However, at that time, I was not
13        involved, specifically, with outboards.
14        If they'd get dunked, submerged, I'd take
15        them to the shop and have them do them
16        over.
17             But, on large engines, you don't
18        take the engine out and send it to the
19        shop to do over.  You'd repair as
20        necessary.  You look at the bearings.
21        You look at the fuel injectors.  You look
22        at the starters, that is, the air
23        starters, or electrical starters, and
24        determine each particular item that needs
```

```
 1              repair on large engines.  Compared with
 2              these engines, the engine, you know, a
 3              couple of thousand dollars, and you
 4              either can buy a new one or have it
 5              repaired for something less than that.
 6                       Large engines, we're talking
 7              about hundreds of thousands of dollars.
 8       Q.     And how long ago did you do that for the
 9              Salvage Association?
10       A.     I worked for the U.S. Salvage Association
11              from 1958 to 1965; seven years.
12       Q.     And you mentioned you've owned some
13              outboard motors.  Have you ever owned one
14              as big as 40 horsepowers?
15       A.     Not specifically 40, something less than
16              that.
17       Q.     How much less?
18       A.     Oh, 25.
19       Q.     And when did you last own --
20       A.     Oh, that goes back many years ago; 20
21              years ago, 30 years ago, that size.
22              Basically, I went into sailboats that had
23              much smaller engines than that.
24       Q.     Okay, so basically you haven't repaired
```

```
1              or maintained an outboard motor over 20
2              horsepower in 20 years, anyway?
3         A.   That's correct.  A little bit more than
4              20 horsepower, but that's -- probably
5              closer to 30.
6         Q.   Okay.  The keyweigh.  That's a term that
7              came up that we hadn't talked about.  And
8              I understand that that's on the repair.
9              Can you tell us, in a general sense, what
10             the keyweigh is?
11        A.   Yes, it holds something onto a shaft.
12             When I say, "something," it could hold a
13             propeller onto a shaft.  It could hold a
14             gear onto the shaft.
15        Q.   And where's it located on the --
16        A.   I don't know.  It just says, "keyweigh
17             key."  I don't know where it is.  You'd
18             have to find out from the engine
19             manufacturer's part list.  They have a
20             number; you find out where it is on the
21             engine.
22        Q.   And if the keyweigh breaks, can that
23             cause the motor to stall?
24        A.   It could cause it to, possibly, because
```

```
 1            we might be talking about a timing gear.
 2    Q.      This wouldn't be an electrical problem,
 3            would it?
 4    A.      No, it would not be electrical.  This is
 5            a mechanical problem.
 6    Q.      But, it's a mechanical problem?
 7    A.      Yeah.
 8    Q.      And I think I cut you off.  How would
 9            breaking the keyweigh cause the motor to
10            possibly stall?
11    A.      I don't know what keyweigh this is and
12            where the key is located and what's
13            connected to it for gears, connected to
14            it.  It might affect the timing of the
15            sparkplug, for example.
16    Q.      Okay.
17    A.      I just don't know where this is.
18    Q.      I'm just trying to get a general sense.
19            And I understand your testimony.
20    A.      I just don't know.
21    Q.      And at least one way for a keyweigh to
22            break is the prop striking an object,
23            like a mooring wire?
24    A.      Correct.
```

```
 1    Q.    If that's what happened in this case,
 2          hypothetically, that the vessel stalled
 3          because the prop hit the mooring wire,
 4          then the stalling in this case had
 5          nothing to do with the previous
 6          stallings; is that fair to say?
 7    A.    It may or may not have anything to do
 8          with it.
 9    Q.    You wouldn't know one way or the other?
10    A.    No.  The vessel could have hit the wire
11          because it stalled, or the vessel could
12          have hit the wire because of lack of
13          maneuverability caused by the small
14          engine.
15    Q.    Or Mr. Ramsey may have driven it into the
16          wire.
17    A.    Or Mr. Ramsey may have driven it into the
18          wire.
19    Q.    And that could cause the keyweigh to
20          break.
21    A.    It could, and the wire.
22    Q.    And that could cause the vessel to stall?
23    A.    Could cause the vessel to stall.  That
24          is, the engine to stall.
```