UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| STEVEN RAMSEY | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 04-CV-10699(RCL) |
| JAY CASHMAN, INC. | : |
| | : |
| Defendant. | : |

## ORDER

On this _____ day of _____ 2007, upon consideration of the Defendant's Motion In *Limine* To Exclude The Testimony Of Plaintiff's Designated Liability Expert and Plaintiff's response thereto, it is hereby ORDERED and DECREED that the aforesaid Motion is DENIED.

_____
J.