113

```
1    Q.   Under water?

2    A.   Under water.  And then ride underneath the

3         bottom of the barge.

4    Q.   So you jumped off the skiff, the skiff is

5         sinking and the tide and the current --

6    A.   Push it towards me.  Push it under it.

7    Q.   Takes --

8    A.   Right.

9    Q.   -- takes the skiff right at you and the skiff

10        is being propelled solely by water forces?

11   A.   Water force, right.

12   Q.   No engine or motor --

13   A.   No.

14   Q.   -- propelling it?

15   A.   No.

16   Q.   What part of the skiff hit you?

17   A.   The bow.

18   Q.   Where did the bow hit you?

19   A.   It got my legs first.

20   Q.   Where on your legs?

21   A.   It was -- I think more my right leg.

22   Q.   What part of your leg, your upper up towards

23        the buttocks?

24   A.   Yeah, I had scratches all the way up my back
```

114

1     by the time they finally got me out.

2  Q.  So you've got your back to the skiff that

3     you've just jumped off?

4  A.  Yeah.

5  Q.  Are your hands on the tires?

6  A.  Yes.  Not that way this way (indicating).

7  Q.  This way.

8        And the sinking skiff so it hit you

9     under water?

10  A.  Right.  It won't sink all the way.  It has

11     flotations devices in it.

12  Q.  And it hit you in the leg first?

13  A.  It got my right leg and then it started

14     sucking me under and just worked all the way

15     up.  It hit me and when it came under, it

16     went like, that's how it sunk.  Like I

17     explained to you, the rake that was going up

18     and when it came down, the port side of it

19     hit me first and then the current took it and

20     took me at the same time.  And by the time it

21     was done, the starboard side of the skiff was

22     halfway up my back pulling me under.  And

23     that's when Kenny King and Frankie Pilate

24     pulled me.

115

Q.  So you were pinned between the skiff and the
    portion of the dredge where the tires are?

A.  On the tire, right.

Q.  And I just want to take you through this
    slowly again then.  You told me how the skiff
    hit your leg first and then at that point
    you're right up against the dredge anyway,
    aren't you?

A.  I'm right up against the tire on the dredge.

Q.  Right.

A.  I'm almost hugging it trying to get up.

Q.  And it hits you in the legs?

A.  Right.

Q.  And it keeps going forward?

A.  It was sinking, like I told you, on the port
    side.  It was up on the rake and then the
    pressure of the water pushed it down and
    that's what got me first was the port side of
    the skiff.

Q.  Right.

A.  Now, once it got away from the rake, it
    flipped back to where the whole bow of it,
    which is a flat bow got me from my, you know,
    from my leg all the way up to my back.  I

1   mean, I had scratches up my back where it had

2   gotten me.

3   Q.  And were you pinned --

4   A.  And that's why it pulled me under because it

5   flipped back the other way.  It's the only

6   way it got me.

7   Q.  Do you think if I gave you a piece of paper,

8   you can give me a diagram of all this just so

9   I can visualize where everything is

10  positioned?

11          MR. ROSENTHAL:  And I'm going to

12  object for the record to the asking of any

13  sort of artwork on behalf of Mr. Ramsey as

14  he's not an artist and things aren't going to

15  be to scale.

16          MR. MURPHY:  All right.

17          MR. ROSENTHAL:  I'll let him do

18  this, but not if you plan to use it at trial

19  against him.

20          MR. MURPHY:  I'm just trying to get

21  an idea of I guess whether it's admissible or

22  whether I'm -- it seems like a long way off,

23  whether, you know, those kind of decisions,

24  and, you know, I think rules of evidence

117

1    would just apply.  I mean, I'm not sure how I

2    would use it against him.  I mean, I might

3    use it just to establish -- like I say, I

4    don't see how I can use it against him per

5    se.  Do you want to go off the record on

6    this?

7              MR. ROSENTHAL:  No, we can stay on

8    the record.

9              MR. MURPHY:  If we were to say --

10   Q.  And this is hypothetical, sir, I'm not

11   saying that you would say this --

12             MR. MURPHY:  If he was to say there

13   was no barge in the vicinity of my incident,

14   I think, yes, I would think I would want to

15   pull out the diagram and say well, you drew

16   me a thing and you labeled it barge and you

17   told me it was there.  So I mean, I'm not

18   going to --

19             MR. ROSENTHAL:  Well, I mean his

20   testimony also says the same thing.

