EXHIBIT "B"

CERTIFICATION

I, Lou Hochstrasser V. P, at the office of
(name) (position)

Hochstrasser's Marine Inc, hereby certify the records sent
(doctor, hospital or company)

in response to the subpoena of the Custodian of Records of this office contain statements, opinions and/or diagnoses that were made at or near the time of observation by a person with actual knowledge or from information supplied by such a person, and the writing or records were made in the regular course of business and it was the regular practice of this office to make these records and writings.

I declare under penalty of perjury that the foregoing is true and correct.

L Hochstrasser
(signature)

SUMMER 3/7/01

REPAIR ORDER NO. 67

HOCHSTRASSER'S MARINA, INC.
401 WEST 8th St.
SHIP BOTTOM, NJ 08008
(609) 494-5340 — Fax (609) 494-1165
Dealer In:
Mercury • Mercruiser • OMC • Cobra
Angler Boats

LIMITED WARRANTIES: LABOR – All labor is warranted for 30 days unless otherwise specified: Warranty does not cover conditions resulting from misuse, negligence, accident or alterations. Product must be transported to and from our shop at owner's expense. PARTS – The only Warranties on the products sold are those offered by the manufacturer. The Seller expressly disclaims all warranties, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose to assume for it any liability in connection with the sale of said products. Buyer shall not be entitled to recover from the seller any consequential damages, damage to property damages for loss of use, loss of time, loss of profits or income or incidental damages.
A charge of $5.00 per day will be added on all items not picked up within 10 days after notice of completed service. Any item not picked up within 6 months from completion will be offered for public sale to cover repair cost and storage.
If not painted 10 days prior to overboard date, we will paint, put overboard and charge accordingly.
TERMS: Strictly cash unless other arrangements are made prior to this bill. 2% Late Charge (equivalent to Annual/Percentage Rate of 24%) on accounts over 30 days will be charged.

SUMMER
☐ HaulOut-BlockOff-Put Over
☐ On trailer
☐ Launch Only

COLOR ☐ Blue ☐ Red ☐ Brn ☐ Blk ☐ Grn ☐ Brnz ☐ Other
☐ O/B ☐ O/D ☐ Batt.

| Date Rec. 3/5/01 | Date Req. | Date Comp. |
|---|---|---|

Customer's Name: Jay Cashman 287 1600
Home Address: 20 W. Howell St
City: Boston State: MASS Zip: 02125
Shore Address:
Home Phone: 617 287 1600 Shore Phone: Bus Phone:

| Make/Model | Engine Size & Type (IB–OB–I/O–SD) | State Reg.No. or Boat Name | Key Here |
|---|---|---|---|
| | Merc 40 | | |

| Serial No. Eng. (1) | Serial No. Drive (1) | Serial No. Eng. (2) | Serial No. Drive (2) |
|---|---|---|---|
| 06495827 | | | |

| QTY. | PARTS NO. | Unit Price | AMOUNT |
|---|---|---|---|
| 2 | EYE Connectors | 30 | 60 |
| 1 | Lg. Eye connector | | 35 |
| 1 | gal TCW III Prem Plus | | 21 05 |
| 1 | Rebuilt Starter | | 169 50 |
| | TOTAL PARTS | | 191 50 |

| Work Performed or Details of Failure | AMOUNT |
|---|---|
| ☐ SERVICE CALL | |
| ☐ CRANE ONLY | |
| ☐ HAULOUT/BLOCKOFF/LAUNCH | |
| LABOR ENGINE brought in SUNK | |
| Flush with freshwater | |
| Clean carbs – Drain fuel lines | 140 00 |
| Remove drain, fill install oil | |
| tank – R+R Starter | |
| Run in tank for Hue (ok) | |
| Note – Stator, voltage regulator, | |
| switchboxes – Starter Solenoid | |
| were not changed Advise | |
| doing so since it sank in saltwater | |

Handwritten notes: 334.10; Paid Ck 05428? 3/23/01 334.10; check 05428?

This is an estimate only and is not necessarily to be considered as the final price for this work. The final price is subject to changes of labor and material as a result of damages not apparent at the time of this inspection.

I hereby waive my right to receive a written estimate of the price to complete the repairs requested.

