```
 1            important, --
 2   A.       Absolutely.
 3   Q.       -- in your mind?
 4   A.       Certainly.
 5   Q.       And what sort of maintenance are we
 6            talking about?  And I'm speaking
 7            generally now.  We'll get to our case
 8            specifically.
 9   A.       Seeing it's in good repair, for example;
10            the oil is changed; the sparkplugs are
11            changed.  At the beginning of the season
12            you can take it to someone if it's not
13            performing properly, and have it checked
14            over.  And certainly if it's dunked,
15            getting the salt water emersion, you want
16            it repaired.
17   Q.       Other things than salt water emersion can
18            cause you to have problems with an
19            outboard motor; is that fair to say?
20   A.       Oh, yeah they wear out under certain
21            conditions.  Teleflex cables, for
22            example, wearing out.
23   Q.       How about things that would cause the
24            motor to stall?
```

1  A.  Well, you can get water in the fuel.
       That would cause a motor to stall.
3  Q.  Could the oil, problems with the oil,
       cause it to stall?
5  A.  Well, if you don't put any oil in it, you
       can have some real problems.  It'll
       seize.
8  Q.  Sure.
9  A.  Yeah, lots of things can happen to a
       motor.
11 Q.  Okay.
12 A.  However, this particular case is a little
       bit different because we have an outboard
       motor repairer suggesting, or
       recommending, that certain electrical
       pieces of equipment be changed out that
       would have to do with possible failure of
       the motor.
19 Q.  Your report lists the documents that you
       reviewed before you came -- before you
       wrote your report.  Have you reviewed
       additional -- and I understand you've
       also reviewed the deposition of Mr. King.
24 A.  Yes.

20

```
1    Q.   You've made that clear.  Have you
2         reviewed any other documents?
3    A.   Yes, a number of other documents.
4    Q.   Okay, can you tell me what?
5    A.   Sure.  Two additional depositions.
6         [Looking through documents.]  Deposition
7         of Alex Dick.  And it's not here.  It
8         should be here.
9    Q.   Wagner is it?
10   A.   Yeah, and Nicholas Wagner.
11            MR. ROSENTHAL:  Also, just for
12       the record, I wanted to just put
13       something on the record.  A number of
14       documents were just handed to me at the
15       beginning of the deposition that Mr.
16       Sargent has not had a chance to look
17       through, including what appear to be
18       daily labor reports and a standard diary,
19       a copy of which was handed to my hotel
20       room last night.
21            And Mr. Sargent has not had a
22       chance to look through any of those
23       documents yet.
24   A.   I think that's about it.
```

| | | |
|---|---|---|
| 1 | Q. | Okay, you didn't get a chance to look at |
| 2 | | the diary last night? |
| 3 | A. | No. And the only other information that |
| 4 | | I have in my file are the two things I |
| 5 | | got from the web. |
| 6 | Q. | Okay, the two depositions that you |
| 7 | | referenced, did that cause you to change |
| 8 | | your opinion at all? |
| 9 | A. | No. |
| 10 | Q. | Was there anything in there that |
| 11 | | solidified your opinion? |
| 12 | A. | Yes, I think Mr. Dick talks about also he |
| 13 | | knew about the engine stalling. In other |
| 14 | | words, there were others who knew about |
| 15 | | the condition of the engine. I'm reading |
| 16 | | directly from his deposition, page 36, |
| 17 | | *"Do you know whether the engine stalled* |
| 18 | | *or not? I heard that it did. Who told* |
| 19 | | *you that? I don't remember who told me* |
| 20 | | *that. I heard various accounts."* |
| 21 | | So, he knew about the stalling. |
| 22 | Q. | Well, because he's talking about the |
| 23 | | engine stalling in the incident that |
| 24 | | caused the personal injury. |

```
1    A.    Yes, yeah, right.
2    Q.    But not preexisting stalling.
3    A.    No, he heard about the stalling.
4    Q.    The fact that the engine had stalled --
5    A.    Right.
6    Q.    -- in connection with the incident Mr.
7          Ramsey's brought the suit for.
8    A.    That was my reading of it.
9    Q.    Well, that'll speak --
10              MR. ROSENTHAL:  Well, the
11         testimony will speak for itself.
12              MR. MURPHY:  Sure it will.  Okay.
13   Q.    Let's forge ahead.  Like Sam says, it is
14         what it is.
15   A.    It's there or it's not there.
16   Q.    Exactly.  Have you interviewed Mr.
17         Ramsey?
18   A.    No.
19   Q.    Have you spoken to him at all?
20   A.    No.
21   Q.    Would you be able to pick him out of a
22         lineup?
23   A.    No.
24   Q.    Okay, even on the phone?
```

