```
 1   Q.   Uh-huh.
 2   A.   So, 1.99 -- which is engineering terms,
 3        ROW -- ROW over 2, area times velocity
 4        squared.  Force equals some coefficient.
 5        ROW over 2, area times velocity squared,
 6        that will give you a force.
 7             So, if we look at this -- and
 8        this gives you a force in pounds.
 9   Q.   And you've got to go slow for me.  The
10        force that we're talking about is the
11        force of the current?
12   A.   Force of the current on the stern of the
13        vessel.
14   Q.   Okay.
15   A.   Force of the current on the stern of the
16        vessel, some coefficient, ROW over 2. ROW
17        being 1.99, which is 64 pounds of cubic
18        foot salt water.  Remember, fresh water
19        is 62.4; salt water is about 1.28 times
20        heavy; 64 pounds per cubic foot, feet,
21        and divided by 32.  The area, 5 by 2,
22        makes it real easy; 10 square feet on the
23        stern of the vessel.
24             And then the velocity --
```

1    remember, we talked about 6 knots.  Six
2    knots equates to 10 feet per second,
3    roughly.  Multiply 6 times 1.69, and you
4    come out with about 10 feet per second.
5         And 10 by 10 by 10, three tens,
6    area, velocity squared; it's about 1,000
7    times 1.99 over 2; it's about a one.  And
8    the coefficient, easy one to use is one.
9    You can get above one, or you can get
10   below one, depending upon the exact shape
11   of the transom.  I don't know what that
12   is.
13        So, for good numbers, the force
14   is about 1,000 pounds.  A thousand pounds
15   pushing on the stern of the vessel.  And
16   a 40 horsepower motor cannot produce
17   1,000 in reverse.
18 Q. How do you determine the amount of force
19   that the motor can --
20 A. Well, I have to use again, little
21   analogies.  I know what it is on tugs.
22   Big numbers on tugs, 25 pounds per
23   horsepower; big numbers.  Remember, big
24   propellers.

```
 1    Q.   Right.
 2    A.   And this is a little propeller. And it's
 3         not built, really, for thrusting. It's
 4         built for something else, generally a
 5         higher speed operation. So, I would say
 6         under any circumstances, we're not going
 7         to get more than 20 pounds of horsepower
 8         out of it.
 9    Q.   Is there a way that you can determine
10         specifically -- is force the right term?
11    A.   Yeah, force.
12    Q.   That the engine's capable of providing?
13    A.   Sure. I need to know something about the
14         propeller --
15    Q.   Does the manufacturer provide that kind
16         of --
17    A.   No, I'd have to know more about the
18         engine and the propeller. And I don't
19         know that.
20    Q.   Okay.
21    A.   If I saw the engine and the propeller, I
22         could do a calculation on it. I don't
23         have the engine. I don't know the size
24         of the propeller. I don't know who could
```

61

```
 1        give me that.
 2   Q.   And these aren't things that the
 3        manufacturer just puts out?
 4   A.   Yeah, but I'd have to know something
 5        about what propeller was on that vessel
 6        -- that particular engine.  I don't know
 7        that.  All I'd need to do is see the
 8        engine.  I could do a calculation on all
 9        this.  But, it doesn't make any
10        difference.  All I'd have to do is find
11        out whether or not this engine is capable
12        of pushing or pulling this engine --
13        vessel -- against 1,000 pounds.
14             We're dealing with something
15        going in the reverse.  And engines are
16        not as efficient when going in reverse,
17        compared to going forward.  So, there's
18        no way, in my opinion, that this little
19        40 horsepower engine is going to produce
20        1,000 thrust.
21             So, I therefore say it's
22        incapable of maneuvering that little boat
23        under those conditions.
24   Q.   Let me just go through this slowly,
```

```
 1           because I want to understand it.
 2     A.    Sure.
 3     Q.    If the vessel's capable of backing up --
 4           and I think you said before that it got
 5           pushed around.  But, if it's capable of
 6           backing up into the current, isn't it by
 7           definition exerting more force than the
 8           force that's being exerted against it?
 9     A.    Absolutely, sure.
10     Q.    And if your calculation was that it was
11           1,000 pounds against it, but it's able to
12           back up into the current, then the motor
13           is producing 1,000 pounds?
14     A.    Sure, yes.  Or my 1,000 pound calculation
15           is in error, or the current force is in
16           error.
17     Q.    Okay, all these variables.
18     A.    Sure.  Exactly.
19     Q.    And we don't know what any of these
20           variables are for the purposes of our
21           discussion right here, do we?  We don't
22           know the current.
