```
 1    A.   Oh, I've had Evinrudes.  And the most
 2         recent one was a Yamaha.  But, those were
 3         small boats.  I don't have big outboard
 4         motors.
 5    Q.   And would you do the work on the engine
 6         yourself?
 7    A.   Absolutely.
 8    Q.   And that's okay?  It's reasonable to do
 9         your own work if you know what you're
10         doing?
11    A.   That's my background, engineering.  I'm a
12         fiddler.
13    Q.   You're not a navigational expert, I
14         trust?
15    A.   Well, let's broaden what you mean by
16         navigation.  When I was in the Navy I was
17         a qualified deck watch officer.  So, I
18         have a navigational background on
19         vessels.  I've owned vessels.  And I say,
20         "vessels," -- sailboats, power boats.
21    Q.   I guess I've owned them too.  I wouldn't
22         testify in court as an expert at that, so
23         I'm just trying to --
24    A.   No, I realize that, "Shoemaker, stick to
```

```
 1           your last." If a navigational expert
 2           were required, I think I would suggest to
 3           Mr. Rosenthal that he hire someone who is
 4           a navigational expert.
 5    Q.     Okay.
 6    A.     I don't think navigation by itself is
 7           involved in this case.
 8    Q.     Okay, I'm just -- what about operation of
 9           outboards?  And I understand you've done
10           it with your own.
11    A.     Yes.
12    Q.     But, if this was a case limited to the
13           operation of an outboard, would you give
14           Mr. Rosenthal similar advice?
15    A.     I think you have to get down to case by
16           case.  He has his expert.  Mr. Ramsey has
17           done far more operation of an outboard
18           than I have.
19    Q.     Okay, so you don't intend to testify in
20           this case as an operational expert?
21    A.     Only to the extent that this little
22           horsepower, or smaller horsepower, is not
23           suitable for a vessel of this size, under
24           those current conditions.
```

| | | |
|---|---|---|
| 1 | Q. | So, based on those equations -- |
| 2 | A. | If you call that -- |
| 3 | Q. | No, to me, that's naval architect -- |
| 4 | A. | Well, that's basically navigation. Maneuvering of vessels, that's naval architecture. Operation of vessels; I'm an operator, but don't ask me to testify. I'm not the one who does the operation of a vessel for a living. |
| 10 | Q. | Okay, so as far as the operation, the maintenance, and the repair of the motor, you've got familiarity with that, but -- |
| 13 | A. | Well, maintenance, perhaps. |
| 14 | Q. | How so? |
| 15 | A. | Well, you have to follow some maintenance guides in order to keep your engine in proper operating order. And if it's not done, something goes awry. |
| 19 | Q. | But, let me just stop you there. Your expertises in naval architect don't really -- all of us who drive cars understand that you have to maintain equipment. |
| 24 | A. | Yeah, I'm sure. I think that what I'm |

```
 1              saying is -- I wouldn't say common
 2              knowledge, but most people recognize it.
 3              The Judge would recognize that. He
 4              doesn't need --
 5      Q.      And the jury?
 6      A.      Probably the jury, too. They don't need
 7              someone to tell them that you have to
 8              maintain your vessel, or maintain your
 9              engine. When it's not operating, you
10              take it to the service station.
11                      And in this particular case, it
12              was not operating for some period of
13              time, perhaps a month before, and no one
14              took it to the service station.
15      Q.      Okay, but that doesn't particularly get
16              into the naval architecture realm, does
17              it?
18      A.      No, no.
19      Q.      You're saying that based on your owning
20              boats and that sort of thing?
21      A.      Yeah, and I think it's universal
22              knowledge. Mechanical things, when they
23              don't operate, you fix them. Or when
24              they don't operate satisfactorily, you
```

```
 1           fix them.  When they stall out all the
 2           time, you have them fixed.
 3      Q.   Have you removed anything from your file?
 4      A.   No.
 5      Q.   I notice there's no billing information,
 6           or there's only one.
