1    Q.    Right.

2                 MR. MURPHY:   That's all.

3

4         EXAMINATION BY MR. ROSENTHAL:

5    Q.    Are you an expert on the maneuvering

6          characteristics of vessels?

7    A.    Yes, a naval architect becomes involved

8          with maneuvering of vessels.

9    Q.    And that includes the characteristics in

10         different current of water?

11   A.    Yes.

12   Q.    And with different types of engines?

13   A.    Yes.

14   Q.    Different horsepower engines?

15   A.    Yes.

16   Q.    And that is specifically your area of

17         expertise?

18   A.    Yes.

19   Q.    And is it your opinion that this vessel

20         should have been operating at all in this

21         sort of a current, in a current of 6

22         knots or above?

23   A.    No, in my opinion, this vessel, with this

24         horsepower, this size vessel, should not

```
 1              have been operating in that current.
 2      Q.     Ever?
 3      A.     Ever.
 4      Q.     Okay, thank you.
 5                   MR. MURPHY:  I wrote myself a
 6              note.  I'm not trying to make this last
 7              all day.
 8
 9              EXAMINATION BY MR. MURPHY:
10      Q.     Any requirements to being the operator of
11              an outboard motor such as -- strike that
12              -- the skiff, an outboard motor that
13              we've been talking about?
14      A.     Not as far as I know.
15      Q.     Driver's license even?  Could my
16              7-year-old get in and legally operate?
17      A.     I don't know what happens in
18              Massachusetts.  In Louisiana, probably
19              your 7-year-old could go out and operate
20              a boat.
21      Q.     You guys are a little looser than we are
22              here in heavily-regulated Massachusetts.
23      A.     Sportsmens' paradise.
24      Q.     I love New Orleans.  But, you don't know
```

```
 1          if there's any requirements in New

 2          Jersey, where this was, or Massachusetts,

 3          for that matter, --

 4    A.    No.

 5    Q.    -- as far as -- what about a driver's

 6          license?  Is that typically --

 7    A.    Driver's license is something else; Motor

 8          Vehicle Bureau.  That has nothing to do

 9          with boats.  Boats are still --

10    Q.    Don't some boats, like the fishing boats,

11          in order to be a captain you need a

12          driver's license?

13    A.    Not as far as I know.  Fishing vessels

14          you don't.  Up until a couple of years

15          ago, you could do anything you wanted in

16          the fishing industry.  That was sort of

17          protected.  And there were no

18          regulations, no Coast Guard regulations,

19          pertaining to fishing vessels.

20              You needed a couple of things.

21          You needed running lights, for example.

22          And you had to carry life-preservers.

23          But, outside of that, you could do just

24          about anything you want on a fishing
```

1          vessel.

2     Q.    Any provision that you're aware of where

3          if your driver's license is suspended or

4          revoked, that it would be unlawful for

5          you to operate a skiff like this?

6     A.    Absolutely not.  Again, I'm talking about

7          Louisiana.  Federal law, no.  State law,

8          local, municipal law, may be different.

9          But, I don't know of any.  Massachusetts

10         is always different.

11    Q.    Okay.  Good.  Thank you.

12       *(Whereupon the deposition concluded @ 11:00 a.m.)*

13

14

15

16

17

18

19

20

21

22

23

24

C E R T I F I C A T E

MIDDLESEX, SS

I, Elizabeth A. Hayes, a Massachusetts Court Reporter and Notary Public duly commissioned and qualified in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 16th day of March, 2006, the person hereinbefore named who was by me duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath, and his examination reduced to transcript; and this is a true record of the testimony given by the witness.

I further testify that I am neither attorney or counsel for, nor related to or employed by any of the parties hereto or financially interested in the action.

IN WITNESS HEREOF, I have hereunto set my hand and notarial seal this 23rd day of March, 2006.

Elizabeth A. Hayes
Commission Expires:  August 9, 2007