EXHIBIT "H"

```
 1         again.
 2                    MR. ROSENTHAL:  I'm going
 3         to have this document marked Wagner 1.
 4                    (Invoice marked as Exhibit
 5                    No. 1 for identification.)
 6    Q.   Sir, does that document look familiar to
 7         you?  Did you ever see it before?
 8    A.   I guess.  I mean --
 9    Q.   Would an invoice such as this, would that
10         have come to you?
11    A.   I probably would have picked it up there,
12         and they would have submitted the bill to
13         Cashman.
14    Q.   So you might not have seen this invoice
15         before?
16    A.   No.  Because I probably would have signed
17         it.
18    Q.   On the far left-hand side it gives a number
19         "617-306-8213 cell Nick."  Is that your
20         cell number?
21    A.   That's probably my cell number.
22    Q.   Was that your cell or was that a company
23         phone?
24    A.   Company.
```