UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

STEVEN RAMSEY          :
                       :
    Plaintiff,         :
                       :  CIVIL ACTION
       v.              :
                       :
JAY CASHMAN, INC.      :  NO. 04-CV-10699(RCL)
                       :
    Defendant          :

ORDER

On this _____ day of _____ 2007, upon consideration of the Defendant's Motion In *Limine* To Exclude The Proposed Exhibit of Hochstrasser's Marina, Inc. Records From March 2001 and Plaintiff's response thereto, it is hereby ORDERED and DECREED that the aforesaid Motion is DENIED.

_____
                                                                                    J.