21             MR. MURPHY:  That's what I mean.

22   I'm just saying -- so I'm just trying to get

23   an idea.

24             MR. ROSENTHAL:  Do you feel

1       comfortable drawing?

2            THE WITNESS:  Yes.  This is fine.

3       As long as you don't object to it.

4            MR. ROSENTHAL:  Well, I stated my

5       objection for the record.

6   A.  (Witness drawing.)

7   Q.  Let me just take you through this before we

8       go any further.  Just because a week from now

9       this will be difficult to -- can you label --

10      you've drawn -- what have you drawn?  This is

11      the dredge?

12   A.  This is the dredge.

13   Q.  Can you write Dredge and so we know that

14      that's the dredge?

15   A.  What I'll -- do wait a minute.

16   Q.  D.

17   A.  I know.  Wait a second.  I want you to know

18      which side is which, too.  This is the bow

19      (indicating).

20   Q.  Okay.  And that's the stern.  Why don't you

21      write in Stern?

22   A.  (Witness complies).

23   Q.  And would you also write that that's the

24      dredge?

| | |
|---|---|
| 1 | A. You can write that yourself.  How's that? |
| 2 | I'm going to do this for you.  This here is |
| 3 | where -- this is the dredge, okay?  This is |
| 4 | the scow. |
| 5 | Q. Just put a D there? |
| 6 | A. (Witness complies). |
| 7 | Q. And put an S for scow. |
| 8 | A. (Witness complies). |
| 9 | And this is the front of the scow. |
| 10 | There's a rake on it (indicating). |
| 11 | Q. Put an X where the front and the rake is. |
| 12 | You're showing me. |
| 13 | A. I'll put bow here (indicating).  We're going |
| 14 | backwards for a reason.  You know what I'm |
| 15 | saying? |
| 16 | Q. Yes. |
| 17 | A. Now here's where I came through |
| 18 | (indicating).  Now, of course, there's water |
| 19 | up to here (indicating).  My cables are not |
| 20 | exposed, only maybe six feet of cable and the |
| 21 | rest of it is under water.  This is all water |
| 22 | (indicating). |
| 23 | Q. You've drawn a line for the water? |
| 24 | A. All right.  This is the water, right? |

1   Q.   Right.

2   A.   I was here (indicating).  I backed up

3        through this which I can --

4   Q.   Draw a line with an arrow so I can understand

5        this.

6   A.   Back up through here (indicating).

7   Q.   Yes.

8   A.   Backed up over the cables because I can --

9        they're submerged.  There's an anchor here

10       and anchor here (indicating).  I came through

11       here and this is where it stalled

12       (indicating).

13  Q.   Put an X where it stalled?

14  A.   (Witness complies).

15  Q.   And the cables are --

16  A.   No, no, this is not existing.  These are way

17       under me.  These are 30 feet under me.

18  Q.   But where you stalled, the cables are 30 feet

19       under you?

20  A.   More or less.  It could be 20.  But I

21       stalled here (indicating).  And then the tide

22       started taking me in this way (indicating).

23       And this is where my bow hit my -- right, my

24       port side hit here and there's a rake, of

1    course, right here on the bow of this

2    (indicating).

3  Q.  Right.

4  A.  And that's where I hit.  I ended up about

5    this far ahead and this is where I ended up,

6    right about here (indicating).  And that's

7    where it hit here (indicating).  And then

8    because of the rubber on the sides, it went

9    like that and started taking on water on this

10   side, all right.  And then when it rolled

11   down the rake, that's when it got me here

12   because I was hanging here (indicating).  And

13   then when it got to me and hit me and flat --

14   got on the flat bottom of this scow, that's

15   when it straightened out.  Because it first

16   started doing this on the rake.  Understand?

17  Q.  Yes.

18  A.  And then it went straight because now the

19   bottom of this scow is flat bottom of course.

20   And now it came up straight and that's when

21   it pinned me here.  And then these two guys

22   pulled me out that way (indicating).

23  Q.  So just --

24  A.  Like I said, I'm no artist so.