X ______
Estimate of Repairs

Additional Estimate Parts Labor Total — Authorized Additions Date Time BY:

All parts removed will be discarded unless otherwise specified.

| | |
|---|---|
| TOTAL LABOR | 140 00 |
| TOTAL PARTS | 191 50 |
| ENVIRONMENTAL CHARGE | 60 |
| SHOP SUPPLIES | 2 00 |
| SUB-TOTAL | 334 10 |
| TAX 6% | 20 05 |
| GAS | |

I authorize the above repair work to be done along with the necessary materials and grant you and/or your employees permission to operate the unit as necessary for purposes of testing and/or inspection. If I fail to pay for the completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for the work and I expressly waive all rights under the [illegible] laws. If collection is made by a suit or any other method required [illegible] until paid in full, also collection cost [illegible] reasonable [illegible] a copy of this Work Order [illegible] seller is not [illegible] damage to the unit and/or [illegible] theft

Nick cell 8213 300

Wagner 10/27/05 EXHIBIT 1

NAME ______ SUMMER DATE / / ______ TOTAL LENGTH ______ RPM ______

☐ SERVICE CALL ______

☐ HAULOUT-BLOCKOFF-LAUNCH ______ ☐ PAINT L/U ______

☐ LAUNCH ONLY ______ ☐ ZINV ______ ☐ WATER PUMP ______ ☐ TUNE UP ______

☐ NAV LIGHTS ______ ☐ ANCHOR LIGHTS ______ ☐ BLOWER ______ ☐ BILGE PUMP ☐ AUTO ______ ☐ WIPER ______ ☐ HORN ______

| Description of Work (Tieup Temp / RPM) | Int. | Date | Time In | Time Out | Hrs. | Qty. | Part No. | Description | Unit |
|---|---|---|---|---|---|---|---|---|---|
| SEND STARTER OUT FOR REPAIR | | 3/5/01 | 10 | | | 2 | EYE CONNECTORS | | 30 EA |
| INSTALL STARTER | | | | | | 1 | LG EYE CONNECTOR | | 35 |
| GET MOTOR RUNNING | (initials) | | | | 1/4 | 1 | gallon TAWTTE | | |
| DRAIN & REFIL OIL TANK | | | | | | | | | |
| Runs Sarta to repair shop & return | BH | | | | 1/2 | | REPAIR STARTER | | 169.50 |

Do not change any electronics Starter etc (LKH)

MER

HaulOut

BlockOff

Put Over

On trailer

Launch Only

COLOR
☐ Blue
☐ Red
☐ Brn
☐ Blk
☐ Grn
☐ Brnz
☐ Other

☐ O/B
☐ O/D
☐ Batt.

LIMITED WARR... unless otherwise specified... misuse, negligence, ... from our shop at owner's ... ducts sold are those of... claims all warranties, eith... ties of merchantability... liability in connection w... ed to recover from the... damages for loss of us... damages. A charge of $5.00 per... 10 days after notice... 6 months from compl... and storage. If not painted 10 day... and charge accordingly... TERMS: Strictly ca... 2% Late Charge... over 30 days will be...

| QTY. | PARTS N... |
|---|---|
| 1 | 84-8... |
| 2 | 87... |
| 1 | 89... |
| 1 | 28... |
| 1 | 90... |

SUMMER

☐ HaulOut-BlockOff-Put Over

☐ On trailer

☐ Launch Only

COLOR ☐ Blue ☐ Red ☐ Brn ☐ Blk ☐ Grn ☐ Brnz ☐ Other

☐ O/B ☐ O/D ☐ Batt.

LIMITED WARRANTIES: LABOR – All labor is warranted for 30 days unless otherwise specified: Warranty does not cover conditions resulting from misuse, negligence, accident or alterations. Product must be transported to and from our shop at owner's expense. PARTS – The only Warranties on the products sold are those offered by the manufacturer. The Seller expressly disclaims all warranties, either expressed or implied including any implied warranties of merchantability or fitness for a particular purpose to assume for it any liability in connection with the sale of said products. Buyer shall not be entitled to recover from the seller any consequential damages, damage to property damages for loss of use, loss of time, loss of profits or income or incidental damages.
A charge of $5.00 per day will be added on all items not picked up within 10 days after notice of completed service. Any item not picked up within 6 months from completion will be offered for public sale to cover repair cost and storage.
If not painted 10 days prior to overboard date, we will paint, put overboard and charge accordingly.
TERMS: Strictly cash unless other arrangements are made prior to this bill. 2% Late Charge (equivalent to Annual/Percentage Rate of 24%) on accounts over 30 days will be charged.

- SUMMER -

HOCHSTRASSER'S MARINA, INC.
401 WEST 8th St.
SHIP BOTTOM, NJ 08008
(609) 494-5340 — Fax (609) 494-1165
Dealer In:
Mercury • Mercruiser • OMC • Cobra
Angler Boats

REPAIR ORDER NO. 84

Date Rec. 1/6/01 | Date Req. | Date Comp.