| | | |
|---|---|---|
| 1 | A. | Even on the phone. |
| 2 | Q. | Have you consulted any treatises or |
| 3 | | professional documents, standards, regs., |
| 4 | | that sort of thing? |
| 5 | A. | No, not in this particular case. |
| 6 | Q. | You've got your report in front of you, |
| 7 | | and I'm not trying to keep us here longer |
| 8 | | than we've got to, so -- |
| 9 | A. | Brevity is your middle name. |
| 10 | Q. | So, soul of wit, right? |
| 11 | | So it's fair to say you |
| 12 | | understand that Mr. Ramsey was employed |
| 13 | | aboard the Wood 1. |
| 14 | A. | No, I just understood he's employed by |
| 15 | | Jay Cashman. Yeah, aboard the vessel. |
| 16 | Q. | Okay, do you have any understanding as to |
| 17 | | what his job or duties aboard the vessel |
| 18 | | were? |
| 19 | A. | Well, he was employed as a mate engineer. |
| 20 | | And he did practically anything that he |
| 21 | | was required. He ran the boat, although |
| 22 | | he was not a captain. He did maintenance |
| 23 | | work. He handled lines whenever |
| 24 | | necessary; whatever. He was not a crane |

| | | |
|---|---|---|
| 1 | | operator, though. |
| 2 | Q. | And it's your understanding as well that |
| 3 | | the incident occurred at Barnegat Inlet |
| 4 | | Lighthouse on the coast of New Jersey? |
| 5 | A. | That's correct. |
| 6 | Q. | Have you ever been there? |
| 7 | A. | No. |
| 8 | Q. | And it's fair to say you haven't reviewed |
| 9 | | any documents concerning the tides or |
| 10 | | charts or current information; that sort |
| 11 | | of thing? |
| 12 | A. | Yeah, I went to the charts. I tried to |
| 13 | | pick out some tide information, but there |
| 14 | | was no tide information I could get. I |
| 15 | | tried it from the Internet, the Web. I |
| 16 | | tried to find out whether there was |
| 17 | | anything published. I could not find |
| 18 | | anything published about the tides. |
| 19 | Q. | Okay. |
| 20 | A. | I was looking for that specifically. And |
| 21 | | I think what it would require is talking |
| 22 | | to local fisherman, for example, local |
| 23 | | operators, marine operators in that area. |
| 24 | | And that would require, perhaps, a trip |

|    |    |    |
|----|----|----|
| 1  |    | up to Barnegat, and I just never made it. |
| 2  | Q. | Okay. |
| 3  | A. | So, we have to go to the best source of |
| 4  |    | information.  And the best source of |
| 5  |    | information are the fellows who testify |
| 6  |    | about this in the depositions.  And they |
| 7  |    | range anywhere from 6 to 12 knots, |
| 8  |    | current conditions.  And if you want |
| 9  |    | other information you go to the -- as I |
| 10 |    | remember -- the Coast Guard or Corp of |
| 11 |    | Engineers accident report.  And that |
| 12 |    | talks about 4 to 5, or more, knots. |
| 13 | Q. | And why were you looking for the -- you |
| 14 |    | mentioned you did some things to try and |
| 15 |    | find that information. |
| 16 | A. | Well, it goes back to trying to find out |
| 17 |    | what horsepower might be required on this |
| 18 |    | little boat to have the proper |
| 19 |    | maneuverability conditions.  And I found |
| 20 |    | that 40 horsepower is not sufficient.  It |
| 21 |    | should have been more than 40 horsepower. |
| 22 | Q. | So, as far as quantifying the tidal |
| 23 |    | conditions or the current, the condition |
| 24 |    | of the current, you just relied on other |

```
 1         sources?
 2    A.   Yes.
 3    Q.   Okay.  And as far as the skiff itself
 4         that you mentioned, you've never seen
 5         that?
 6    A.   No.  Way back I originally requested that
 7         I visit the skiff and inspect it, find
 8         out its size, dimensions, how much it
 9         weighs, in terms of type construction.  I
10         was advised, however, the skiff had been
11         taken out of service and was no longer
12         available.  "Taken out of service," could
13         have meant anything like, "We don't know
14         where it is," to "We cut it up for
15         scrap."  But, it was not available for
16         inspection.
17    Q.   And why, specifically, did you want to
18         inspect it?
19    A.   Oh, I wanted to find out what size it
20         was.  All we know is it ranges 17, 18, to
21         23 feet long.  I think it's probably 17
22         or 18.  How wide is it?  I have to look
23         at the photographs, and possibly 5 feet
24         wide.  I have to know how deep it is.
```