23     A.    Well, I have some indication of what the
24           current is.  No one went down and
```

```
 1              measured it.
 2    Q.    Right.  And we don't know the
 3          configuration of the stern, specifically.
 4    A.    Right.  I have photographs of the stern,
 5          but nothing specific.
 6    Q.    I mean, if you went down there you'd do
 7          measurements first?
 8    A.    I would find out what the draft of the
 9          vessel is, yes.
10    Q.    Okay, and just for a lay juror or a judge
11          that may be reading this, can you tell us
12          what the draft is?
13    A.    Yeah, I have to calculate testimony that
14          the draft is 2 to 2 1/2 feet.  And the
15          freeboard is a foot.
16    Q.    So we can define our terms, draft is?
17    A.    Distance from the water line down to the
18          bottom of the vessel.
19    Q.    And the freeboard is?
20    A.    The water line to the side of the vessel
21          rail, the rail.  So we add them both
22          together, and we come out with 3 and 3
23          1/2 feet.  And I think that comes from
24          Mr. Ramsey's statement right after the
```

|   |   |   |
|---|---|---|
| 1 |   | casualty.  In fact, let me pull that out |
| 2 |   | and make certain my memory is not failing |
| 3 |   | me.  [Looking through documents.]  No, |
| 4 |   | sorry about that.  She draws 2 1/2 to 3 |
| 5 |   | feet of water. |
| 6 |   | So, 2 1/2 and it has a freeboard |
| 7 |   | of 1 foot.  So, 2 1/2 to 3 feet makes it |
| 8 |   | 3 1/2 to 4 feet on the side. |
| 9 | Q. | Okay. |
| 10 | A. | So, when I say 10 square feet at the |
| 11 |   | stern, it actually could be larger than |
| 12 |   | 10 square feet.  When I say 10, 5 feet by |
| 13 |   | 2 feet, it could actually be 5 feet by 3 |
| 14 |   | feet, which is 15 square feet. |
| 15 | Q. | Let me ask you to pin down for me what |
| 16 |   | role you think the fact that the engine |
| 17 |   | may have been undersized had to do with |
| 18 |   | causing the casualty.  Because he was |
| 19 |   | certainly able to back up -- well, let me |
| 20 |   | not put words in your mouth -- |
| 21 | A. | No, he wasn't able to back up. |
| 22 | Q. | Tell me, tell me. |
| 23 | A. | Because he got broadsided.  In other |
| 24 |   | words, his port side got into the rake. |

```
 1          He wasn't able to back out.
 2    Q.    Well, is it your understanding that the
 3          motor hadn't stalled at that point?
 4    A.    When the motor stalled, I don't know.
 5          But, in any event, all I know is he got
 6          port side, --
 7    Q.    No, no, but if he's --
 8    A.    He's trying to get back out.  And I think
 9          his testimony is, his bow is to the stern
10          of the barge, that is, the dredge.
11    Q.    Uh-huh.
12    A.    And that's all I hear.  And I don't hear
13          that he got away from it, that he
14          actually backed out.
15    Q.    This is right before it sunk, you mean?
16    A.    Yes, yeah.  Let's go through the
17          testimony again.
18    Q.    Okay, go ahead.
19    A.    He comes in and he actually floats in,
20          originally.  Remember, the current is
21          bringing him in.
22    Q.    That's right.
23    A.    They give him a line, and he ties up at
24          that point.
```

| | | |
|---|---|---|
| 1 | Q. | Right. |
| 2 | A. | And at that point, depending upon which story -- somebody says, *"Get around to the other side,"* and someone says, *"Well, I never said that."* But, in any event, he decides to get the thing started again, to bring it around to the other side. And he's fooling around with it a little bit. And someone else was helping him. And then they left and he fooled around with it a little bit more. And he finally got it started. And at that point, he wanted to back out. And remember, a couple of wires are crossing. He has to back out. |
| | | And I don't know at what point, but he says he got the vessel turned around such that his bow is facing the stern of the dredge. |
| 20 | Q. | Where he's leaving from, right? |
| 21 | A. | Right. And at that point, something happens and he swings around to port and gets trapped under the rake of the other barge. |

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | And I don't know how far he got away. |
| 3 | Q. | Let me ask you this question -- continue. |
| 4 | A. | As soon as he got trapped, that's the end |
| 5 | | of the story. |
| 6 | Q. | Okay, and the engine being undersized |
| 7 | | goes to him not being able to get away |
| 8 | | from the rake -- |
| 9 | A. | Right, right. |
| 10 | Q. | -- of the other barge? |
| 11 | A. | Right, or do any maneuvering with it. |
| 12 | Q. | Okay, if we assume, hypothetically, that |
| 13 | | the engine had stalled prior to him |
| 14 | | impacting the rake of the other barge, -- |
| 15 | A. | The first time or the second time, now? |
| 16 | | Did he get away or not get away? |
| 17 | Q. | Well, we know he didn't get away, right? |
| 18 | A. | Right, we know he didn't get away. |
| 19 | Q. | And the boat, the skiff, started to |
| 20 | | capsize. |
| 21 | A. | No, it twisted around.  Remember, he's |
| 22 | | headed -- the bow of his vessel is pushed |
| 23 | | against the stern of the dredge.  And |
| 24 | | then it swings around such that his port |

```
1          side goes under the rake of the other
2          barge.  It rotates.