 7      A.   I haven't billed them.
 8      Q.   It's time.
 9      A.   Yeah, well, Katrina came up to stop a lot
10           of things in this world.
11      Q.   I understand.  And the rates that you're
12           billing them?  Is that an hourly rate as
13           reflected in the appendix?
14      A.   Correct.  I wouldn't have my billing
15           information in here, anyway.  That's
16           separate.  This is the job file, not the
17           billing file.
18      Q.   And what about other correspondence with
19           the firm?
20      A.   There is none.  You have everything here.
21      Q.   Well, was there a letter retaining you?
22      A.   No, no letter retaining me.
23      Q.   All done over the phone?
24      A.   All done over the phone.
```

```
 1    Q.    Okay.
 2    A.    I still work on a handshake.
 3    Q.    So, they've told you what the case is
 4          about, I trust, as well?
 5    A.    They told me what the case is all about.
 6              MR. MURPHY:  Okay, I guess that's
 7          a wrap.
 8              MR. ROSENTHAL:  I just have a
 9          couple of followup questions.
10
11          EXAMINATION BY MR. ROSENTHAL:
12    Q.    Is it your opinion that the undersized
13          engine caused and contributed to Mr.
14          Ramsey's accident?
15    A.    Yes, it's a contributing factor.
16    Q.    And can you explain your opinion?
17    A.    Yes.  If, for example, he had something
18          that was able to operate under the swift
19          current, and once the engine was
20          operating, he would have been able to get
21          away from underneath the stern of the
22          dredge.  He would have been able to back
23          away and then go forward and get out.  As
24          long as the engine was still going and
```

```
 1              not stalled.
 2                   Since it contributes, how much it
 3              contributes, I don't know.
 4         Q.   Is it your opinion that Mr. Ramsey in any
 5              way caused his accident?
 6         A.   No, he --
 7                   MR. MURPHY:  I'm just going to
 8              object.
 9         A.   I think he was a victim being in a vessel
10              that stalled out, and the swift current
11              grabbed him and put him in the wrong
12              place.
13         Q.   Now, is it your opinion that the engine
14              was not properly maintained?
15         A.   Yes.
16                   MR. MURPHY:  Objection.
17         A.   As soon as it came back and someone found
18              out that it was stalling out, they should
19              have sent it back and said, "Fix it."
20              And Hochstrasser would have said, "Well,
21              I told you what to do.  You had to change
22              this, this, and this.  And if you'd done
23              that and we tested it again we'd find out
24              what was wrong with it and we'd send you
```

| | | |
|---|---|---|
| 1 | | *back a vessel that we would give our* |
| 2 | | *90-day, or six-month, or a year warranty* |
| 3 | | *on it."* |
| 4 | Q. | And what is that opinion on the |
| 5 | | maintenance of the engine? |
| 6 | A. | Well, it stalled out.  And then we go |
| 7 | | back to Hochstrasser's invoice that says |
| 8 | | that we recommended that you do this, |
| 9 | | this, and this, and you didn't do it. |
| 10 | | And I think, really, what that's |
| 11 | | all about is Hochstrasser saying, *"Look,* |
| 12 | | *if you have problems, don't come back to* |
| 13 | | *me.  I'm not going to warrant your* |
| 14 | | *vessel, that is, your engine suitable for* |
| 15 | | *your vessel, because you didn't do what* |
| 16 | | *I'm suggesting."* |
| 17 | Q. | Like a cover your ass sort of a -- |
| 18 | A. | I think so. |
| 19 | Q | Mr. Murphy was asking you questions about |
| 20 | | your experience in the area of vessel |
| 21 | | maintenance.  What is your experience in |
| 22 | | that area? |
| 23 | A. | Well, I'm not a fellow who works in a |
| 24 | | repair shop.  And if something is wrong, |

```
 1            I tell someone, "Go out and see your
 2            repairman, he'll take care of it for
 3            you."