Customer's Name: Jay Cashman
Home Address: 80 W. Howell St.
City: Boston State: Mass. Zip: 02125
Shore Address:
Home Phone: 617-287-1600 | Shore Phone: 617-306-8213 Nick | Bus Phone: 617-287-1600

| QTY. | PARTS NO. | | Unit Price | AMOUNT |
|---|---|---|---|---|
| 1 | 84-188957 | 1 Harness | | 34 90 |
| 2 | 87-19761 | Relay | 33 50 | 67 00 |
| 1 | 89-96054T | solenoid | | 17 80 |
| 1 | 28-20094 | Key way key | | 75 |
| 1 | gal. | TCW III oil | | |
| | | | TOTAL PARTS | 120 45 |

NEEDS TO BE RUN

Make/Model: | Engine Size & Type (IB-(OB)-I/O-SD): Merc 40 | State Reg. No. or Boat Name | Key Here

Serial No. Eng. (1): 0G495877 | Serial No. Drive (1) | Serial No. Eng. (2) | Serial No. Drive (2)

| Work Performed or Details of Failure | AMOUNT |
|---|---|
| ☐ SERVICE CALL | |
| ☐ CRANE ONLY | |
| ☐ HAULOUT/BLOCKOFF/LAUNCH | |
| LABOR Eng. sunk while running | |
| Cavitation plate broken. Prop beat (shot) | |
| No cowling on Motor. lost in inlet | |
| Motor | |
| Seized - get running → | 260 00 |
| Needs cowl - starter should be | |
| sent out for repair | |
| Got call go no further will keep | |
| for spare | |

This is an estimate only and is not necessarily to be considered as the final price for this work. The final price is subject to changes of labor and material as a result of damages not apparent at the time of this inspection.

I hereby waive my right to receive a written estimate of the price to complete the repairs requested.

X ______

Estimate of Repairs

Additional Estimate: Parts Labor Total | Authorized Additions: Date Time BY:

All parts removed will be discarded unless otherwise specified. Save ( )

| | |
|---|---|
| TOTAL LABOR | 260 00 |
| TOTAL PARTS | 120 45 |
| ENVIRONMENTAL CHARGE | 3 00 |
| SHOP SUPPLIES | 3 00 |
| | |
| SUB-TOTAL | 386 45 |
| TAX 6% | ~~23 19~~ |
| GAS | |

I authorize the above repair work to be done along with the necessary materials and grant you and/or your employees permission to operate the unit as necessary for purposes of testing and/or inspection. If I fail to pay for the completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for the work and I expressly waive all rights under the State Laws. If collection is made by a suit or any other method required, I agree to pay interest until paid in full, also collection cost, including reasonable attorney's fees. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and/or contents in case of fire, theft or any other cause beyond his control.

X [signature]
My signature above is authorization to

NAME ______ SUMMER DATE / / ______ TOTAL LENGTH ______ RPM ______

☐ SERVICE CALL ______
☐ HAULOUT-BLOCKOFF-LAUNCH ______ ☐ PAINT L/U ______
☐ LAUNCH ONLY ______ ☐ ZINV ______ ☐ WATER PUMP ______ ☐ TUNE UP ______
☐ NAV LIGHTS ______ ☐ ANCHOR LIGHTS ______ ☐ BLOWER ______ ☐ BILGE PUMP ______ ☐ AUTO ☐ WIPER ______ ☐ HORN ______

Sunk - Busted cavitation plate & Prop

| Description of Work (Test Run / Tieup Temp / RPM) | Int. | Date | Time In | Time Out | Hrs. | Qty. | Part No. | Description | Unit | |
|---|---|---|---|---|---|---|---|---|---|---|
| Drain & Fill oil Tank | LRA | 1/6 | | | .80 | 1 | 84-16889 | 5 A1 harness | 34 90 | 34 90 |
| Get water out of carbs | | | | | | 2 | 87-19761 | Relay | 33 50 | 67 00 |
| Diagnose motor & | | | | | 3 1/4 | 1 | 89-96054 | solenoid | 17 80 | 17 80 |
| R&R Flywheel Keyway & | | | | | | 1 | 28-20094 | Key | 75 | 75 |
| Trim harness & relays | | | | | | | | | | |
| & oil in Tank | | | | | | 1 | gallon | TCW III | | |
| | | | | | 4.0 / 20 | | | | | 90 45 |
| | | | | | 260 | | | | | 21 05 |
| | | | | | | | | | | 111 50 |
| | | | | | | | | | | 260 00 |
| | | | | | | | | | | 371 50 |

NOTE / Needs cowl, crank may be bent
Starter should be sent out

STOP - Go No Further with any repairs (LRA)