| | |
|---|---|
| 1 | And the only thing that I have on that is |
| 2 | 2 1/2 to 3 feet draft, plus a foot |
| 3 | freeboard, which means it's somewhere |
| 4 | around 3 to 3 1/2 feet deep at the side. |
| 5 | And I thought that looking at the |
| 6 | photographs might help, but no one has a |
| 7 | tape, nor is there anything I can use as |
| 8 | a measuring reference point to determine |
| 9 | anything about the size of the vessel. |
| 10 | So, that I have to look at it when |
| 11 | someone says, *"17 or 18 feet long,"* I |
| 12 | then have to say, *"Well, is it 2 1/2, 3* |
| 13 | *feet, 3 1/2 feet deep at the side; how* |
| 14 | *wide is it?; it's 4 1/2 feet, 5 feet* |
| 15 | *wide,"* to give me a range. |
| 16 | But, I have not measured it, nor |
| 17 | does it appear anyplace in the record |
| 18 | exactly what size this is. |
| 19  Q. | All right, let's go through your report |
| 20 | together, okay?  And why don't we start |
| 21 | on page 2, halfway down, it says, *"When* |
| 22 | *Mr. Ramsey reached the stern of the* |
| 23 | *dredge, the captain requested that the* |
| 24 | *parts be brought to the bow."* |

```
 1              You've seen Ken King's
 2       deposition?
 3   A.  Right.
 4   Q.  And you understand that he disputes that?
 5   A.  Yes.
 6   Q.  So that was Mr. Ramsey's testimony?
 7   A.  Yeah, this is Mr. Ramsey's.  Remember, at
 8       this point I did not have Mr. King's
 9       deposition?  There are certain
10       differences between the two, but the
11       stories basically are the same.  It's a
12       question of where he told him or did not
13       tell him to bring the skiff.
14   Q.  Well, it's kind of an important point,
15       don't you think?
16   A.  No, I don't think it has anything to do
17       with anything.
18   Q.  Whether he voluntarily took a skiff that
19       he knew was stalling, and moved it around
20       the other side so that he didn't have to
21       carry a box of parts versus somebody
22       ordering him to do it seems --
23   A.  No, I don't think so.  I think that he
24       didn't want to be there in the first
```

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | place, at the stern. He got there                              |
| 2  |    | because the vessel, the skiff, stalled                         |
| 3  |    | and brought him there. I don't think he                        |
| 4  |    | would have ever brought the vessel to the                      |
| 5  |    | stern. He would have brought it to the                         |
| 6  |    | side. That is, the starboard side of the                       |
| 7  |    | Wood 1, rather than the stern. It was                          |
| 8  |    | only because of this vessel -- that is,                        |
| 9  |    | the skiff -- stalling that he got himself                      |
| 10 |    | into that position.                                            |
| 11 | Q. | But, at that point, he knew the skiff was                      |
| 12 |    | stalling.                                                      |
| 13 | A. | Oh, yes. Everyone did, certainly. When                         |
| 14 |    | I say, *"everyone,"* Mr. King knew about                       |
| 15 |    | it, and certainly Mr. Ramsey knew about                        |
| 16 |    | it, and others knew about it.                                  |
| 17 | Q. | Do you have any other -- I really just                         |
| 18 |    | wanted to ask you the source for some of                       |
| 19 |    | the assertions that are made in the                            |
| 20 |    | report. So, --                                                 |
| 21 | A. | For example?                                                   |
| 22 | Q. | Well, the idea that the captain ordered                        |
| 23 |    | him to -- or requested that the parts be                       |
| 24 |    | brought to the bow.                                            |