3    Q.    Okay.
4    A.    And then the --
5    Q.    Well, let's --
6    A.    -- forces of current pushed the starboard
7          side down, his port side goes up the
8          rake.
9    Q.    And you mentioned he couldn't get away
10         from the rake of the barge.
11   A.    Right.
12   Q.    If we assume at the point that the skiff
13         impacted the rake of the barge, if we
14         assume that the motor had stalled at that
15         point, whether or not it's undersized had
16         nothing to do with this incident.
17   A.    No.
18   Q.    I just want to make sure there's no
19         other --
20   A.    Once he stalled and he couldn't get it
21         started again, he's trapped.
22   Q.    Okay.
23   A.    And even if he got it started again, I
24         don't think he could have gotten away
```

```
 1              from the rake.  He was caught under that.
 2       Q.     Have you formed any other opinions that
 3              you intend to testify to that aren't
 4              contained in this report?
 5       A.     There's another one that I picked up.
 6              And it has to do with the lack of radio
 7              communication.  And that comes about in
 8              the statement, page 17, "Where there any
 9              problems with the radio?"  And he says,
10              "Yeah, the radios were not working.  We
11              couldn't contact each other.  The only
12              radio that worked was my own personal
13              handheld radio."  In this day of modern
14              communications, just about everyone --
15              and certainly on the river, and I'd like
16              to believe on these construction jobs --
17              has a radio so that they can talk to each
18              other.
19       Q.     A handheld radio?
20       A.     Handheld radio.  And he's just indicating
21              they weren't working.
22       Q.     These are the handheld radios?
23       A.     I assume, or one can assume that.
24       Q.     Most skiffs and outboard motors don't
```

```
 1            have -- the skiff that we're talking
 2            about, most of them aren't equipped with
 3            radios.
 4      A.    Oh, no, no.  It would be something you
 5            hand held or put on your belt, or
 6            something.
 7      Q.    You're not a radio expert?
 8      A.    No, all I say is that in my opinion when
 9            you're working on these commercial
10            ventures, everyone stays in contact with
11            everyone else.
12      Q.    Do you have any understanding that a lack
13            of a radio caused or contributed to the
14            incident?
15      A.    No, I'm just saying that these were all
16            surrounding -- is there a contribution?
17            Possibly somewhere, due to lack of
18            communication.  But outside of that, I
19            don't know what to say about it.  It's
20            basically stalling, in other words, the
21            vessel having an engine that's
22            unseaworthy, or the vessel's unseaworthy
23            because of a lack of a proper engine.
24      Q.    Okay, now --
```

```
 1    A.    And then we have something with the
 2          vessel being unseaworthy because it's
 3          underpowered for operating in those
 4          environmental conditions.
 5    Q.    It's fair to say that a well-maintained
 6          engine can stall under certain
 7          circumstances?
 8    A.    Sure, you run out of fuel.
 9    Q.    Other reasons, too?  I mean, we've all
10          broken down in our cars, and --
11    A.    Yeah, but a lot of the breaking down in
12          cars has to do with lack of maintenance,
13          for example.  If a fuel filter is torn,
14          that's a lack of maintenance.
15    Q.    Okay, you maintain your car well?  I
16          trust you do?  Give yourself an A for car
17          maintenance?  Have you ever broken down?
18    A.    No, not since I've been 17, --
19    Q.    Really?
20    A.    -- when I ran out of fuel.  Never again
21          did I ever run out of fuel.  My car has
22          never stalled.  I don't have that
23          personal experience, except when I was 17
24          and ran out of fuel.  Never again.