 4      Q.    Can you repair your own vessel, your own
 5            engine?
 6      A.    Sure, an outboard I can.
 7      Q.    Okay, so you have experience repairing
 8            your own outboard engine?
 9      A.    Yes, but all of a sudden you get into
10            large engines, and they become a little
11            bit more complicated because they're now
12            all electronically fired, all
13            electronically controlled.  And similar
14            to trying to repair your own automobile
15            engine any longer, unless you know the,
16            quote, codes, to get in and provide
17            diagnostic information, you have a rough
18            time of doing repairs on modern engines.
19      Q.    Okay, this engine was a 40 horsepower
20            engine.  Would you consider that to be a
21            large engine?
22      A.    No.
23      Q.    Is that the sort of engine that you had
24            worked on previously?
```

1  A.  Oh, yeah, surely.
2  Q.  So, you've had experience working on 40
3      horsepower engines?
4  A.  Sure.
5  Q.  Are the engines that you have at your
6      home 40 horsepower?
7  A.  No, I've gotten rid of all those.
8  Q.  Why would that be?
9  A.  I have a different kind of vessel. I
10     have one, a 19 foot sailboat that has
11     like a 5 horsepower engine. And then I'm
12     part owner of a 40 foot sailboat that has
13     like a 90 horsepower, -- I guess maybe
14     it's not 90 -- a 60 horsepower inboard
15     diesel engine.
16 Q.  Now, Mr. Ramsey testified in his
17     deposition about -- you read Mr. Ramsey's
18     deposition, right?
19 A.  Correct.
20 Q.  He testified that he was backing the
21     vessel -- and when I say, "the vessel,"
22     -- he was backing the skiff out after he
23     drifted to the dredge. And he was
24     backing it out and he says, "The engine

|   |   |   |
|---|---|---|
| 1 |    | *revved up like I had just thrown it in* |
| 2 |    | *neutral, but I didn't. It was still in* |
| 3 |    | *reverse. But, it was running and the* |
| 4 |    | *propeller wasn't going."* |
| 5 |    | What do you think could have |
| 6 |    | caused that? |
| 7 | A. | It either got thrown in neutral or some |
| 8 |    | keyweigh broke. And when I say, |
| 9 |    | "keyweigh," if we go back to |
| 10 |   | Hochstrasser, you'll see that -- when I |
| 11 |   | say, "keyweigh," a key broke. In their |
| 12 |   | April 4th, -- I'm sorry, April 6th invoice |
| 13 |   | -- or repair order; I shouldn't say, |
| 14 |   | "invoice," -- they talk about replacing |
| 15 |   | keyweigh key. |
| 16 |   | And that indicates a key broke. |
| 17 |   | I don't know where this key is. But, |
| 18 |   | something broke, and that would possibly |
| 19 |   | keep the propeller from turning. |
| 20 | Q. | What could cause a key to break? |
| 21 | A. | Some large forces that can develop on a |
| 22 |   | shaft. For example, if the propeller hit |
| 23 |   | the cable, the wire, the mooring wire, it |
| 24 |   | could break a key. |

88

```
 1    Q.    And could an undersize engine cause a
 2          vessel to strike a mooring line?
 3    A.    Only to the extent that the operator
 4          would not be able to maneuver away from
 5          the mooring line.
 6    Q.    So it affects the operation of the
 7          vessel?
 8    A.    Oh, yes.  You can't turn.  You can't
 9          speed.  You can't accelerate as quickly.
10          You can't maneuver as quickly with an
11          underpowered vessel, a small horsepower
12          vessel.
13                MR. ROSENTHAL:  That's all I
14    have.
15                MR. MURPHY:  I'll just follow up
16    on that, briefly.
17
18    EXAMINATION BY MR. MURPHY:
19    Q.    We talked before about some expert
20          testimony you've given, either in
21          depositions or in court.  Have you ever
22          testified as an expert, either in
23          deposition, or in court, regarding the
24          operation of an outboard motor?