| | | |
|---|---|---|
| 1 | A. | That's what Mr. Ramsey says. |
| 2 | Q. | And do you base that on any other source? |
| 3 | A. | No, Mr. Ramsey is the one who says that. |
| 4 | Q. | Okay. |
| 5 | A. | Remember, this report was written at the time I did not have Mr. King's. I had Mr. Ramsey's deposition, and Mr. Ramsey's statement. |
| 9 | Q. | Sure, sure. Okay, I'm just going to read on; *"As Mr. Ramsey was maneuvering away from the stern of the dredge, while trying to keep clear of the stern mooring lines, the skiff struck one of the mooring lines."* |
| 15 | | And, again, you base that on Mr. Ramsey's testimony? |
| 17 | A. | Yes, that comes from his statement. It does not come from his deposition. It comes from his statement. |
| 20 | Q. | Okay, and the statement was nearer in time? |
| 22 | A. | Yes, the statement was what, two months after the accident? While the deposition, I think, was much later than |

1      that. I know it's much later. The
2      deposition is 2004 and the accident
3      occurred in 2001.
4  Q.  So at least at the time you wrote the
5      report, it was your understanding that
6      the vessel hit the mooring line and then
7      stalled out?
8  A.  Possibly. It's not quite clear whether
9      the hitting the mooring line stalled it
10     out, or whether it just stalled out by
11     itself.
12 Q.  And then hit the mooring line?
13 A.  Possibly.
14 Q.  Okay. And can that cause the boat to
15     stall, hitting the mooring line?
16 A.  Could. If the propeller hit the mooring
17     line it could.
18 Q.  Could that cause a well-maintained motor
19     to stall?
20 A.  Sure it could.
21 Q.  You've got the records from the marina
22     that did the repairs, don't you?
23 A.  Yes.
24 Q.  You may want to take a look at them, as

```
 1            well.
 2    A.      I think that's Hochstrasser's.
 3    Q.      Uh-huh.
 4    A.      Yes.
 5    Q.      And according to your report, the note
 6            states, -- how do you pronounce that,
 7            s-t-a-t-o-r?
 8    A.      Stator.
 9    Q.      And what does the stator do?
10    A.      Stator is a connection with the
11            alternator, generator aboard the
12            outboard.
13    Q.      "Stator, voltage regulator, switch boxes,
14            starter solenoid were not changed."
15    A.      Uh-huh.
16    Q.      I'm just going to ask you to explain some
17            of this to me.  And I'm not quite sure I
18            understood you previously.  The stator
19            does what?
20    A.      Has to do with the generator aboard the
21            motor.
22    Q.      And what does it do for the generator?
23    A.      Provides the electricity to generate the
24            sparkplug to produce the spark.
```

```
 1    Q.    So that would be implicated when you're
 2          starting the motor?
 3    A.    Yes.
 4    Q.    And how about the voltage regulator, what
 5          does that do?
 6    A.    Similar to what you have onboard an
 7          automobile, to when you're charging your
 8          battery, it keeps the charge to the
 9          battery at a constant voltage.  Rather
10          than just going up to extreme high
11          levels, it keeps it at a reasonable level
12          to charge your battery.
13    Q.    The switch boxes, what does that do?
14    A.    That's just an on and off switch
15          someplace on the motor.
16    Q.    And the starter solenoid, what does that
17          do?
18    A.    When you push something, it will then
19          activate the starter motor.
20    Q.    Okay.  Now, what evidence, or what
21          support do you have for the idea that any
22          of those issues caused the vessel to
23          stall, caused the motor to stall?
24    A.    They're all electrical parts.  The
```