```

```
 1   Q.   But you accept as a general proposition,
 2        don't you, that a person who regularly
 3        takes their car in, by the book, for
 4        maintenance, can still run into a
 5        problem?
 6   A.   Oh, absolutely you can run into a
 7        problem.  I know, personal experience in
 8        my family, that these fan belts fail.
 9        Actually, it was a timing belt on a
10        foreign car.  And they're supposed to be
11        changed at 75,000 miles.  At 30,000
12        miles, this thing broke on the road, and
13        the engine just stopped on a thruway.  We
14        did not buy foreign cars of that
15        manufacturer thereafter.
16             But, in any event, yes, certainly
17        it can happen.  But, remember, that gave
18        no warning or anything else.  This
19        [indicating] gave warning.  People knew
20        about the problem before it actually led
21        to a serious accident.  This breaking of
22        a timing belt gave no warning,
23        absolutely.  And the manufacturer said,
24        "Don't worry about it until you get
```

```
 1        70,000 miles on it."
 2             This is not that situation.  This
 3        is a situation where it's open and
 4        obvious there's a problem.  Fix it.
 5   Q.   Have you formed any other opinions?  And,
 6        you know, I just don't want to be
 7        surprised.
 8   A.   No, I don't intend -- I try to write
 9        everything in my report the first time.
10   Q.   I appreciate that.
11   A.   And give full disclosure and use my file.
12        And I think it's relatively simple what's
13        going on here; improper repair and
14        operating a vessel with this engine in
15        swift currents of the Barnegat Bay Inlet.
16        And knowing about the problem with the
17        engine, and not doing anything about it,
18        and then having an undersized engine for
19        this particular boat.
20             And that's the story here.  The
21        little thing about the radio, it's just
22        another thing that was not operating
23        properly that adds to the unseaworthiness
24        condition that existed on this vessel.
```

```
 1              But did that cause the actual
 2       casualty, or contribute to it?  Perhaps
 3       in a minor matter.
 4   Q.  Have you been asked to form any further
 5       opinions?  Do you anticipate --
 6   A.  Well, I haven't read any of the log
 7       books, nor the massive documents that
 8       were provided this morning.  I don't know
 9       whether there's anything in those or not.
10       But, I have not reviewed them.
11   Q.  So, it's fair to say as you sit here
12       right now, no one's asked you --
13   A.  No one's asked me to do anything further,
14       except, I think, certainly Mr. Rosenthal
15       was talking to me in terms of reviewing
16       the log books.
17   Q.  Okay.
18   A.  But, I am not interested in reviewing
19       financial records or things like that,
20       which I understand were also provided.
21              MR. ROSENTHAL:  Not many.
22              THE WITNESS:  Oh.
23              MR. ROSENTHAL:  I mean,
24       basically, it's the labor log and the log
```

```
 1           book.
 2     Q.    I think we're winding down.  Is there
 3           anything you want to add or you think we
 4           ought to know?
 5     A.    I try to keep it simple; no.
 6                 MR. MURPHY:  I'm just going to
 7           take one second to check on something out
 8           there.
 9                 MR. ROSENTHAL:  Sure.
10                 MR. MURPHY:  I'll be right back.
11        (Recess 10:25 a.m. - 10:30 a.m.)
12     Q.    You're testifying in this case as a naval
13           architect.
14     A.    Correct.
15     Q.    And I understand your previous testimony
16           that you're a designer of vessels and
17           that sort of thing.
18     A.    Yes.
19     Q.    I want to hone in more on your experience
20           with outboard motors.  As a naval
21           architect, you don't design outboard
22           motors, do you?
23     A.    I do not design outboard motors.
24     Q.    And have you ever worked in the
```

1           maintenance and repair of outboard
2           motors?
3    A.     Only my own outboard motors.
4    Q.     So you've never done that professionally?
5    A.     No.
6    Q.     And do you have any training regarding
7           the maintenance and repair of outboard
8           motors?
9    A.     Only to the extent that I'm involved with
10          them in other cases, and one has to be
11          familiar with the particular outboard
12          motor.  At that point, it's generally
13          investigating the motor by seeing it,
14          hands-on with the motor, taking things
15          apart on the motor, having the
16          manufacturer's instructions on the motor
17          and maintenance on the motor.
18   Q.     You mention that you've owned outboard
19          motors.
20   A.     Oh, yeah.
21   Q.     What's that history?
22   A.     Well, Evinrudes, I've had when I was
23          younger.  I don't have them right now.
24   Q.     How many, when?