```

```
 1   A.   I'm just thinking about the ones that
 2        have been collision cases, and the ones
 3        that have to do with people being thrown
 4        out of the vessel, thrown out of the high
 5        speed -- to that extent, yes.
 6   Q.   Okay, but aside from that, no?
 7   A.   Basically, maneuvering comes down to high
 8        speed maneuvering where people are thrown
 9        out and that's the casualty, someone's
10        hurt, not just someone -- yes, some other
11        cases.
12             You're all familiar with this
13        little inboard-powered personal
14        watercraft.  You sit on these things and
15        go fast.
16   Q.   Uh-huh.
17   A.   And if you don't steer, or you take your
18        foot of the pedal, there's no power to
19        them, they keep going in the same
20        direction.  And all of a sudden you have
21        some serious accidents with them.  And
22        that's maneuvering, or trying to
23        maneuver, with lack of power, and lack of
24        power because you took your foot off the
```

|    |    |    |
|----|----|----|
| 1  |    | gas, and the impeller is no longer |
| 2  |    | turning. You don't have the pump |
| 3  |    | squirting out water. And you're trying |
| 4  |    | to maneuver and it doesn't maneuver. |
| 5  | Q. | Right, but with regard to outboard |
| 6  |    | motors? |
| 7  | A. | I just can't imagine, or can't think |
| 8  |    | right now where that particular situation |
| 9  |    | has come up. |
| 10 | Q. | And your testimony with these collisions |
| 11 |    | would be as a naval architect, -- |
| 12 | A. | Yes. |
| 13 | Q. | -- based on what? |
| 14 | A. | Maneuvering characteristics of vessels. |
| 15 |    | And that's those little personal |
| 16 |    | watercraft, how they maneuver. |
| 17 | Q. | So, it's fair to say that you've never |
| 18 |    | testified in court or at deposition |
| 19 |    | regarding maintenance of outboard motors? |
| 20 |    | You're not an outboard maintenance -- |
| 21 | A. | I understand you. |
| 22 | Q. | -- expert, are you? |
| 23 | A. | I don't think it's ever come up. |
| 24 | Q. | Okay, and what about the repair -- |

90

| | | |
|---|---|---|
| 1 | A. | I'm talking about coming up in a |
| 2 | | deposition or trial testimony. |
| 3 | Q. | So, it's fair to say you've never |
| 4 | | testified in that capacity before? |
| 5 | A. | I don't believe so as in someone involved |
| 6 | | with maintenance. |
| 7 | Q. | And it's also fair to say you don't |
| 8 | | consider yourself an expert, if the issue |
| 9 | | is strictly limited to maintenance of |
| 10 | | outboard motors? |
| 11 | A. | Depends upon -- remember, my background |
| 12 | | is design of things, engines. Not |
| 13 | | outboards, but real engines that run |
| 14 | | large ships. |
| 15 | Q. | Right. |
| 16 | A. | And from that standpoint, I get involved |
| 17 | | a little bit with maintenance, but very |
| 18 | | little. I'm more in design than |
| 19 | | maintenance. |
| 20 | Q. | And as far as the repair of outboard |
| 21 | | motors, you've said you never worked in |
| 22 | | that capacity, but you've never testified |
| 23 | | in -- |
| 24 | A. | Well, I -- |

```
 1    Q.    Let me just finish the question, please.
 2          You've never testified in court or at
 3          deposition as to repair of outboard
 4          motors, have you?
 5    A.    No, but my background is -- remember, I
 6          worked many years with U.S. Salvage
 7          Association, which is the technical arm
 8          for the marine underwriters, where I'd go
 9          out and see damages to vessels, and write
10          repair specifications to see that they
11          got back in good order.
12                However, at that time, I was not
13          involved, specifically, with outboards.
14          If they'd get dunked, submerged, I'd take
15          them to the shop and have them do them
16          over.
17                But, on large engines, you don't
18          take the engine out and send it to the
19          shop to do over.  You'd repair as
20          necessary.  You look at the bearings.