|   |   |   |
|---|---|---|
| 1 |    | voltage regulator -- if the voltage drops |
| 2 |    | for any reason or other, you don't get |
| 3 |    | the voltage to the sparkplug, and it'll |
| 4 |    | stall on you. |
| 5 | Q. | Do you know whether that happened in this |
| 6 |    | case? |
| 7 | A. | I have no idea. |
| 8 | Q. | One way or another? |
| 9 | A. | Have no idea. I did not see the motor in |
| 10 |   | the condition it was after it left |
| 11 |   | Hochstrasser before the casualty |
| 12 |   | occurred, before it was dumped the second |
| 13 |   | time, or the third time, to make some |
| 14 |   | determination. But, without that, you |
| 15 |   | can't do it. |
| 16 |   | I would assume that these people |
| 17 |   | -- I say, *"these people"* -- the |
| 18 |   | Hochstrasser mechanic, tested out these |
| 19 |   | parts and said, *"This is no good, we* |
| 20 |   | *should change it,"* or, *"This is no good,* |
| 21 |   | *we should change it."* |
| 22 | Q. | You haven't spoken to anyone from there? |
| 23 | A. | No, I have not spoken -- |
| 24 | Q. | Has anyone informed you of their |

```
 1            position?
 2     A.     Nope.
 3     Q.     So, that's just a --
 4     A.     Right.
 5     Q.     -- guess on your part?
 6     A.     No, not a guess.  Remember, the vessel
 7            got under water, and I guess the rain --
 8            and it sotted out.
 9     Q.     Uh-huh.
10     A.     And it was taken over to Hoffstrasser --
11            or Hochstrasser -- to make certain it's
12            put in the proper operating condition.
13            And someone decided to do it, as far as I
14            can see, on the cheap.  And when I say,
15            "on the cheap," not do a couple of items
16            here, and changing out the electrical end
17            of it.
18                   When you have something dunked in
19            salt water, normally you change out
20            everything to do with the electrical.
21     Q.     And why is that?
22     A.     The electrical can short out.  It's
23            damaged, rusted, corroded.  It's just
24            general good practice, marine practice,
```

```
 1              when you dunk something, to submerge it
 2              in salt water, to replace it immediately
 3              thereafter, if you want to go back in
 4              operation with it.  That's the general
 5              practice, and not to try to see, "well,
 6              can we get by this, or not?"
 7                      The cost of replacing this was
 8              nominal, as I remember.  In this
 9              particular case, they decided not to do
10              it.  And it's quite clear what they
11              indicated, "stator, voltage regulator,
12              switch boxes, starter solenoid were not
13              changed." -- and we had that underlined,
14              were not changed -- "Advise doing so
15              since it sank in salt water."
16                      So here's a marina that does
17              repairs on engines saying, "Look, this
18              thing sank in salt water; you'd better do
19              something about it."  And someone decided
20              not to do it.
21      Q.      Do you know how long it would take to
22              effect those repairs, typically?
23      A.      I would think they'd be able to get those
24              repairs done in a week.  I mean, it's a
```

| | | |
|---|---|---|
| 1 | | Mercury outboard. It's a common outboard |
| 2 | | motor. Someone must be a distributor of |
| 3 | | an outboard. And I guess if you pushed |
| 4 | | these fellows to do it, you could get it |
| 5 | | done in a couple of days. But, certainly |
| 6 | | no more than a week. |
| 7 | Q. | And do you have an idea of what the cost |
| 8 | | would be for those kind of repairs? |
| 9 | A. | I think someone basically did the same |
| 10 | | repairs, or was telling about the same |
| 11 | | repairs. Here it is, "*A harness, relay,* |
| 12 | | *solenoid."* It looks like about $120 |
| 13 | | worth. And it would be about the same |
| 14 | | thing here, $120 worth. So, really it |
| 15 | | should only have been $120 more than |
| 16 | | $350. |
| 17 | | So, it would add up to less than |
| 18 | | $500 for the entire change-out of |
| 19 | | everything on this engine to make it as |
| 20 | | -- I wouldn't say it's as good as new -- |
| 21 | | but, as good as it was before, and |
| 22 | | suitable to operate. |
| 23 | Q. | Let me ask you this. Let's just assume |
| 24 | | hypothetically, you'd been called in the |