21          You look at the fuel injectors.  You look
22          at the starters, that is, the air
23          starters, or electrical starters, and
24          determine each particular item that needs
```

```
1           repair on large engines.  Compared with
2           these engines, the engine, you know, a
3           couple of thousand dollars, and you
4           either can buy a new one or have it
5           repaired for something less than that.
6                     Large engines, we're talking
7           about hundreds of thousands of dollars.
8      Q.   And how long ago did you do that for the
9           Salvage Association?
10     A.   I worked for the U.S. Salvage Association
11          from 1958 to 1965; seven years.
12     Q.   And you mentioned you've owned some
13          outboard motors.  Have you ever owned one
14          as big as 40 horsepowers?
15     A.   Not specifically 40, something less than
16          that.
17     Q.   How much less?
18     A.   Oh, 25.
19     Q.   And when did you last own --
20     A.   Oh, that goes back many years ago; 20
21          years ago, 30 years ago, that size.
22          Basically, I went into sailboats that had
23          much smaller engines than that.
24     Q.   Okay, so basically you haven't repaired
```

```
 1            or maintained an outboard motor over 20
 2            horsepower in 20 years, anyway?
 3       A.   That's correct.  A little bit more than
 4            20 horsepower, but that's -- probably
 5            closer to 30.
 6       Q.   Okay.  The keyweigh.  That's a term that
 7            came up that we hadn't talked about.  And
 8            I understand that that's on the repair.
 9            Can you tell us, in a general sense, what
10            the keyweigh is?
11       A.   Yes, it holds something onto a shaft.
12            When I say, "something," it could hold a
13            propeller onto a shaft.  It could hold a
14            gear onto the shaft.
15       Q.   And where's it located on the --
16       A.   I don't know.  It just says, "keyweigh
17            key."  I don't know where it is.  You'd
18            have to find out from the engine
19            manufacturer's part list.  They have a
20            number; you find out where it is on the
21            engine.
22       Q.   And if the keyweigh breaks, can that
23            cause the motor to stall?
24       A.   It could cause it to, possibly, because
```

```
 1             we might be talking about a timing gear.
 2     Q.      This wouldn't be an electrical problem,
 3             would it?
 4     A.      No, it would not be electrical.  This is
 5             a mechanical problem.
 6     Q.      But, it's a mechanical problem?
 7     A.      Yeah.
 8     Q.      And I think I cut you off.  How would
 9             breaking the keyweigh cause the motor to
10             possibly stall?
11     A.      I don't know what keyweigh this is and
12             where the key is located and what's
13             connected to it for gears, connected to
14             it.  It might affect the timing of the
15             sparkplug, for example.
16     Q.      Okay.
17     A.      I just don't know where this is.
18     Q.      I'm just trying to get a general sense.
19             And I understand your testimony.
20     A.      I just don't know.
21     Q.      And at least one way for a keyweigh to
22             break is the prop striking an object,
23             like a mooring wire?
24     A.      Correct.
```

```
 1    Q.   If that's what happened in this case,
 2         hypothetically, that the vessel stalled
 3         because the prop hit the mooring wire,
 4         then the stalling in this case had
 5         nothing to do with the previous
 6         stallings; is that fair to say?
 7    A.   It may or may not have anything to do
 8         with it.
 9    Q.   You wouldn't know one way or the other?
10    A.   No.  The vessel could have hit the wire
11         because it stalled, or the vessel could
12         have hit the wire because of lack of
13         maneuverability caused by the small
14         engine.
15    Q.   Or Mr. Ramsey may have driven it into the
16         wire.
17    A.   Or Mr. Ramsey may have driven it into the
18         wire.
19    Q.   And that could cause the keyweigh to
20         break.
21    A.   It could, and the wire.
22    Q.   And that could cause the vessel to stall?
23    A.   Could cause the vessel to stall.  That
24         is, the engine to stall.
```